UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>    Defendant | CIVIL ACTION NO. 04-CV-11610-RGS |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of William L. Boesch as counsel for the defendant, Unisys Corporation.

Respectfully Submitted,

  /s/ William L. Boesch
Anthony M. Doniger, BBO No. 129420 (doniger@srbc.com)
William L. Boesch, BBO No. 558742 (boesch@srbc.com)
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114
617-227-3030

Dated: April 20, 2005