UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>　　　　　　Defendant | CIVIL ACTION NO. 04-CV-11610-RGS |

## NOTICE OF APPEARANCE

TO THE CLERK:

　　Please enter the appearance of Anthony M. Doniger as counsel for the defendant, Unisys Corporation.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　/s/ William L. Boesch
　　　　　　　　　　　　　　　　　　Anthony M. Doniger, BBO No. 129420 (doniger@srbc.com)
　　　　　　　　　　　　　　　　　　William L. Boesch, BBO No. 558742 (boesch@srbc.com)
　　　　　　　　　　　　　　　　　　SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
　　　　　　　　　　　　　　　　　　101 Merrimac Street
　　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　　617-227-3030

Dated:  April 20, 2005