UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>                 Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>                 Defendant | Civil Action No. 04-CV-11610-RGS |

**CORPORATE DISCLOSURE STATEMENT**
**BY UNISYS CORPORATION**

Pursuant to Local Rule 7.3, the defendant, Unisys Corporation, states that it has no parent corporations, and that no publicly held company owns 10% or more of Unisys's stock.

UNISYS CORPORATION,
By Its Attorneys,


    /s/ William L. Boesch
Anthony M. Doniger, BBO No. 129420 (doniger@srbc.com)
William L. Boesch, BBO No. 558742 (boesch@srbc.com)
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114
617-227-3030

Dated:  April 20, 2005