4/27/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VISIBLE SYSTEMS CORPORATION,

Plaintiff

v.

UNISYS CORPORATION,

Defendant

Civil Action No. 04-CV-11610-RGS

## JOINT MOTION FOR EXTENSION OF TIME FOR FILING PROOF OF SERVICE AND FOR RESPONSIVE PLEADING

The parties hereby jointly move for an order (a) extending to April 27, 2005 the deadline for plaintiff's filing of proof of service, and (b) extending to June 13, 2005 the deadline for the defendant's responsive pleading. As grounds for this motion, the parties state:

1. The complaint in this trademark-infringement action was filed on July 20, 2004. Since that date, the parties have engaged in extensive settlement discussions. In order to permit time to exhaust those efforts, the plaintiff moved, on February 7, 2005, to extend to April 7, 2005 the deadline for filing proof of service. That motion was allowed by the Court.

2. The parties have recently exhausted their settlement efforts. The plaintiff effected service of the complaint on the defendant on or about April 1, 2005, and filed proof of service with the Court today, April 27, 2005, together with Notices of Appearance for the undersigned successor counsel. (These documents were filed in paper form, by hand-delivery.) Accordingly, this motion seeks an extension of the deadline for filing proof of service, to reflect this filing.

**Plaintiff,**
**VISIBLE SYSTEMS CORPORATION,**
By Its Attorneys,


_____/s/ Lawrence M. Kraus_____
Lawrence M. Kraus (BBO No. 564561) (lkraus@foley.com)
Carrie J. Fletcher (BBO No. 642369) (cfletcher@foley.com)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000



_____/s/ Stephen H. Galebach_____
Stephen H. Galebach, BBO No. 653006 (galebach@comcast.net)
Joseph E. Rendini, BBO No. 542746
Galebach Law Firm
One Knollcrest Drive
Andover, MA 01810
978-258-5300

**Defendant,**
**UNISYS CORPORATION,**
By Its Attorneys,


_____/s/ William L. Boesch_____
Anthony M. Doniger, BBO No. 129420 (doniger@srbc.com)
William L. Boesch, BBO No. 558742 (boesch@srbc.com)
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114
617-227-3030

Dated: April 27, 2005

362045.4

3