UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VISIBLE SYSTEMS CORPORATION, a Massachusetts Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>UNISYS CORPORATION, a Delaware Corporation<br><br>        Defendant. | Civil Action No. 04-11610-RGS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carrie J. Fletcher, FOLEY & LARDNER LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, hereby enters her appearance as counsel for Plaintiff Visible Systems Corporation in the above-captioned matter.

VISIBLE SYSTEMS CORPORATION,

By its attorneys,

*/s/ Carrie J. Fletcher*
Carrie J. Fletcher (BBO # 642369)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000

DATED: May 3, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand
Date: May 3, 2005
*E. Schmidt*