UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br>a Massachusetts Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNISYS CORPORATION,<br>a Delaware Corporation<br><br>Defendant. | Civil Action No. 04-11610-RGS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lawrence M. Kraus and Carrie J. Fletcher, FOLEY & LARDNER LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, hereby enter their appearances as counsel for Plaintiff Visible Systems Corporation in the above-captioned matter.

VISIBLE SYSTEMS CORPORATION,

By its attorneys,

Lawrence M. Kraus (BBO # 564561)
Carrie J. Fletcher (BBO # 642369)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000

DATED: April 27, 2005

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand
Date: 4/27/05