# UNITED STATES DISTRICT COURT

District of _____

VISIBLE SYSTEMS CORPORATION

V.

UNISYS CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04 - 11610 RGS

TO: (Name and address of Defendant)

Unisys Corporation
Unisys Way
Blue Bell, PA 19422

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence M. Kraus
Foley & Lardner LLP
111 Huntington Ave.
Boston, MA 02199

Stephen H. Galebach
One Knollcrest Drive
Andover, MA 01810

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 3 1 2005

CLERK

DATE

(By) DEPUTY CLERK