UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br>a Massachusetts Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNISYS CORPORATION,<br>a Delaware Corporation<br><br>Defendant. | Civil Action No. 04-11610-RGS |

## CORPORATE DISCLOSURE STATEMENT OF
## VISIBLE SYSTEMS CORPORATION

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiff Visible Systems Corporation ("Visible") hereby states that, it has no parent corporation and is a privately held company. If necessary, Visible will supplement this statement in accordance with Rule 7.1(b)(2) of the Federal Rules of Civil Procedure and Local Rule 7.3(B).

VISIBLE SYSTEMS CORPORATION,

By its attorneys,

_____
Lawrence M. Kraus (BBO # 564561)
Carrie J. Fletcher (BBO # 642369)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000

DATED: April 27, 2005

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand
Date: 4/27/05