UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VISIBLE SYSTEMS CORPORATION, )
a Massachusetts Corporation, )
 )
 )
Plaintiff, ) Civil Action No. 04-11610-RGS
 )
v. )
 )
UNISYS CORPORATION, )
a Delaware Corporation )
 )
Defendant. )

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Michael Boudett and Brian C. Carroll of Foley Hoag LLP hereby withdraw their appearance as counsel for Plaintiff Visible Systems Corporation in the above-captioned matter. Notices of Appearance for successor counsel Foley & Lardner LLP and Galebach Law Firm are being filed together herewith. The undersigned states that pursuant to Local Rule 83.5.2, there are no pending motions, no scheduled trial date, and no reports are due.

Respectfully submitted,

Michael Boudett (BBO # 558757)
Brian C. Carroll (BBO # 658940)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1000

DATED: April 27, 2005

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand
Date: 4/27/05