UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VISIBLE SYSTEMS CORPORATION,

Plaintiff

v.                                                                      Civil Action No. 04-CV-11610-RGS

UNISYS CORPORATION,

Defendant

### DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

The undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Anthony M. Doniger, BBO No. 129420 (doniger@srbc.com)
William L. Boesch, BBO No. 558742 (boesch@srbc.com)
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114
617-227-3030

_____
UNISYS CORPORATION
By: Anne H. Warner, Assistant General Counsel

Date: September 19, 2005