UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>              Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>              Defendant | Civil Action No. 04-CV-11610-RGS |

### LOCAL RULE 16.1(D) CERTIFICATION

Pursuant to Local Rule 16.1(D), plaintiff Visible Systems Corporations hereby submits this Certification that Visible Systems Corporation and counsel for Visible Systems Corporation have conferred (a) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

VISIBLE SYSTEMS CORPORATION

By: _____
George Q. Cagliuso, Chairman

And by its attorneys,

_____
Stephen H. Galebach (BBO # 653006)
GALEBACH LAW FIRM
One Knollcrest Drive
Andover, MA 01810
978-258-5300

and

Lawrence M. Kraus (BBO # 564561)
Carrie J. Fletcher (BBO # 642369)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000

Dated: September 16, 2005

## Certificate of Service

I hereby certify that a true copy of the foregoing Local Rule 16.1(D) Certification was served by hand this 19th day of September, 2005, upon the following:

William L. Boesch, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114

Attorneys for Defendant Unisys Corporation

_____
Stephen H. Galebach