UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VISIBLE SYSTEMS CORPORATION,

                Plaintiff

v.                                             Civil Action No. 04-CV-11610-RGS

UNISYS CORPORATION,

                Defendant

## STIPULATION FOR EXTENSION OF TIME

The parties hereby agree that the time for Plaintiff Visible Systems Corporation to answer

or otherwise respond to Unisys Corporation's First Set of Interrogatories to Visible

Systems Corporation and Unisys Corporation's First Requests for Production by Visible

Systems Corporation is extended to and including November 23, 2005.

                Plaintiff

                VISIBLE SYSTEMS CORPORATION

                By its attorneys:

                _____/s/ Stephen H. Galebach_____
                Stephen H. Galebach, BBO # 653006 (galebach@galebachlaw.com)
                Joseph E. Rendini, BBO # 542746 (rendini@galebachlaw.com)
                GALEBACH LAW
                One Knollcrest Drive
                Andover, MA 01810
                978-258-5300

Defendant

UNISYS CORPORATION

By its attorneys:


_____/s/William L. Boesch_____
Anthony M. Doniger, BBO No. 129420 (doniger@srbc.com)
William L. Boesch, BBO No. 558742 (boesch@srbc.com)
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114
617-227-3030

Dated:  November 14, 2005