UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>Defendant | Civil Action No. 04-CV-11610-RGS |

## PROTECTIVE ORDER

The Court having found that the draft Confidentiality Agreement and Proposed Protective Order attached hereto represents a fair and reasonable method for protection of confidential information in this litigation, it is hereby ORDERED that the attachment is adopted and incorporated herein as a Protective Order of this Court.

_____
Stearns, U.S.D.J.

Dated: November 10, 2005