UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>                 Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>                 Defendant | Civil Action No. 04-CV-11610-RGS |

## MEMORANDUM IN OPPOSITION TO
## MOTION OF UNISYS CORPORATION TO AMEND ITS ANSWER

Defendant Unisys Corporation ("Unisys") has filed a motion to amend its Answer by adding a counterclaim that seeks cancellation of one or more of Plaintiff Visible Systems Corporation's ("Visible Systems") marks that incorporate the term VISIBLE.

Amendment of an answer, pursuant to Rule 15(a), Fed. R. Civ. P., is allowed "when justice so requires" and is not allowed when "such amendment would be futile, would be prejudicial to the opposing party, or is the result of undue or intended delay." Albertini v. Summit Technical Services, Inc., 287 F.Supp.2d 92, 95 (D. Mass. 2003).

Unisys' motion does not mention any particular development or discovery that requires this amendment at this time. Unisys has asserted to Visible Systems for the past year that Visible Systems' registered marks are not distinctive. This assertion appears in ¶ 14 of Unisys' Answer. Unisys' counsel argued to the Court at the scheduling conference on September 26, 2005 that VISIBLE is an ordinary generic or descriptive term. Without any explanation of the delay, Unisys' delay in making this counterclaim is undue.

Further, Unisys' proposed amendment is futile with respect to two of Visible Systems' marks that have VISIBLE as the salient term: VISIBLE SYSTEMS and VISIBLE SYSTEMS CORPORATION. Both marks have become incontestable.

As to Visible Systems' other marks incorporating the term VISIBLE, Visible Systems is prepared to demonstrate the distinctive and suggestive nature of those marks.

Visible Systems accordingly asks the Court to deny Unisys' motion. In the alternative, should the Court grant the motion, Visible Systems respectfully requests that the amendment not become an occasion for extension of discovery deadlines.

        Plaintiff,

        VISIBLE SYSTEMS CORPORATION

        By its attorneys:


        _____/s/ Stephen H. Galebach_____
        Stephen H. Galebach, BBO # 653006 (galebach@galebachlaw.com)
        Joseph E. Rendini, BBO # 542746 (rendini@galebachlaw.com)
        GALEBACH LAW
        One Knollcrest Drive
        Andover, MA 01810
        978-258-5300

            and

        Lawrence M. Kraus, BBO # 564561 (lkraus@foley.com)
        Carrie J. Fletcher, BBO # 642369
        FOLEY & LARDNER LLP
        111 Huntington Avenue
        Boston, MA 02199
        617-342-4000

Dated: March 17, 2006

**Certificate of Service**

I certify that the foregoing document filed via ECF is being served electronically on registered counsel as identified on the Notice of Electronic Filing.

                       /ss/Stephen H. Galebach
                       Stephen H. Galebach