

# Institute For Enterprise Architecture Developments

Your, Return On Information ℠

   

People  Process  Business  Technology

Exhibit C (page 1/3)

03/27/2006   Your Search   Search

IFEAD is an independent research and information exchange organization working on the future state of Enterprise Architecture.

- Home US
- Home NL
- EA Links
- EA Standards
- EA Methods
- EA Tools
- EA & SOE/SOA
- EA & Strategy
- EA Best Practices
- EA Governance
- EA Security
- EA Defense
- EA Education
- EA Certification
- EA Conferences
- EA Publications
- EA Books
- EA Presentations
- E2A Approach IFEAD
  (Extended Enterprise Architecture)

## Enterprise Architecture Tools



### Enterprise Architecture Tools Overview - 2006

Enterprise Architectures are an emerging approach for capturing complex knowledge about organizations and technology. Enterprise Architectural approaches range from broad, enterprise focused approaches, through to approaches aimed at specific domains.

The focus of enterprise architecture efforts is now shifting to become more holistic, thereby necessitating the use of comprehensive modeling tools to analyze and optimize the portfolio of business strategies, organizational structures, business processes / tasks and activities, information flows, applications, and technology infrastructure.

Important to adoption of an enterprise architectural approach is the availability of tools to support the development, storage, presentation and enhancement of enterprise architecture representations. As with enterprise architecture methodologies, enterprise architecture tools to support the architectural development process are still emerging.                . . .





# ENTERPRISE NETWORKS & SERVERS

A chronicle of information for networks and servers in the enterprise

Cisco • 3Com • Juniper • Nortel • Foundry • F5 Networks • Lucent      Sun • HP • IBM • Unisys • Dell • SGI

VOL.11  NO. 11      NOVEMBER 2005

# Sun says, just Google it!

Sun Microsystems Inc. (sun.com) and Google Inc. (goggle.com) are promoting and distributing their software technologies to millions of users around the world. The joint agreement aims to make it easier for users to freely obtain Sun's Java Runtime Environment (JRE), the Google Toolbar and the OpenOffice.org office productivity suite.

Under the agreement, Sun will include the Google Toolbar as an option in its consumer downloads of the Java Runtime Environment on java.com. In addition, the companies have agreed to explore opportunities to promote and enhance Sun technologies, like the Java Runtime Environment and the OpenOffice.org productivity suite available at openoffice.org.

The Java software for the desktop, also known as the Java Runtime Environment (JRE), is a software package that needs to be installed on a machine in order to run Java technology-based applications. More than 700 million desktop users leverage Java technology today to have a more interactive experience on the web. Users can download the latest version of the Java software for the desktop for free at java.com, and test drive the hottest Java technology-based games and applications.

The Google Toolbar is a search and web surfing utility that seamlessly integrates with users' web browsers. It's available in 34 international languages and supports a built-in word translation that translates English words into other languages.

"As a leader in free and open source software, Sun has long recognized that network innovation is vital to the evolution of the global economy," said Scott McNealy, Sun chief executive officer. "Working with Google will make our technologies available more broadly, increase options for users, lower barriers and expand participation worldwide. Free and open source technologies, such as OpenOffice.org, OpenSolaris and Java, have never been safer or offered more choices."

Eric Schmidt, chief executive officer of Google and former Sun exec, said Google and Java are two of the most widely recognized technology brands because they provide users with online tools that enhance their lives on a day to day basis. "The Google Toolbar offers useful Internet search services while Java enables richer interactive content. We look forward to exploring other related areas of collaboration," Schmidt said. **ENS**


Jonathan Schwartz, Scott McNealy & Eric Schmidt at the Sun/Google event.

# Handhelds keep tire sales pumped

BY CLAUDIA FLISI

In Italy, handheld technology is helping agricultural tire dealers by providing an easily accessible database of tire specifications. In a market where performance is more decisive than price alone, this is a welcome innovation.

Farmers' lives are never easy – they have to contend with the forces of nature and with politics, crop prices, exchange rate fluctuations and shifting consumer trends. Life is not easy for agricultural dealers either. They are affected by their clients' problems and need up-to-date on an ever expanding inventory of products developed to meet the needs of the increasingly sophisticated tractors, trailers and other farm equipment on which their tires are mounted.

Trelleborg Wheel Systems (trelleborg.com) alone offers 600 different products for the agricultural market, ranging from 3 to 46 inches in diameter. Because different sizes of tire are used at the front and back of the vehicle, the technical information main problem "isn't so much selling the product as in managing the sale." Anything a supplier can do to help him commands his attention and earns his respect.

In 2004, Paolo Fogagnolo, the Trelleborg Wheel Systems' country manager for Italy and Greece, set out to do just that by initiating the development of software containing technical data for Trelleborg Wheel Systems' products, packaging this in a Palm One Zire 31 and presenting the device to visit clients, I have to be prepared with answers because my clients today are very prepared. The Palm Pilot solves the problem of managing our large number of products. It eliminates 80 percent of the sweat in a sale."

"We sell on product performance. 'Performance' means providing more information to our clients, offering local sites with advice, direct access to our server and, most recently, a services marketing program called 'Amici per la Terra' (Friends of the Earth), including courses, documentation and marketing support. In this context, the Palm Pilot is an added-value differentiator, and it has been very effective, priming key



the next step."
this version as a starting thing he would like to see ist. Then he hopes for more nation and perhaps a GPS he explains, "Our salesmen have to visit remote countryside locations and it's easy to get lost." Fogagnolo reports that his counterparts in other countries are following the success of the Palm Pilot with interest, and the database has already been translated into English. **ENS**

*Claudia Flisi is a freelance writer. He can be contacted by e-mail to paolo.fogagnolo@trelleborg.com.*


Photo by Maurizio Camagna
**Agostino Provana checks tire specifications on his Palm Pilot Zire 31.**

# NEWS

# Unisys adopts aggressive strategy in pursuit of growth

Unisys Corp. (Unisys.com) has adopted an aggressive strategy intended to put the company in a position for profitable growth. The strategy builds on the company's strengths in secure, mission-critical operations, and is designed to strengthen and focus the company's products and solutions portfolio, service delivery model and operational management.

"Today we are announcing a focused approach to deliver the benefits of secure business operations to make a visible difference to our clients' businesses," said Unisys President and CEO Joe McGrath. "The plan we're putting in place addresses the challenges we face today, and we believe it will allow Unisys to assume a leadership position in our focus markets."

Unisys plans to focus its services and solutions portfolio on five fast-growing market segments.

The five high-growth areas include initiatives in enterprise security; Microsoft enterprise software; open source and Linux support and solutions; outsourcing; and real-time infrastructure.

Building on its strengths in mission-critical computing, online transaction processing, IT services and security, Unisys plans to deliver solutions in these areas through the company's vertical industry business units and its technology and IT services businesses.

In each of the focus areas, the company will rely on the Unisys 3D Visible Enterprise (3D-VE) strategy, designed to give clients true visibility into their business and IT operations, so they can see the critical linkages and results of business decisions even before they make them.

Alliance partnerships with a select group of world-class IT companies that are leaders in their respective markets are a key factor in the development and delivery of Unisys refocused portfolio.

The reinvigorated alliance program includes expanded relationships with IBM, Intel, Microsoft and Oracle in the areas of joint sales, solutions delivery and engineering.

To deliver this portfolio, Unisys is changing its customer, delivery and operational management strategies to maximize effectiveness for clients, create greater focus and simplicity in its business, and drive cost efficiencies.

Unisys plans to focus operations on its top 500 accounts around the globe, which yield approximately 85 percent of the company's sales. Unisys will continue to offer the full Unisys portfolio to these clients.

In other account tiers, Unisys intends to change customer engagements to a simplified "client focus" model that delivers services and solutions based on specific client requirements.

In addition, Unisys plans to further develop its use of global sourcing, including operations in India, China and Eastern Europe, to provide clients with the benefit of lower cost services wherever practical. It was not immediately clear if this would cost U.S. positions.

The Unisys strategy calls for reinforcing the company's network of client engagement delivery centers in key locations around the globe. The company plans to develop integrated horizontal competency centers and geographically centralize its delivery resources to complement its five focused growth areas, maximizing the skills available to create and deliver solutions for clients.

"We expect these changes to position Unisys in large, mainstream, high-growth markets," said McGrath. "The changes we are making are designed to enable us to meet client needs with value-added, relevant services and solutions, and we are looking to them to drive us to increased profitability and revenue growth." **ENS**

# Unisys, IBM team for joint work on state health, human services programs

Unisys Corp. (Unisys.com) is teaming with IBM in several public sector procurements for the joint development and delivery of integrated eligibility solutions for state health and human services programs.

Also, Unisys will incorporate IBM software platforms and tools into Unisys-integrated business solutions for companies in the insurance industry, as well as identity access and management (IAM) solutions that help enterprises in a broad range of industries manage security for critical business information.

These new solutions are among the first developed under an expansion of the long-term relationship between IBM Software and Unisys. This includes a new global license agreement for Unisys to add the IBM Rational Software Development Platform to the foundation of the Unisys 3D Visible Enterprise (3D-VE) strategy, integrate IBM WebSphere business process modeling capabilities into Unisys 3D-VE solutions and employ IBM's Tivoli software for identity management, access management and federated identity management for Service Oriented Architecture solutions.

Unisys 3D-VE strategy is designed to enable a client to see the links among business strategy, processes and IT requirements throughout the entire enterprise and gain unprecedented visibility into the impacts and costs of strategic decisions at all levels even before making them.

"Through its 3D-VE strategy, Unisys is among the first systems integrators to extend the full suite of IBM Rational, WebSphere and Tivoli platforms and tools to apply visual modeling to business processes," Daniel Sabbah, general manager of IBM Rational, said. "We're excited to team with Unisys in delivering powerful solutions that address the specific needs of customers across a host of vertical industries."

The expanded relationship with IBM Software builds upon Unisys newly announced plan to deliver solutions for secure business operations. To support this strategy, Unisys is aligning with an exclusive list of the world's leading technology providers to deliver customer solutions that harness its partners' expertise with the power of 3D-VE.

Key initiatives for Unisys combining 3D-VE and IBM software include the following:

•Health & Human Services (HHS) Solution. Developed with extensive input from health and human services practitioners, this solution can be deployed in a broad range of configurations to help organizations achieve greater IT visibility and business process alignment. The HHS Solution architecture consists of a comprehensive reference application, an application development environment and a component-based reference model.

•3D-VE Blueprint for Insurance. This jointly developed solution covers all commonly used processes for product modeling and administration of insurance policies, particularly in the life and pension and property and casualty markets. The solution consists of Unisys 3D-VE Blueprints covering requirements models at the business process and systems layers, along with executable code in the form of native J2EE components for deployment in IBM Rational and WebSphere environments. The IBM WebSphere platform allows insurance companies to deploy a flexible application architecture while retaining their mainframe and database infrastructure.

•Identity and Access Management (IAM) Solutions. Building upon IBM Tivoli security product suite, Unisys delivers an industry-leading IAM integration methodology that helps customers apply technologies such as enterprise directory, meta-directory, single-sign-on and provisioning systems to efficiently and securely provide access to the organization's digital resources. The joint IBM and Unisys methodology provides seamless integration for addressing IAM projects, decreased time-to-deployment, faster realization of benefits and the ability to integrate federated identity management solutions in customers' IT environments. **ENS**