

```
QUERY - CN(VISIBLE & SYSTEMS)          DATABASE(S) - DUNBR
```

| Rank | Company Name | Related Name | Location | Location Type | Line of Bus. |
|---|---|---|---|---|---|
| 1. | ACME VISIBLE SYSTEMS | | SAN LEANDRO, CA | SINGLE LOCATION | STATIONERY STORES |
| 2. | COMMERCIAL VISIBLE SYSTEMS INC | | OAKTON, VA | SINGLE LOCATION | STATIONERY STORES |
| 3. | HUNT MANUFACTURING CO/COMMERCIAL VISIBLE SYSTEMS INC (JV) | | OAKTON, VA | SINGLE LOCATION | FURNITURE |
| 4. | INFORM, INC. | VISIBLE RECORD SYSTEMS | SHELTON, CT | SINGLE LOCATION | PRINTING |
| 5. | PROFESSIONAL PACKAGING SYSTEMS INC | VISIBLE PACKAGING | FORT WORTH, TX | SINGLE LOCATION | INDL MCHNRY EQPT |
| 6. | VISIBLE CARD SYSTEMS | | WORCESTER, MA | SINGLE LOCATION | GFT NVLTY SVENR S |
| 7. | VISIBLE CHANGES FLOOR SYSTEMS | | HALF MOON BAY, CA | SINGLE LOCATION | BLDNG MAINT SVC NE |
| 8. | VISIBLE FORMS & SYSTEMS CO | | CONSHOHOCKEN, PA | SINGLE LOCATION | STATNRY OFFC SUPPL |
| 9. | VISIBLE RECORD SYSTEMS | | GREENWICH, CT | SINGLE LOCATION | UNDETERMINED |
| 10. | VISIBLE SPECTRUM LIGHT SYSTEMS | | PHOENIX, AZ | SINGLE LOCATION | LGHTNG EQPMNT NEC |
| 11. | VISIBLE SYSTEMS | | GIG HARBOR, WA | SINGLE LOCATION | SIGNS ADVT SPCLTIE |
| 12. | VISIBLE SYSTEMS CORP | | DENVER, CO | SINGLE LOCATION | COMPTR SOFTWRE STR |
| 13. | VISIBLE SYSTEMS CORP | | PROVIDENCE, RI | SINGLE LOCATION | PREPACKAGED SFTWARE |
| 14. | VISIBLE SYSTEMS CORP | INFO ENGINEERING SYSTEMS | AUSTIN, TX | SINGLE LOCATION | CSTM CMPTR PRGMG SV |
| 15. | VISIBLE SYSTEMS CORP | INFORMATION ENGRG SYSTEMS | DALLAS, TX | SINGLE LOCATION | CPTR INTGTD SYS DGN |
| 16. | VISIBLE SYSTEMS CORP | | DALLAS, TX | SINGLE LOCATION | CSTM CMPTR PRGMG SV |
| 17. | VISIBLE SYSTEMS INC | | LEXINGTON, KY | SINGLE LOCATION | UNDETERMINED |
| 18. | VISIBLE SYSTEMS INC | | AKRON, OH | SINGLE LOCATION | FURNITURE |
| 19. | VISIBLE ADDRESSING SYSTEMS | | ROSEBURG, OR | SINGLE LOCATION | DIRECT MAIL ADVERTISING SERVICES |
| 20. | VISIBLE LIGHT STUDIOS | NEMO MARINE SYSTEMS | SAN JOSE, CA | SINGLE LOCATION | COMMERCIAL ART/GRAPHIC DESIGN |
| 21. | VISIBLE RECORD SYSTEMS INC | | TEMPE, AZ | SINGLE LOCATION | WHOL OFFICE EQUIPMENT |
| 22. | VISIBLE SYSTEMS | | WALTHAM, MA | SINGLE LOCATION | CUSTOM COMPUTER PROGRAMING |
| 23. | VISIBLE SYSTEMS CORP INC | | RESTON, VA | SINGLE LOCATION | PREPACKAGED SOFTWARE SERVICES |
| 24. | VISIBLE SYSTEMS CORPORATION | | LEXINGTON, MA | HEADQUARTERS LOCATION | DESIGN MFG & WHOL COMPUTER SOFTWARE |
| 25. | VISIBLE SYSTEMS | VISIBLE SYSTEMS | BELMAR, NJ | SINGLE | WHOL FILING |

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
QUERY - CN(VISIBLE & SYSTEMS)            DATABASE(S) - DUNBR
```

|     | CORPORATION | CORPORATION NJ | | LOCATION | SYSTEMS AND OFFICE FURNITURE |
|-----|---|---|---|---|---|
| 26. | VISIBLE SYSTEMS CORPORATION | | ONEIDA, NY | BRANCH LOCATION | COMPUTER PROGRAMMING SVC MFG MAGNETIC DISKS/TAPES RET COMPUTERS/SOFTWARE WHOL COMPUTER/PERIPHERAL |
| 27. | VISIBLE SYSTEMS CORPORATION | | ALEXANDRIA, VA | BRANCH LOCATION | CUSTOM COMPUTER PROGRAMING PREPACKAGED SOFTWARE SERVICES |
| 28. | VISIBLE SYSTEMS CORPORATION | | BELLEVUE, WA | BRANCH LOCATION | DESIGN MFG & WHOL COMPUTER SOFTWARE |
| 29. | VISIBLE SYSTEMS INC | | BRISTOL, PA | SINGLE LOCATION | MFG REPRESENTATIVES BUSINESS FORMS |
| 30. | ACME VISIBLE FILING SYSTEMS LTD | | SURREY CANADA | HEADQUARTERS/PARENT LOCATION | OFFICE EQUIPMENT |
| 31. | ACME VISIBLE FILING SYSTEMS LTD | | VICTORIA CANADA | BRANCH LOCATION | SPECIAL TRADE CONTRACTORS, NEC, NSK |
| 32. | ACME VISIBLE FILING SYSTEMS LTD | | WINNIPEG CANADA | BRANCH LOCATION | OFFICE EQUIPMENT |
| 33. | VISIBLE ACCOUNTING SYSTEMS LTD | | TUNBRIDGE WELLS ENGLAND | SINGLE LOCATION | ENGINEERING SERVICES, NSK |
| 34. | VISIBLE BUSINESS SYSTEMS | | WEST VANCOUVER CANADA | SINGLE LOCATION | FURNITURE STORES |
| 35. | VISIBLE BUSINESS SYSTEMS LTD | | LONDON ENGLAND | SINGLE LOCATION | BUSINESS SERVICES, NEC, NSK |
| 36. | VISIBLE DATA SYSTEMS LTD | | NEWBURY ENGLAND | SINGLE LOCATION | PREPACKAGED SOFTWARE |
| 37. | VISIBLE INFORMATION PACKAGED SYSTEMS LTD | | LONDON ENGLAND | SINGLE LOCATION | INSURANCE AGENTS, BROKERS, AND SERVICE, N |
| 38. | VISIBLE SYSTEMS | | STEVENAGE ENGLAND | SINGLE LOCATION | COMPUTER RELATED SERVICES, NEC, NSK |
| 39. | VISIBLE SYSTEMS AUSTRALIA PTY LTD | | WOODVALE AUSTRALIA | SINGLE LOCATION | NONCLASSIFIABLE ESTABLISHMENTS |
| 40. | VISIBLE SYSTEMS KOREA CO.,LTD. | | SEOUL REPUBLIC OF KOREA | SINGLE LOCATION | PREPACKAGED SOFTWARE |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
QUERY - CN(VISIBLE & SYSTEMS)          DATABASE(S) - DUNBR
```

| | | | | |
|---|---|---|---|---|
| 41. | VISIBLE SYSTEMS LIMITED | LONDON ENGLAND | SINGLE LOCATION | NONCLASSIFIABLE ESTABLISHMENTS |
| 42. | VISIBLE SYSTEMS LTD | LONDON ENGLAND | SINGLE LOCATION | NONCLASSIFIABLE ESTABLISHMENTS |
| 43. | VISIBLE SYSTEMS LTD | STEVENAGE ENGLAND | SINGLE LOCATION | COMPUTER RELATED SERVICES, NEC, NSK |
| 44. | VISIBLE SYSTEMS UK LTD | LONDON ENGLAND | SINGLE LOCATION | PREPACKAGED SOFTWARE |

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.