

**BUSINESS RECORD**

D&B Completed Analysis:03-28-2006
Database Last Updated:03-28-2006
Source:Copyright (c) 2002 by Dun & Bradstreet, Inc.
Current Date:04/13/2006

**COMPANY INFORMATION**

DUNS:04-640-2285
Name:VISIBLE SYSTEMS CORPORATION
ADDRESS:201 SPRING ST
LEXINGTON, MA 02421
TELEPHONE:781-778-0200

YEAR STARTED:1997

**BUSINESS DESCRIPTION**

LINE OF BUSINESS:DESIGN MFG WHOL CMPT SFTWR

SIC CODE(S):
  7372PREPACKAGED SOFTWARE
  5045CMPTR PRPHRL & SFTWR
  8748BUSI CONSULTING, NEC

**EMPLOYEE INFORMATION**

EMPLOYEES HERE:20
EMPLOYEES TOTAL:31

**COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION**

HISTORY 01/28/05 GEORGE CAGLIUSO, PRESIDENT MICHAEL PAUL, V PRES PRODUCT DEVELOPMENT
ELLEN SHONER, CFO DIRECTOR(S): THE OFFICER(S) ORIGINALLY ORGANIZED AS G W P
CORPORATION.
NAME CHANGED BY CHARTER AMENDMENT IN MAY 1984.
BUSINESS STARTED 1981 BY GEORGE G CAGLIUSO.
PRESENT CONTROL SUCCEEDED 1997.
100% OF CAPITAL STOCK IS OWNED BY STOCKHOLDERS.
MICHAEL PAUL.
ACTIVE WITH THIS COMPANY FOR ELEVEN YEARS.
ELLEN SHONER.
ANTECEDENTS NOT AVAILABLE.
BUSINESS ADDRESS HAS CHANGED FROM 300 BEAR HILL RD, WALTHAM, MA, 5 02451 TO 201
SPRING ST, LEXINGTON, MA, 02421.
BUSINESS ADDRESS HAS CHANGED FROM 201 SPRING ST, LEXINGTON , MA, 02421 TO 300 BEAR
HILL RD, WALTHAM, MA, 02451.
OPERATION 01/28/05 DESIGNS, MANUFACTURES, RETAILS AND WHOLESALES COMPUTER-AIDED
SOFTWARE DEVELOPMENT TOOLS.
PROVIDES ANALYSIS, MODELING AND DESIGN TOOLS FOR SOFTWARE ENGINEERS, DATA WAREHOUSE
ARCHITECTS, ANALYST AND 6 DESIGNERS.
TERMS ARE PRIMARILY NET 15 TO NET 30 DAYS.
SELLS TO FORTUNE 2000 COMPANIES, CONSULTANTS AND EDUCATIONAL INSTITUTIONS.
HAS OVER 100,000 USERS.
TERRITORY : INTERNATIONAL.
NONSEASONAL.
EMPLOYEES: 31 WHICH INCLUDES OFFICER(S) AND 3 PART-TIME.
20 EMPLOYED HERE.
EXACT NUMBER OF PART-TIME EMPLOYEES WAS UNKNOWN.
FACILITIES: LEASES 6,000 SQ. FT. ON FIRST FLOOR OF A TWO STORY 7 BRICK BUILDING.
BRANCHES: MAINTAINS BRANCH LOCATIONS AT 248 MAIN ST, ONEIDA, NY.

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
....................................................
GLOBAL ACTIVITY.
THE FOLLOWING SECTION IS A GLOBAL SUMMARY AND IS INTENDED TO ASSIST 8 D&BS NON-U.S.
CUSTOMERS WHEN EVALUATING D&B REPORTS ON U.S. COMPANIES.
....................................................
IMPORT/EXPORT ACTIVITY.
NO MAJOR COUNTRIES OF EXPORT REPORTED.
....................................................
BASED ON INFORMATION IN OUR FILE, D&B HAS ASSIGNED THIS COMPANY AN EXTENDED 8 DIGIT
SIC. D&BS USE OF 8 DIGIT SICS ENABLES US TO BE MORE SPECIFIC TO A COMPANY'S
OPERATIONS THAN IF WE USE THE STANDARD 4 DIGIT CODE.
73720000. (CONT'D) ................................................
GLOBAL NEWSWORTHY EVENTS. (0302)GLOBAL ACTIVITY: ACCORDING TO PUBLISHED REPORTS,
VISIBLE 2 SYSTEMS CORPORATION EXPANDED ITS DIRECT PRODUCT SALES TO A PRIME EUROPEAN
MARKET BY ESTABLISHING VISIBLE SYSTEMS UK LTD HEAD BY INDUSTRY VETERAN PETER
LINDSAY, BASED IN LONDON, ENGLAND..
SUBSIDIARIES: THIS BUSINESS HAS ONE SUBSIDIARY.
00-00(7XK /001) 99999 005181181 H 3 4 5 6 7 8
```

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.