UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>    Defendant | Civil Action No. 04-CV-11610-RGS |

**DEFENDANT'S MOTION FOR LEAVE
TO EXCEED PAGE LIMIT**

The plaintiff has filed two motions to compel in this case, comprising nearly 100 pages in all, with the motions themselves making up 34 of these pages, and additional arguments made in a 24-page, single-spaced "annex" to one of the motions. The defendant proposes to file a single memorandum of opposition to the two motions, consisting of 35 pages. This length is, in the defendant's view, reasonably necessary to enable it to respond to the various issues raised in plaintiff's papers. Because the document (which is submitted herewith) exceeds the presumptive page limit set forth in Local Rule 7.1(B)(4), the defendant hereby seeks leave of the Court to submit its opposition in this form.

        **Defendant,**
        **UNISYS CORPORATION**,
        By Its Attorneys,


        _____/s/ William L. Boesch_____
        Anthony M. Doniger, BBO No. 129420 (doniger@srbc.com)
        William L. Boesch, BBO No. 558742 (boesch@srbc.com)
        SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
        101 Merrimac Street
        Boston, MA 02114
        617-227-3030

Dated: April 19, 2006

376470.1