UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>        Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>        Defendant | Civil Action No. 04-CV-11610-RGS |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM**

  Pursuant to Local Rule 7.1(B)(3), Plaintiff Visible Systems Corporation (Visible) hereby moves the Court for leave to file a Reply Memorandum in support of Visible's motions to compel and replying to the Opposition filed by Unisys Corporation (Unisys) on April 19, 2006.

      In its Opposition, Unisys has made extensive complaints about Visible's conduct in discovery, which call for a concise response. Unisys has also raised matter for the first time – *e.g.,* an attempt to substantiate the burden of electronic searches – to which Visible responds in its Reply Memorandum.

                  Plaintiff VISIBLE SYSTEMS CORPORATION,

                  By its attorneys:

                  _____/s/ Stephen H. Galebach_____
                  Stephen H. Galebach, BBO # 653006 (galebach@galebachlaw.com)
                  Joseph E. Rendini, BBO # 542746 (rendini@galebachlaw.com)
                  GALEBACH LAW
                  One Knollcrest Drive
                  Andover, MA 01810
                  978-258-5300

- 2 -

and

Lawrence M. Kraus, BBO # 564561 (lkraus@foley.com)
Carrie J. Fletcher, BBO # 642369
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000

Dated:  April 21, 2006

### Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electonic Filing (NEF).

_____/s/    Stephen H. Galebach_____
Stephen H. Galebach