UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>         Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>         Defendant | Civil Action No. 04-CV-11610-RGS |

**JOINT MOTION FOR CLARIFICATION OF
COURT'S JUNE 9, 2006 ORDER**

On May 25, 2006, defendant Unisys Corporation filed a motion seeking to amend the pre-trial schedule in this case, and proposing a revised schedule. On June 7, defendant Visible Systems Corporation filed an opposition to Unisys's motion, proposing an alternative revised schedule. On June 9, the Court entered an order on Unisys's motion. The docket entry reflecting the order, of which the parties received notice via e-mail, stated that Unisys's motion was "allowed" but that the Court "will adopt the schedule proposed by Visible Systems in part."

At the suggestion of the Court's docket clerk, the parties hereby jointly move for clarification as to what part(s) of the schedule proposed by Visible Systems the Court has adopted, and what revised schedule is now operative.

**Plaintiff,**

**VISIBLE SYSTEMS CORPORATION**,
By Its Attorneys,


_____/s/_ Lawrence M. Kraus_____
Lawrence M. Kraus (BBO No. 564561) (lkraus@foley.com)
Carrie J. Fletcher (BBO No. 642369) (cfletcher@foley.com)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000


_____/s/_ Stephen H. Galebach_____
Stephen H. Galebach, BBO No. 653006 (galebach@comcast.net)
Joseph E. Rendini, BBO No. 542746
Galebach Law Firm
One Knollcrest Drive
Andover, MA 01810
978-258-5300

**Defendant,**
**UNISYS CORPORATION**,
By Its Attorneys,


_____/s/ William L. Boesch_____ _____ _____
Anthony M. Doniger, BBO No. 129420 (doniger@srbc.com)
William L. Boesch, BBO No. 558742 (boesch@srbc.com)
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114
617-227-3030

Dated: June 16, 2006