UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11610-RGS

VISIBLE SYSTEMS CORPORATION

v.

UNISYS CORPORATION

ORDER ON JOINT MOTION
FOR CLARIFICATION OF COURT'S
JUNE 9, 2006 ORDER

June 30, 2006

STEARNS, D.J.

On May 25, 2006, defendant Unisys Corporation filed a motion seeking to amend the pretrial discovery schedule, and proposed a revised schedule. On June 7, 2006, defendant Visible Systems Corporation filed an opposition to the Unisys motion, proposing an alternative revised schedule. On June 9, 2006, the court entered an Order allowing the Unisys motion "in part." The part that was allowed was the request for an enlargement. The part that was denied was the Unisys proposed discovery schedule. The court instead adopted the following deadlines proposed by the plaintiff.

| Topic | Completion Date |
| --- | --- |
| Fact Discovery | September 22, 2006 |
| Supplemental/Rebuttal | September 26, 2006 |
| Expert Depositions | October 24, 2006 |
| Dispositive Motions | October 31, 2006 |
| Oppositions to | December 1, 2006 |

Dispositive Motions

Reply Memoranda to      December 22, 2006
Dispositive Motions

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE