Thank you for your request. Here are the latest results from the **TARR web server.**

**This page was generated by the TARR system on** 2006-09-19 14:59:41 ET

**Serial Number:** 78752077 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**

# VISIBLE

**(words only):** VISIBLE

**Standard Character claim:** Yes

**Current Status:** Application has been published for opposition.

**Date of Status:** 2006-07-18

**Filing Date:** 2005-11-11

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**The Information will be/was published in the Official Gazette on** 2006-07-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
PARKER JUSTINE D Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-06-06

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Visible Assets, Inc.

**Address:**
Visible Assets, Inc.
2330 Southfield Road
Mississauga, Ontario L5N2W8
Canada
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Business consulting services relating to product distribution, operations management services, logistics, reverse logistics, supply chain, and production systems and distribution solutions; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Computerized tracking and tracing of packages in transit; Monitoring and tracking of package shipments; Providing electronic tracking of freight information to others; Tracking, locating and monitoring of vehicles, maritime vessels and aircraft services for commercial purposes
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

**USPTO Reference Number:** A0004815
**International Registration Number:** 0886716
**International Registration Date:** 2006-05-25
**Original Filing Date with USPTO:** 2006-05-25
**International Registration Status:** Application For IR Registered By IB
**Date of International Registration Status:** 2006-07-13
**International Registration Renewal Date:** 2016-05-25
**Irregularity Reply by Date:** (DATE NOT AVAILABLE)

**Madrid History:**
07-13-2006 - 20:10:41 - Application For IR Registered By IB
05-25-2006 - 15:00:22 - IR Certified And Sent To IB
05-25-2006 - 11:51:56 - Automatically Certified
05-25-2006 - 11:51:56 - New Application For IR Received

## PROSECUTION HISTORY

2006-07-18 - Published for opposition

2006-06-28 - Notice of publication

2006-05-30 - Law Office Publication Review Completed

2006-05-26 - Assigned To LIE

2006-05-16 - Approved for Pub - Principal Register (Initial exam)

2006-05-15 - Assigned To Examiner

2006-01-24 - TEAS Change Of Correspondence Received

2005-11-16 - New Application Entered In Tram

## CORRESPONDENCE INFORMATION

**Correspondent**
Carl Oppedahl (Attorney of record)

Oppedahl & Olson LLP
P O Box 5388

Dillon CO 80435-5388

**Phone Number:** 970 468 8600

**Domestic Representative**
Oppedahl & Larson LLP