

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Aug 23 04:17:01 EDT 2006*

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [ ]   OR   Jump   to record: [ ]   **141 Records(s) found (This page: 1 ~ 50)**

**Refine Search** `(live)[LD] AND (Visible)[COMB]` Submit

**Current Search:** S2: **(live)[LD] AND (Visible)[COMB]**   docs: 141 occ: 418

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78947862 | | VISIBLE GRACE | TARR | LIVE |
| 2 | 78947859 | | VISIBLE GRACE | TARR | LIVE |
| 3 | 78946679 | | TANLINE VISIBLE RESULTS | TARR | LIVE |
| 4 | 78944831 | | VISIBALLISTICS | TARR | LIVE |
| 5 | 78933250 | | VISIBLE DISPLAY | TARR | LIVE |
| 6 | 78704139 | 3129560 | VISIFIRM | TARR | LIVE |
| 7 | 78937541 | | VISIBLE IT SOLUTIONS | TARR | LIVE |
| 8 | 78791796 | | THE VISIBLE THUG EFFECTIVE STRIKE TARGET | TARR | LIVE |
| 9 | 78778034 | | VISILENT | TARR | LIVE |
| 10 | 78577472 | | V-CAT VISIBLE-LIGHT PHOTOCATALYST | TARR | LIVE |
| 11 | 78834644 | | VISIBLE ASSETS | TARR | LIVE |
| 12 | 78667864 | | LET'S GET VISIBLE | TARR | LIVE |
| 13 | 78752077 | | VISIBLE | TARR | LIVE |
| 14 | 78750746 | | VISIBLE | TARR | LIVE |
| 15 | 78924263 | | VISIBLE WHITE | TARR | LIVE |
| 16 | 78914034 | | THE DIFFERENCE IS VISIBLE | TARR | LIVE |
| 17 | 78651101 | | VISIBLE WHITE | TARR | LIVE |
| 18 | 78839789 | | VISIBLE WHITE | TARR | LIVE |
| 19 | 78687389 | | WEBVISIBLE | TARR | LIVE |
| 20 | 78899090 | | VISIBLE FORCES ENTERTAINMENT | TARR | LIVE |
| 21 | 78898764 | | VISIBLEDIVERS | TARR | LIVE |
| 22 | 78889401 | | MAKING PROCESS PERFORMANCE VISIBLE | TARR | LIVE |
| 23 | 78657541 | | DARKNESS VISIBLE | TARR | LIVE |
| 24 | 78604082 | | VIZIMARK | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 25 | 78878708 | | US TALENT PAGES WE MAKE TALENT AND BUSINESS VISIBLE.... | TARR | LIVE |
| 26 | 78848374 | | MVISIBLE TECHNOLOGIES, INC. | TARR | LIVE |
| 27 | 78848351 | | MVISIBLE TECHNOLOGIES, INC. | TARR | LIVE |
| 28 | 78547320 | | VISIBLE LOGISTICS | TARR | LIVE |
| 29 | 78687390 | | WEBVISIBLE | TARR | LIVE |
| 30 | 78859533 | | VISIBLE IMPACT | TARR | LIVE |
| 31 | 78855910 | | VISIDIPPER | TARR | LIVE |
| 32 | 78834640 | | VISIBLE ASSETS | TARR | LIVE |
| 33 | 78834623 | | VISIBLE ASSETS | TARR | LIVE |
| 34 | 78809011 | | VISIPLUG | TARR | LIVE |
| 35 | 78793714 | | VISIBLE TECHNOLOGIES | TARR | LIVE |
| 36 | 78760182 | | YOUR VISIBLE EDGE | TARR | LIVE |
| 37 | 78742031 | | VISIFLEX DELIVERY SYSTEM | TARR | LIVE |
| 38 | 78737703 | | VISILASER | TARR | LIVE |
| 39 | 78698769 | | VISIPUNCH | TARR | LIVE |
| 40 | 78690764 | | VISIBLE INGAAS | TARR | LIVE |
| 41 | 78668620 | | MVISIBLE | TARR | LIVE |
| 42 | 78668542 | | OPTIVOL. MAKING FLUID VISIBLE. | TARR | LIVE |
| 43 | 78636163 | | VISIPUNCH | TARR | LIVE |
| 44 | 78627511 | | VISIBLE KIDS | TARR | LIVE |
| 45 | 78552716 | | VISICOLOR | TARR | LIVE |
| 46 | 78547299 | | VISIBLE SYSTEMS | TARR | LIVE |
| 47 | 78503002 | | V-CAT VISIBLE-LIGHT PHOTOCATALYST | TARR | LIVE |
| 48 | 78501362 | 3028386 | VISIBLE EFFECTS | TARR | LIVE |
| 49 | 78393994 | | VISIBLE ASSETS | TARR | LIVE |
| 50 | 78252992 | 2988049 | VISIBLE LUMINIZER | TARR | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP |

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Aug 23 04:17:01 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [____] OR [Jump] to record: [____]    **141 Records(s) found (This page: 51 ~ 100)**

Refine Search: `(live)[LD] AND (Visible)[COMB]` [Submit]

Current Search: **S2: (live)[LD] AND (Visible)[COMB]** docs: 141 occ: 418

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 51 | 78456639 | | SKINVISIBLE | TARR | LIVE |
| 52 | 78456633 | 3088642 | SKINVISIBLE | TARR | LIVE |
| 53 | 78490361 | 3060095 | HIGH-V-BARRIERS | TARR | LIVE |
| 54 | 78439039 | | IMAGING BEYOND VISIBLE | TARR | LIVE |
| 55 | 78405450 | | WE MAKE COMMUNICATION VISIBLE | TARR | LIVE |
| 56 | 78395259 | | 3D VISIBLE ENTERPRISE | TARR | LIVE |
| 57 | 78382640 | | VISIVUE | TARR | LIVE |
| 58 | 78287061 | 2962144 | SCAM-CO.'S MAGIC LIGHT BULB ALTHOUGH THERE ARE NO VISIBLE CONNECTIONS, THIS BULB, WHEN HELD IN MAGICLAN'S HAND, LIGHTS WHENEVER DESIRED. A SPECTATOR CAN NOT MAKE IT LIGHT UNLESS HE KNOWS THE SECRET. MANY COMEDY EFFECTS POSSIBLE, SUCH AS "BRAIN TESTING", ETC. NO. 140 $1.98 | TARR | LIVE |
| 59 | 78195973 | | VISIBLE PATH | TARR | LIVE |
| 60 | 78188830 | | VISIBLE WHITE | TARR | LIVE |
| 61 | 78102259 | 2760311 | VISIFORCE | TARR | LIVE |
| 62 | 78084095 | 2750248 | VISIBOOKS COMPUTER BOOKS FOR VISUAL LEARNERS | TARR | LIVE |
| 63 | 78074001 | | "PARLIAMENT GENUINE RUSSIAN VODKA", IN CLEAR RECTANGLE BOTTLE WITH PICTURE OF RUSSIAN PARLIAMENT BUILDING ON THE FRONT LABEL AND THE PICTURE OF TWO HANDS CLASPED VISIBLE ON THE INSIDE OF THE BACK LABEL WITH THE WORD HARVEST ON THE BOTTLE LID IN ENGLISH AND RUSSIAN | TARR | LIVE |
| 64 | 78058412 | 2751327 | THE VISIBLE DIFFERENCE IN BREAST CARE | TARR | LIVE |
| 65 | 78029189 | 2652736 | INVISIBLE SERVICE VISIBLE RESULTS | TARR | LIVE |
| 66 | 76601913 | | VISIBLE APPLAUSE | TARR | LIVE |
| 67 | 76449380 | 2741550 | VISIBLE HORSE | TARR | LIVE |
| 68 | 76448128 | 2749939 | VISIBLE MAN | TARR | LIVE |
| 69 | 76447951 | 2741531 | VISIBLE WOMAN | TARR | LIVE |

| 70 | 76457421 | | VISIBLE YOUTH | TARR | LIVE |
|---|---|---|---|---|---|
| 71 | 76612394 | 3078198 | VISIBLE SKIN | TARR | LIVE |
| 72 | 76484971 | 2790932 | VISIBLE | TARR | LIVE |
| 73 | 76218828 | 2546919 | VISIBLE | TARR | LIVE |
| 74 | 76218826 | 2517235 | VISIBLE | TARR | LIVE |
| 75 | 76207394 | 3032579 | VISIBLE V-TWIN | TARR | LIVE |
| 76 | 76572193 | 2962919 | WHEN ENOUGH SEEMINGLY INSIGNIFICANT DATA IS ANALYZED AGAINST BILLIONS OF DATA ELEMENTS, THE INVISIBLE BECOMES VISIBLE | TARR | LIVE |
| 77 | 76566937 | | RENDERING IMAGINATION VISIBLE | TARR | LIVE |
| 78 | 76566936 | | RENDERING IMAGINATION VISIBLE | TARR | LIVE |
| 79 | 76565774 | 2961840 | JC VISIBLE SIGHTS THE WORLD'S MOST VISIBLE HANDGUN SIGHT | TARR | LIVE |
| 80 | 76514599 | 2831679 | VISIBALL | TARR | LIVE |
| 81 | 76483436 | 2918418 | ABSOLUTE PURITY VISIBLE RESULTS | TARR | LIVE |
| 82 | 76459368 | 2807357 | VISIBLE INVENTORY | TARR | LIVE |
| 83 | 76330490 | 2714479 | THE VISIBLE DIFFERENCE IN CURTAINWALL | TARR | LIVE |
| 84 | 76300944 | 2639032 | VISIBLE EDGE | TARR | LIVE |
| 85 | 76246391 | 2865419 | VISIBLE RADIANCE | TARR | LIVE |
| 86 | 76226016 | 2641977 | INVISIBLE PROBLEMS. VISIBLE RESULTS. | TARR | LIVE |
| 87 | 76225716 | 2627675 | INVISIBLE PROBLEMS. VISIBLE RESULTS. | TARR | LIVE |
| 88 | 76225689 | 2648514 | INVISIBLE PROBLEMS. VISIBLE RESULTS. | TARR | LIVE |
| 89 | 76186944 | 2595789 | VISIBLE AIR TRANSPORT | TARR | LIVE |
| 90 | 76181360 | 2595775 | A VISIBLE DIFFERENCE | TARR | LIVE |
| 91 | 76156749 | 2708409 | VISIBLE SUPPLY CHAIN | TARR | LIVE |
| 92 | 76156450 | 2605660 | VISIBLE IMPACT | TARR | LIVE |
| 93 | 76141958 | 2701720 | 1.800.VISIBLE | TARR | LIVE |
| 94 | 76109753 | 2805247 | THE VISIBLE FUTURE | TARR | LIVE |
| 95 | 76104580 | 2645147 | VISIBLE VAULT | TARR | LIVE |
| 96 | 76009100 | 2450903 | SITEVISIBLE | TARR | LIVE |
| 97 | 75554979 | 2294405 | VISIBLE DECISIONS | TARR | LIVE |
| 98 | 75897717 | 2580749 | VISIBLE WORLD | TARR | LIVE |
| 99 | 75727149 | 2440075 | STRATEGY MADE VISIBLE | TARR | LIVE |
| 100 | 75714386 | 2326807 | VISIBLE SPECTRUM | TARR | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   PREV LIST   NEXT LIST   TOP   HELP

| **HOME** | **SITE INDEX**| **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Aug 23 04:17:01 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [BOTTOM] [HELP]

Logout   *Please logout when you are done to release system resources allocated for you.*

Start   List At: [ ]   OR   Jump   to record: [ ]    **141 Records(s) found (This page: 101 ~ 141)**

**Refine Search** (live)[LD] AND (Visible)[COMB]   Submit

**Current Search:** S2: **(live)[LD] AND (Visible)[COMB]** docs: 141 occ: 418

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 101 | 75713160 | 2488547 | WE MAKE THINGS VISIBLE | TARR | LIVE |
| 102 | 75617693 | 2635771 | THE VISIBLE HEART | TARR | LIVE |
| 103 | 75617559 | 2337943 | FOREVER VISIBLE BY ALL | TARR | LIVE |
| 104 | 75598778 | 2351466 | VISIBLE SOLUTIONS | TARR | LIVE |
| 105 | 75561867 | 2423853 | NO VISIBLE DUST | TARR | LIVE |
| 106 | 75550667 | 2261229 | VISIBLE DIFFERENCE PORE-FIX C | TARR | LIVE |
| 107 | 75508453 | 2520533 | SKINVISIBLE | TARR | LIVE |
| 108 | 75370125 | 2205610 | VISIPORT | TARR | LIVE |
| 109 | 75345248 | 2282526 | VISIBLE SOLUTIONS | TARR | LIVE |
| 110 | 75338072 | 2322789 | VIZBIZ | TARR | LIVE |
| 111 | 75290989 | 2261957 | VISIFILES | TARR | LIVE |
| 112 | 75146052 | 2177340 | VISI-SLIDE | TARR | LIVE |
| 113 | 75112735 | 2110480 | VISIBLE HUMAN PROJECT | TARR | LIVE |
| 114 | 75057885 | 2064134 | VISIBLE-ACTION | TARR | LIVE |
| 115 | 74606320 | 2014325 | VISIBLE RESULTS | TARR | LIVE |
| 116 | 74723448 | 2162377 | VISIBLE PRODUCTIONS | TARR | LIVE |
| 117 | 74667180 | 2125982 | VISI-LUX | TARR | LIVE |
| 118 | 74620225 | 1992118 | VISIBLE-HEAT | TARR | LIVE |
| 119 | 74547286 | 1993960 | CMM - MAKING PROGRESS VISIBLE | TARR | LIVE |
| 120 | 74491356 | 2040905 | VISIBLE GENETICS | TARR | LIVE |
| 121 | 74232778 | 1761948 | IMMEDIATELY VISIBLE | TARR | LIVE |
| 122 | 74186786 | 1716028 | VISIBLE IMPACT | TARR | LIVE |
| 123 | 74174289 | 1715192 | VISI-BELT | TARR | LIVE |
| 124 | 74088614 | 1677480 | THE VISIBLE DIFFERENCE | TARR | LIVE |
| 125 | 74073247 | 1692918 | VISIBLE INK PRESS | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 126 | 73817625 | 1617399 | VISIPLEX | TARR | LIVE |
| 127 | 73751421 | 1623486 | BAUSCH ...WE MAKE OCCLUSION VISIBLE | TARR | LIVE |
| 128 | 73745828 | 1529258 | VISIBLE ADVANTAGE | TARR | LIVE |
| 129 | 73726679 | 1516878 | VISIBLE CHANGES TOO! | TARR | LIVE |
| 130 | 73705954 | 1502914 | VISIBEAD | TARR | LIVE |
| 131 | 73677901 | 1498194 | GCO-10 LM WITH VISIGARD | TARR | LIVE |
| 132 | 73674525 | 1520750 | VISI-LIGHT BY HAMSAR | TARR | LIVE |
| 133 | 73674377 | 1501290 | VISIPAK | TARR | LIVE |
| 134 | 73664880 | 1475929 | VISTEX | TARR | LIVE |
| 135 | 73593051 | 1414113 | VISICUT | TARR | LIVE |
| 136 | 73587740 | 1434606 | VISITEC | TARR | LIVE |
| 137 | 73585793 | 1412199 | VISI-FLOW | TARR | LIVE |
| 138 | 73507092 | 1371050 | VISIBLE SYSTEMS | TARR | LIVE |
| 139 | 73507082 | 1371049 | VISIBLE SYSTEMS CORPORATION | TARR | LIVE |
| 140 | 73325158 | 1201722 | VISIBLE DIFFERENCE | TARR | LIVE |
| 141 | 72219274 | 0817247 | VISIBLE STOCK CONTROL | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY