```
00001
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4 -------------------------------x
 5 VISIBLE SYSTEMS CORPORATION,
 6 a Massachusetts Corporation,
 7           Plaintiff,
 8                    Civil Action No.
 9 vs.                04-CV-11610-RGS
10
11 UNISYS CORPORATION,
12 a Delaware Corporation,
13           Defendant.
14 -------------------------------x
15
16       DEPOSITION OF RALPH BEARL WELBORN, a witness
17   called by and on behalf of the Plaintiff, taken
18   pursuant to the provisions of Rule 30(b)(6) of the
19   Federal Rules of Civil Procedure, before James A.
20   Scally, RMR, CRR, a Notary Public in and for the
21   Commonwealth of Massachusetts, at the offices of
22   Foley & Lardner, 111 Huntington Avenue, Boston,
23   Massachusetts, on Friday, August 11, 2006, commencing
24   at 10:15 a.m.
```

```
00002
 1         A P P E A R A N C E S
 2
 3    STEPHEN H. GALEBACH, ESQUIRE
 4    Galebach Law
 5    One Knollcrest Drive
 6    Andover, Massachusetts  01810
 7    978-258-5300
 8       Counsel for the Plaintiff
 9
10    WILLIAM L. BOESCH, ESQUIRE
11    Sugarman, Rogers, Barshak & Cohen PC
12    101 Merrimac Street
13    Boston, Massachusetts  02114
14    617-227-3030
15       Counsel for the Defendant
16
17    ALSO PRESENT:
18    Timothy Galebach
19
20
21
22
23
24
```

00150

1  CEO overall.  So he would ask me to facilitate his

2  executive team meetings.  So when they would get together,

3  I don't remember if it was monthly or quarterly or

4  whatever, then I'd -- I ran those meetings.

5     Q.  Were you involved working directly for Joe McGrath

6  at the time that 3D Visible Enterprise was launched in

7  June -- or in 2004?

8     A.  June of '04, was I reporting to him?  You know

9  what, I actually, I have -- like I said before, I'm bad

10 with dates.  I reported to Joe during the initial

11 Blueprinting launch, whenever that was, June I thought,

12 when I came in.

13    Q.  And that would have been 2003?

14    A.  I think that's 2003.  And 2004, June, I actually

15 don't know who I was reporting to.

16    Q.  Who was responsible at Unisys for the launch of 3D

17 Visible Enterprise in 2004?

18        MR. BOESCH:  Object to the form.

19        Answer if you can.

20    A.  Well, who's responsible.  Joe actually has been a

21 champion of it overall.  The people who did the work for

22 it, there's a marketing piece of it, there's -- we talked

23 about before, there's the tooling and the -- some of the

24 methodology pieces of it, and then there's the sales

00151
1  methodology in the tooling and messaging part of it.  So as
2  we talked about before, there were three legs of a stool
3  responsible for that stuff, all -- Joe said, "Yea, forth,
4  go make it happen," and then we would be responsible for
5  actually getting to that.  Is that what you're asking?
6     Q.  Yes.  So when you came on board, it was to work on
7  what was then called Business Blueprinting, and there was
8  no 3D Visible Enterprise being connected with Business
9  Blueprinting; is that correct?
10     A.  That's correct.  That's correct.
11     Q.  Okay.  So when did you first hear that the name 3D
12  Visible Enterprise would be added into the mix?
13     A.  We were at Joe's off-site meeting in Brussels.  We
14  were in a small hotel near the center, and we got a phone
15  call.  It was Joe's executive team meeting.  And we put the
16  person on conference call, and we were told, "We have a new
17  branding for the Business Blueprinting, and it's 3D-VE."
18         Now, the reason I remember that is because I
19  immediately said, "That's a goofy name.  It should be 4-D,"
20  because we are missing a whole dimension of time, just to
21  be entirely appropriate.  But I was completely shot down on
22  the whole thing.  So that's why I happen to remember that.
23     Q.  And when was that off-site?
24     A.  I don't know.  I mean I could find out.  It's easy

00152

1  to find out, but I'm just not good with dates.

2  Q.  Okay.  I would ask you to find out --

3  A.  Sure.

4  Q.  -- the timing of that.

5      Who was it who called with that name?

6  A.  You know, someone on Ellyn's team, because she

7  had -- Ellyn Raftery, head of marketing now, she was head

8  of marketing for the global industries then.  She was

9  working with, I think it was Grey Communications out of New

10  York, and I think that they came up with the name.

11  Q.  So you thought initially it was a goofy idea?

12  A.  Well, you know, 3D, I'm a purist initially.  I

13  quickly back off, but I'm a purist.

14  Q.  What was Joe's reaction when he heard it at the

15  meeting?

16  A.  I think that the executive team basically, you

17  know, they all said, "Okay."

18  Q.  Did it appear to be news to him or did he already

19  know?

20      MR. BOESCH:  Steve, I want to caution

21      you that you're outside the scope of the

22      topics in your notice, I think, unless you

23      can explain your --

24      MR. GALEBACH:  Understood.  Although