```
00001
 1       UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS
 2  - - - - - - - - - - - - - - - - - - - - - - -
    VISIBLE SYSTEMS      C.A. No. 04-CV-11610-RGS
 3  CORPORATION

 4    vs

 5  UNISYS CORPORATION
    - - - - - - - - - - - - - - - - - - - - - - -
 6             - - -

 7       Friday, September 8, 2006

 8             - - -

 9       C O N F I D E N T I A L

10             - - -

11

12       Oral Deposition of DAVID A. WRIGHT,

13  was taken pursuant to Notice at the law offices

14  of COZEN O'CONNOR, 200 Four Falls Corporate

15  Center, Suite 400, P.O. Box 800, West

16  Conshohocken, PA 19428-0800 on the above date

17  before DEBRA G. JOHNSON-SPALLONE, CSR, RPR,

18  Notary Public, and a Federally Approved

19  Reporter of the United States District Court

20  commencing at or about 1:30 p.m.

21

22

23

24
```

```
00002
 1  APPEARANCES:

 2

 3  GALEBACH LAW FIRM
       BY:  STEPHEN H. GALEBACH, ESQUIRE
 4  One Knollcrest Drive
    Andover, MA 01810
 5  (978) 258-5300
    Representing the Plaintiff
 6

 7

 8  SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
       BY:  WILLIAM L. BOESCH, ESQUIRE
 9  101 Marrimac Street
    Boston, MA 02114-4737
10  (617) 227-3030
    Representing the Defendant
11

12

13  ALSO PRESENT:

14  UNISYS CORPORATATION
       BY:  STEPHANIE E. THIER, ESQUIRE
15  Senior Trademark Counsel
    Unisys Way
16  MS E8-114
    Blue Bell, PA 19424
17

18

19

20

21

22

23

24
```

```
00011
 1         A.  Industrial designer from
 2  University of Cincinnati.
 3         Q.  What role did you play in the
 4  -- the selection of the mark 3D Visible
 5  Enterprise?
 6         A.  I didn't play any role in the
 7  selection.
 8         Q.  Do you know who selected it?
 9         A.  The name was eventually selected
10  or approved by Larry Weinbach.  He was the
11  final decision maker.
12         Q.  Were there any other key decision
13  makers involved with him?
14         A.  Probably Joe McGrath and Fred
15  Dillman were the key two.
16         Q.  Who came up with the idea for the
17  name?
18         A.  Grey Advertising.
19         Q.  No one at Unisys suggested the
20  name 3D Visible Enterprise to Grey Advertising?
21         A.  Correct.
22         Q.  Did anyone at Unisys suggest the
23  name Visible to Grey Advertising?
24         A.  No.
```

```
00012
 1        Q. Did anyone at Unisys suggest the
 2  name 3D to Grey?
 3        A. No.
 4        Q. Did anyone suggest the name
 5  Enterprise to Grey from Unisys?
 6        A. Not that I am aware of.
 7        Q. When did you first hear the name
 8  3D Visible Enterprise?
 9        A. I believe it was at the initial
10  presentation that Grey made to the management
11  committee in November of 2003.
12        Q. Who was there?
13        A. That is quite a room full.
14           Dick Badler.  Joe McGrath.  Fred
15  Dillman.  Leigh Alexander.  Cary Baker, and
16  then there was a team from Grey.
17        Q. Do you remember names from Grey?
18        A. It was Carl Argila, who was the
19  account representative.
20           Dave Tutin, Jack Aaker, and Steve
21  Centrillo.
22           There may have been one or two
23  others, but that is all I recall.
24        Q. Aaker is A-K-E-R?
```

```
00013
 1        A. Two As.  A-A-K-E-R, I believe.
 2        Q. How do you spell Tutin's last
 3  name?
 4        A. T-U-T-I-N.
 5        Q. What was the role at that time of
 6  Leigh Alexander?
 7        A. She was Chief Marketing Officer.
 8        Q. And of Cary Baker?
 9        A. He was Director of Advertising.
10        Q. You were present at the meeting?
11        A. Yes.
12        Q. What was the main thrust of the
13  discussion at the meeting?
14        A. Developing a new name for an
15  approach we call Business Blueprinting.
16        Q. What was the reason for
17  developing a new name for something that had
18  just been launched several months before?
19        A. They -- the assignment that was
20  given to Grey was to develop a -- to come up
21  with some way we can have a bigger idea of what
22  this set of solutions offerings were.
23           Business Blueprinting, which was
24  the former name of a piece of it, was very much
```

**20060908 David A. Wright**                    **Page 13**

00014
 1  a very technical type of discussion people had
 2  mostly about modeling tools, tools for modeling
 3  business.
 4          So, the idea was to come up with
 5  another term, was to make it a bigger idea
 6  about enabling an enterprise to see all of its
 7  inner workings.
 8        Q.  Were there any other names
 9  considered at the meeting in late 2003?
10        A.  No other names were presented or
11  considered.
12        Q.  Were there any negatives spoken
13  at that meeting about the name 3D Visible
14  Enterprise?
15        A.  The only thing I recall about
16  negatives were what the role of 3D really was.
17  That was discussed a bit.  It was to give the
18  idea of -- it gives a holistic view from top
19  to bottom of an enterprise.
20          After a brief discussion, it was
21  agreed.
22        Q.  Was the decision made then and
23  there at that meeting to adopt the name?
24        A.  No, it was not.

```
00015
 1      Q.  Who left the meeting with the
 2  action to get a corporate decision?
 3      A.  Dick Badler.
 4      Q.  What was your involvement in
 5  the aftermath of the meeting with the name 3D
 6  Visible Enterprise?
 7      A.  We joined the -- well, during the
 8  time between the final decision being made and
 9  -- and that -- that initial meeting, there were
10  some clearance searches done by Grey's counsel.
11  They were sent to me, and I forwarded them to
12  our trademark counsel.
13      Q.  So, you received the three or
14  four-page letter from Grey's counsel?
15      A.  Yes.
16      Q.  Did you receive the
17  over-hundred-page trademark search?
18      A.  No.
19      Q.  You did not receive the trademark
20  search for Thompson and Thompson?
21      A.  Correct.
22      Q.  Did you do any Google searching
23  to see what other companies were using the name
24  Visible and Visible Enterprise?
```

**20060908 David A. Wright**                                   **Page 15**