UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Visible Systems CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>    Defendant | Civil Action No. 04-CV-11610-RGS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the defendant, Unisys Corporation in the above-captioned matter.

**Defendant,**
**UNISYS CORPORATION,**
By Its Attorneys,

_____/s/ Matthew C. Welnicki_____
Matthew C. Welnicki, BBO No. 647104 (welnicki@srbc.com)
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114
617-227-3030

Dated: September 26, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

                /s/ Matthew C. Welnicki

382596