UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VISIBLE SYSTEMS CORPORATION,

        Plaintiff

v.

UNISYS CORPORATION,

        Defendant

Civil Action No. 04-CV-11610-RGS

**JOINT MOTION TO MODIFY SCHEDULE**
**FOR BRIEFING OF DISPOSITIVE MOTIONS**

At the close of factual discovery in this case on September 27, 2006, there remained a handful of unresolved matters involving requests by each side for completion and/or supplementation of the other party's document production. The parties have since been working to address these matters. In order to aid in their efforts, and in recognition of the complexity of the issues in the case, the parties have agreed that, subject to the Court's approval, the schedule for briefing of any dispositive motions should be slightly modified. The proposed modifications are as follows:

| Event | Current Deadline[1] | Proposed New Deadline |
|---|---|---|
| Filing of Dispositive Motions | October 31, 2006 | November 10, 2006 |
| Oppositions to Motions | December 1, 2006 | December 20, 2006 |
| Reply Memoranda | December 22, 2006 | January 12, 2007 |

---

[1] See the Court's order of June 30, 2006.

Accordingly, the parties jointly move for an order so modifying the schedule.

Plaintiff,
VISIBLE SYSTEMS CORPORATION,

By Its Attorneys,

_____/s/ Stephen H. Galebach_____
Stephen H. Galebach, BBO No. 653006 (galebach@comcast.net)
Joseph E. Rendini, BBO No. 542746
9-11 Touro Avenue
Medford, MA 02155
781-874-3922


Lawrence M. Kraus (BBO No. 564561) (lkraus@foley.com)
Carrie J. Fletcher (BBO No. 642369) (cfletcher@foley.com)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000



Defendant,
UNISYS CORPORATION,
By Its Attorneys,


_____/s/ William L. Boesch_____
Anthony M. Doniger, BBO No. 129420 (doniger@srbc.com)
William L. Boesch, BBO No. 558742 (boesch@srbc.com)
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114
617-227-3030


Dated: October 25, 2006