UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>　　　　　　Defendant | Civil Action No. 04-CV-11610-RGS |

**ASSENTED TO MOTION TO MODIFY SCHEDULE**
**FOR BRIEFING OF DISPOSITIVE MOTIONS**

In light of the number and complexity of the issues presented in Defendant's Motion for Summary Judgment, Plaintiff Visible Systems Corporation requests a minor modification to the joint briefing schedule, continuing the current deadlines by two (2) days. Defendant Unisys Corporation assents to this motion. The requested modifications are as follows:

| Event | Current Deadline[1] | Proposed New Deadline |
|---|---|---|
| Oppositions to Motions | December 20, 2006 | December 22, 2006 |
| Reply Memoranda | January 12, 2007 | January 16, 2007 |

---

[1] See the Court's Order of October 26, 2006.

BOST_223819.1

Accordingly, Plaintiff moves for an order so modifying the schedule.

Plaintiff,

VISIBLE SYSTEMS CORPORATION

By its attorneys:

  /s/ Stephen H. Galebach
Stephen H. Galebach, BBO # 653006
Joseph E. Rendini, BBO # 542746
GALEBACH LAW
One Knollcrest Drive
Andover, MA 01810
978-258-5300
galebach@galebachlaw.com
rendini@galebachlaw.com

and

Lawrence M. Kraus, BBO # 564561 (lkraus@foley.com)
Carrie J. Fletcher, BBO # 642369
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000
lkraus@foley.com

ASSENTED TO BY:

Defendant,
UNISYS CORPORATION,
By Its Attorneys,

 /s/ William L. Boesch
Anthony M. Doniger, BBO No. 129420
William L. Boesch, BBO No. 558742
SUGERMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114
617-227-3030
doniger@srbc.com
boesch@srbc.com

Dated:  December 19, 2006

- 3 -

## Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                     /s/   Stephen H. Galebach_____
Stephen H. Galebach