UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VISIBLE SYSTEMS CORPORATION,

Plaintiff

v.

UNISYS CORPORATION,

Defendant

C.A. No. 04-CV-11610-RGS

**PLAINTIFF VISIBLE SYSTEMS' FIRST SUPPLEMENTAL ANSWERS TO DEFENDANT UNISYS' FIRST SET OF INTERROGATORIES**

Plaintiff Visible Systems Corporation ("Visible") provides the following supplemental answers to Defendant Unisys Corporation ("Unisys")'s First Set of Interrogatories to Visible Systems Corporation, subject to all general objections and interrogatory-specific objections set forth in Plaintiff Visible Systems' Answers to Defendant Unisys' First Set of Interrogatories:

**INTERROGATORY NO. 18**

Please state whether you contend that any alleged wrongful conduct by Unisys in this matter was done knowingly and/or intentionally, and if so state basis (*see* Local Rule26:5(C)(8)) for your contention.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 18**

Visible's contention that Unisys Corporation acted knowingly and intentionally in its infringements of Visible's marks continues to be the subject of discovery in this action; in addition, Visible contends that the advertisement by Unisys in the June 5, 2006 issue of Forbes magazine is an infringing use of the marks VISIBLE and VISIBLE ADVANTAGE, done with full knowledge that (a) VISIBLE, VISIBLE SYSTEMS, and VISIBLE SYSTEMS

CORPORATION are registered trademarks of Visible; (b) VISIBLE ADVANTAGE is the trademark used for many years by Visible in connection with one of Visible's products; and (c) a qualified and credible expert has rendered an opinion stating that Unisys and Visible have been operating in the same market with respect to enterprise systems and software modeling, information engineering, CASE tools, enterprise architecture, and associated use of marks that include the term VISIBLE. Further uses by Unisys of the mark VISIBLE are the subject of ongoing discovery in this action and may also have been done with full knowledge of the above-stated facts. In addition, Visible's ongoing investigation has disclosed that Unisys has operated in the same market as Visible for many years, in connection with CASE (computer-aided software/systems engineering) tools including Unisys' LINC and MAPPER products and Unisys' UREP (universal repository). Unisys' extensive operations in Visible's market spanning three decades support a strong inference that Unisys has been knowledgeable about Visible's products, services and marks. Further, Visible has learned, as the result of accessing legacy databases and backups thereof, that several hundred Unisys persons downloaded or otherwise received Visible products and/or information related to Visible products and services during the time period 1989-2005. Information about these contacts, extracted from said legacy database, is set forth in the spreadsheet produced in Visible Prod (12). Visible has also learned that Unisys personnel at the Microsoft-sponsored TechEd conference in Dallas TX in June 2003 received extensive information about Visible's products and services.

**INTERROGATORY NO. 21**

Please state whether you have ever brought or asserted, or have ever been the subject of or defendant in, a lawsuit or other claim of trademark infringement with respect to any of your trademarks that are at issue in this case, and if so provide a detailed description of each such suit or other claim, including the identity (see Local Rule 26.5(C)(3)) of each person who made such a claim.

## SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 21

During 2006 and since the serving of Plaintiff Visible Systems' Answers to Defendant Unisys' First Set of Interrogatories, Visible has made claims related to possible trademark infringement by AT&T's subsidiary Sterling Commerce, and Visible has opposed registration of the mark Visible Systems by Visible Assets of Mississauga, Ontario, Canada.

## INTERROGATORY NO. 22

Please identify (see Local Rule 26.5(C)(3)) each person likely to have discoverable information concerning any actual confusion or likelihood of confusion you contend has been caused by Unisys, and each other person likely to have discoverable information in this matter, and state in detail as to each such person the subject matter(s) on which he or she is likely to have knowledge (including, with respect to any such person who is an entity or association, the identity of each natural person within the entity or association who is likely to have discoverable information).

## SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 22

The following information is provided in supplement to that previously provided in Plaintiff's Automatic Disclosures, as referenced in Plaintiff's Answer to Interrogatory No. 22:

### Current Visible Employees

| | |
|---|---|
| **George Cagliuso**<br>**Michael Cesino**<br>**Yvonne Fang**<br>**John Nash**<br>**Stuart Nash**<br>**Giselle Princz**<br>**Jennifer Stone (Oneida NY office)** | Visible Systems Corporation<br>201 Spring Street<br>Lexington, MA 02421<br>Tel. (781) 778-0200 |

### Former Visible Employees

**David Copeland**
20 Radcliff Road, Apt. 211
Allston, MA 02134

**Bruce Fanning**
14 Edythe Lane
Peabody, MA 01960

**Crystal Grossini**
7415 Gillingham Row
Alexandria, VA 22315

**David G. Hughes**
No files

**Michael Paul**
22 Knapp Terrace
Plymouth, MA 02360

**Peter Pedulla**

31 Brentwood Road
Chelmsford, MA 01824
Tel. (978) 256-7062

**Carol Read**
21810 30th Court
Issaquah, WA 98007

**Ellen Shoner**
(h) 16 Royal Road
Brookline, MA 02445
(o) Houseworks
One Gateway Center, Suite 902
Newton, MA 02458

Tel: (617) 928-1010

**John Vosburgh**
1279 Auburn Grove Lane
Reston, VA 20194

**Herb Weiner**
173 Oak Street
Newton, MA 02164

## Consultants and Contractors

**Miljan Bajic**
Milimax Web Solutions
Tel. (401) 300-9674
Email: miljan@milimax.com,

**Dennis Brennan**
Principal
SRA International
Tel. (212) 512-5018
Email: Dennis_brennan@sra.com

**Clive Finkelstein**
Information Engineering Services Pty Ltd
Visible Systems Australia Pty Ltd
PO Box 246
Hillarys WA 6923 Australia
Tel. 61-8-9402-8300

**Roux Laflame**
IQ Health Care Solutions
70200 Dillon Road #554
Desert Hot Springs, CA 92241
Tel. (760) 288-7320
Email: roux@laflame.org

**Gene Lawrence**
1708 Windsong Trail
Richardson, TX 75081
Tel. (972) 644-4815
Email: grlawrence@sbcglobal.net

**Marvin Lerfald**
Principal Consultant
SRA Corporation
Tel. (703) 558-4733

**Linda Marquis**
Marketing Communications Services
15 Dunlap Drive
Nashua, NH 03064
Tel. (603) 881-7916

**Alan Perkins**
Chief Solutions Architect
ASG Rochade
12700 Sunrise Valley Drive
Reston, VA
Tel. (703) 464-1341
Email: alan.perkins@asg.com

**Peter Schneider**
Principal
Schneider Information Services
Calgary, Canada and Phoenix, AZ

Email:
Peter.Schneider@SchneiderIS.com

**Graham Sword**
Enterprise Business Analyst (ret.)
Enterarc Associated, Inc.
Tel. (410) 531-5571
Email: gsword@enterarc.biz

**Persons with Knowledge of Visible and/or its Products and Services**

**Alan Abrahams, Ph.D.**
University of Pennsylvania
Wharton School
Dept. of Operations and Information Management
560 John M. Huntsman Hall
3730 Walnut Street
Philadelphia, PA 19104-6340
Tel. (215) 573-5046
Email: asa28@wharton.upenn.edu

**Erlan Burk, M.S.**
Assistant Prof. of Computer Science
Park University
2917 North 81st Place
Scottsdale, AZ 85251
Tel. (480) 994-4326
Email: conceptxeb@msn.com

**Clement Cote**
2C Solutions
1632 rue de Champigny
Montreal (Quebec) H4E 1M1
Canada
Tel. (514) 830-7419
Email: clement.cote@2csol.com

**Jo Ann Gonzales**
(home)
933 Millshore Drive
Chuluota, FL 32766
(business)
Configuration Management Specialist
MS ASRC-17
Kennedy Space Center, FL 32899
Tel. (321) 867-6087

**Fred Grossman, Ph.D.**
DPS Program Director
Department of Information Systems
Pace University
White Plains, NY 10606
Tel. (914) 422-4351
Email: fgrossman@pace.edu

**Frank LaQuinta**
Co-head of Capital Markets
1-Deal LLC
1359 Broadway, 2nd Floor
New York, NY 10018
Tel. (212) 849-5000; (800) 850-7422

**Al Menendez**
Space Coast Information Systems
752 Nicklaus Drive
Melbourne, FL 32940
Tel. (321) 369-9458
Email: menendez@spacecoastis.com

**Peter O'Kelly**
Research Director
Burton Group
7090 Union Park Center, Suite 200
Salt Lake City, UT 84047
(801) 304-8174
Email: pokelly@burtongroup.com

**Bob Podd**
Software Results, Inc.
P.O. Box 3161
Framingham, MA 01705-3161
[13 Nadine Road,
Framingham, MA 01701]
Tel. (508) 877-4311
Email: bpodd@softwareresults.com

**Harry Rosenblatt**
407 Court Street
Edenton, NC 27932
Tel. (252) 482-8815
Email: harryr@mchsi.com

**Rainer Schoenrank**
1251 Yosemite Way
Hayward, CA 94545
Tel. (510) 303-8868
Email: r.schoenrank@computer.org

**Verification:**

I, Michael Cesino, hereby state and affirm that I am President of Visible Systems Corporation and that the factual material set forth in the foregoing Plaintiff Visible Systems' First Supplemental Answers to Defendant Unisys' First Set of Interrogatories is true and accurate to the best of my knowledge and belief.

Signed under the penalties of perjury this __ day of August 2006.

Michael Cesino

As to objections,

Stephen H. Galebach, BBO #653006
Joseph E. Rendini, BBO # 542746
Galebach Law Firm
One Knollcrest Drive
Andover, MA 01810
978-258-5300

Attorneys for Plaintiff

Dated: August 9, 2006

**Certificate of Service**

I hereby certify that I served this date a copy of the foregoing by hand upon:

William Boesch, Esq.
Sugarman, Rogers, Barshak & Cohen, PC
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737

Counsel for Defendant Unisys Corporation

Stephen H. Galebach

8-9-06
Date