## Page 1

```
                              Pages: 1-212
                              Exhibits: 30-35

           UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                 C.A.#: 04-CV-11610-RGS


  VISIBLE SYSTEMS CORPORATION,
              Plaintiff
      vs.
  UNISYS CORPORATION,
              Defendant

       DEPOSITION OF STEWART B. NASH, a
  witness called by and on behalf of the
  Defendant, pursuant to the provisions of
  the Federal Rules of Civil Procedure,
  before Joan Applegate, Certified
  Shorthand Reporter and Notary Public in
  and for the Commonwealth of
  Massachusetts, at the offices of
  Sugarman, Rogers, Barshak & Cohen, P.C.,
  101 Merrimac Street, Boston,
  Massachusetts, on Thursday, August 24,
  2006 commencing at 10:00 a.m.

           SHEA COURT REPORTING SERVICES
                  (617) 227-3097
```

## Page 2

APPEARANCES:

William L. Boesch, Esq.
Sugarman, Rogers, Barshak &
Cohen, P.C.
101 Merrimac Street
Boston MA 02114
On behalf of the Defendant;

Joseph E. Rendini, Esq., Of Counsel
Galebach Law Firm
One Knollcrest Drive
Andover MA 01810
On behalf of the Plaintiff.

SHEA COURT REPORTING SERVICES
(617) 227-3097

## Page 3

I N D E X

DEPONENT
Stewart B. Nash

| EXAMINATION | PAGE |
|---|---|
| (By Mr. Boesch) | 5 |

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 30 | Deposition Notice | 7 |
| 31 | Visible Systems Web site document | 89 |
| 32 | Visible Systems Corporation Income Statement | 141 |
| 33 | Visible Systems Corporation Confidential Information | 192 |
| 34 | Institute for Enterprise Architecture Developments Web site document | 196 |
| 35 | Reserve Note dated March 26, 2004 | 210 |

SHEA COURT REPORTING SERVICES
(617) 227-3097

## Page 4

P R O C E E D I N G S

THE STENOGRAPHER: Mr. Rendini, are you going to want a copy?

MR. RENDINI: Oh, yes.

THE STENOGRAPHER: And a mini or an ASCII?

MR. RENDINI: Yes.

S T I P U L A T I O N S

It is hereby stipulated and agreed by and between counsel for the respective parties that the sealing, filing, and certification of the deposition are waived.

It is further stipulated and agreed by counsel that all objections, except as to the form of the question, are reserved until the time of trial. Motions to strike likewise are reserved until the time of trial.

The witness exercises his right to read the transcript and sign the original signature page under the pains and penalties of perjury. If the transcript is not signed within 30 days

SHEA COURT REPORTING SERVICES
(617) 227-3097

**Page 77**

1  no secret. Jeff Smith?
2  A. He left us also.
3  Q. And Clive Finkelstein?
4  A. Clive Finkelstein is not an employee, he
5     is a consultant. He's got multiple
6     relationships with us, essentially.
7  Q. Has his own company in Australia?
8  A. Yes. He's got a lot of relationships.
9     He's a shareholder in the firm. He's a
10    reseller of the products. He is an
11    advisor to us on a variety of technical
12    issues related to methodologies and so
13    forth.
14 Q. So he's one of the group of ten, sort
15    of, expert contractors that you referred
16    to?
17 A. Yes.
18 Q. Is it possible to generalize about what
19    functions the other experts serve for
20    the company?
21 A. When you say "experts," are you
22    referring to people on our witness list
23    or just the consultants that we use?
24 Q. No, I'm using the term that you used,
   SHEA COURT REPORTING SERVICES
         (617) 227-3097

**Page 78**

1  the ten or so outside contractor
2  consultants.
3  A. Okay, those folks. Yeah, he's one of
4     those folks. Did you want to know who
5     the other ones are, is that the
6     question?
7  Q. I don't necessarily need the names. My
8     question was whether it's possible to
9     say, in general, what that group of
10    people does for Visible Systems.
11 A. No. There's a lot. They do a lot of
12    different things, from advising us on
13    methodologies and tool directions,
14    technical directions for the company, to
15    providing services that we sell, to
16    providing programming support to us
17    directly, to providing various kinds of
18    consulting to clients, both initiated by
19    us and initiated by them.
20 Q. Who provides consulting to clients when
21    that is done?
22 A. Well, some of our own people do it, and
23    some of this kind of stable of
24    consultants that we use provide the
   SHEA COURT REPORTING SERVICES
         (617) 227-3097

**Page 79**

1  services.
2  Q. Can you give me the names of the group
3     of people who provide those services?
4     MR. RENDINI: Including the in-
5  house people?
6     MR. BOESCH: Including both
7  categories.
8  A. Okay. Karen and David and Russ all do,
9     from our internal staff do consulting
10    work from time to time. Additionally,
11    we've used Peter Bell as a consultant.
12    We've used --
13 Q. Where is he located?
14 A. He's located in Lexington, Virginia, if
15    I am not mistaken. We've used Al
16    Menendez and Joe Regan. We've used --
17    Mike Cesino has done some consulting as
18    well. We've used -- there's other folks
19    we've used and partnered with, entities,
20    more than people, that are in the
21    stable. We've had a variety of
22    partnerships over the years with other
23    organizations whose primary business is
24    consulting.
   SHEA COURT REPORTING SERVICES
         (617) 227-3097

**Page 80**

1  Q. Are Bell, Menendez, and Regan part of
2     the list of the ten outside contractors
3     that you referred to?
4  A. Yes.
5  Q. Where is Mr. Menendez located?
6  A. In the Orlando, Florida area.
7  Q. And Mr. Regan?
8  A. The same.
9  Q. Does each of them have a particular area
10    of specialty?
11 A. They are specialized around the
12    configuration management tools space.
13 Q. That would be the Razor product?
14 A. Yes, mainly the Razor product. They
15    also have some expertise in database
16    analysis and design, which would be part
17    of the modeling.
18    THE WITNESS: I know I just
19    asked for a break. Could I have another
20    one?
21    MR. BOESCH: Sure.
22    (Whereupon there is a lunch
23    recess commencing at 12:09 p.m.)
24    AFTERNOON SESSION
   SHEA COURT REPORTING SERVICES
         (617) 227-3097