**1**

Volume 1
Pages 1-227
Exhibits: 118-122

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11610-RGS

- - - - - - - - - - - - - - - - -
VISIBLE SYSTEMS CORPORATION,　　:
　　　　Plaintiff　　　　　　　　:
　　　　　　　　　　　　　　　　 :
　　v.　　　　　　　　　　　　　 :
UNISYS CORPORATION,　　　　　　 :
　　　　Defendant　　　　　　　　:
- - - - - - - - - - - - - - - - -

　　　DEPOSITION OF JOHN G. NASH, taken on behalf of the Defendant, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Carol A. Fierimonte, Certified Shorthand Reporter and Notary Public within and for the Commonwealth of Massachusetts, (#134693), at the Offices of Sugarman, Rogers, Barshak & Cohen, P.C., 101 Merrimac Street, Boston, Massachusetts, on Thursday, September 14, 2006, commencing at 10:10 a.m.

SHEA COURT REPORTING SERVICES
(617) 227-3097

**2**

APPEARANCES:

JOSEPH E. RENDINI, ESQUIRE
48 Doonan Street
Medford, Massachusetts 02155
On behalf of the Plaintiff

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
By: William I. Boesch, Esquire
101 Merrimac Street
Boston, Massachusetts 02114
On behalf of the Defendant

**3**

INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| JOHN G. NASH | | | | |
| By Mr. Boesch | 4 | | | |

EXHIBITS

| NO. | | PAGE |
|---|---|---|
| 118 | Web printout | 21 |
| 119 | Web printout | 57 |
| 120 | Folders List | 101 |
| 121 | Web printout | 144 |
| 122 | Web printout | 150 |

**4**

```
 1          P R O C E E D I N G S
 2              September 14, 2006
 3       IT IS HEREBY AGREED AND STIPULATED by
 4  and between counsel for the respective
 5  parties that all objections, except as to
 6  form, and motions to strike will be
 7  reserved until the time of trial or
 8  pretrial hearing.
 9       It is further stipulated that the
10  witness will read and sign the deposition
11  under the pains and penalties of perjury.
12  Reading and signing is deemed waived if
13  not read and signed within 30 days of
14  transcript delivery. Filing of the
15  deposition is waived.
16            JOHN G. NASH,
17  having first shown proper identification
18  and having been duly sworn, was examined
19  and testified as follows:
20          DIRECT EXAMINATION
21  BY MR. BOESCH:
22  Q. Good morning, Mr. Nash. We met off the
23     record, but let me reintroduce myself. I
24     am William Boesch, one of the lawyers for
```

**Page 21**

1  Q. Would it help you to look at the
2     chronology that is contained on the
3     company's website?
4  A. Sure.
5         MR. BOESCH: Why don't we mark
6     this as the next exhibit. This is going
7     to be Exhibit No. 118.
8         (Document marked as Exhibit No.
9     118 for identification.)
10 Q. Let me hand you what we have marked as
11    Exhibit No. 118 for identification. And
12    first of all, let me ask you whether you
13    recognize that as a page from the
14    company's current website.
15        (Witness perusing document.)
16 A. Yes.
17 Q. And does the chronology there help you to
18    place in time the merger with IESC?
19 A. Yes. 19 --
20 Q. That was indeed in 1997, right?
21 A. Yes, it was.
22 Q. That was before you returned to the
23    company?
24 A. Yes. About six months before.

**Page 22**

1  Q. And you were starting to tell us, I think,
2     about the change or how that, how that
3     merger was connected with 2.5 million in
4     revenue that you described as
5     consulting/software.
6  A. Yes. The merger with IESC brought us a
7     new way to look at the marketplace because
8     IESC developed a product called IE
9     Advantage, which later on after the merger
10    became Visible Advantage. And along with
11    that company came many years of consulting
12    and development that they had done that is
13    based on Clive Finkelstein's Information
14    Engineering methodology. He was really
15    the first methodologist to come up with a
16    complete holistic methodology, versus just
17    pieces and parts of the development
18    lifecycle that earlier individuals had
19    come up with.
20 Q. And by development lifecycle, you mean the
21    lifecycle for software development?
22 A. Software and systems development.
23 Q. Systems meaning computer systems?
24 A. Meaning any type of systems.

**Page 23**

1  Q. Well, are you suggesting that
2     Mr. Finkelstein was somebody with a
3     background in business or management
4     consulting?
5  A. Yes.
6  Q. Okay. What was his background in that
7     area?
8  A. From what I understand of his, of his
9     background, his roots come from IBM. And
10    then after he left, he left IBM, he
11    developed this, this methodology from the
12    late or early '80's up until now.
13 Q. Other than the fact that he came from IBM,
14    do you have any other information about
15    Mr. Finkelstein's background or expertise,
16    if any, in business or management
17    consulting?
18 A. The only thing I know is that -- well, two
19    things. Our developers over the years
20    relied on Clive as a, as a really mentor
21    to help them to embody the methodology in
22    our technology. And we did, the company
23    did work with Clive on a number of
24    engagements around the world over that

**Page 24**

1     time period from '95 onward.
2  Q. What is Mr. Finkelstein's current
3     relationship with Visible Systems?
4  A. He has a -- he represents Visible Systems
5     in Australia. He has a non-paid position
6     of chief scientist for our company. And
7     we work in unison on projects with him
8     from time to time. And Clive is an active
9     author in the public, you know, the
10    popular publications. He writes, he has
11    written numerous books. He has just
12    finished a book, I don't have the title
13    with me, but with that book on his
14    methodologies he puts a CD in there that
15    contained all of our product information
16    and ability to download all of our
17    software tools.
18 Q. You say that book has just been published?
19 A. Yes.
20 Q. You don't remember its name?
21 A. I don't have the title here. I am sorry.
22 Q. When you say that he represents Visible
23    Systems in Australia, what do you mean by
24    that?

**Page 25**

A. Visible Systems Australia is run by Clive.
Q. And what is the business of that company?
A. The business of that company is consulting, training and software tools.
Q. Does he have any other business besides Visible Systems Australia?
A. His methodology, which is, you know, that would be it.
Q. Does he sell any other products or services other than those associated with Visible Systems' products?
A. I don't believe so.
Q. You were talking about the merger with Mr. Finkelstein's company in 1997 and the effect that that had on Visible Systems' business. And I would like to take you back to that topic.
   Did Mr. Finkelstein's company have one or more consultants on its staff?
A. Yes.
Q. Okay. And how many?
A. Full-time consultants, I would say they had 12 or 14 top experts. And one of the things that really intrigued us about

**Page 26**

their technology that they had developed is that their consultants over the years developed something that they called the Universal Model. And the Universal Model was a set of integrated business templates that any organization could use to develop their, their enterprise architecture. And that served as a starting point for many consulting engagements, but it also gave organizations the ability to have 80 percent of the job of creating that model for their organization done. They would just have to tailor it to their business because, over time, our consultants found that the work that they were putting into the consulting engagements looked more and more the same.
Q. So the business templates was one of the assets that Visible Systems acquired in the merger with Mr. Finkelstein's company?
A. Yes.
Q. And those business templates, the company is still using today?
A. Yes. And as a matter of fact, the

**Page 27**

product, Visible Advantage, where it was developed initially, those models were converted over into Visible Analyst for use there as well as a way of storing intellectual property and reusing it.
Q. What is the difference between the way in which the models are used by Visible Advantage and Visible Analyst?
A. The difference --
   MR. RENDINI: Objection. You can answer.
A. The difference is that Visible Advantage looks at data differently than Visible Analyst does. Visible Advantage has more sophisticated business modeling capabilities built into it; and as a result of that, we built the appropriate links to continue that development process in Visible Analyst. And just one other thing that, I don't know if it is of value to you to understand this, but Visible Analyst offers other more detailed capabilities than Visible Advantage in that it takes a look at process

**Page 28**

information and data information simultaneously. And what that means is if you have a particular process, you can look at how the data is being input and output from that process with Visible Analyst, so it gives you kind of a unique view of what you are trying to, the problem you are trying to solve.
Q. As of the time of the merger with Mr. Finkelstein's company, how many consultants did Visible Systems have on its staff?
A. We had at that time no consultants on our staff. They were subcontracted.
Q. How many contracts with outside consultants did Visible Systems have at that time?
A. You know, that I don't know. But I would guess that we had relationships with seven or eight different small groups.
Q. And is it fair to say that you would contract with them on a case-by-case basis; that is, as needed for a particular engagement you would retain an outside