----- Original Message -----
From: William L. Boesch
To: Stephen Galebach
Sent: Wednesday, September 27, 2006 6:01 AM
Subject: Visible/Unisys


Steve:

I have reviewed your letter of September 22, as I said I would.  I believe the
portions of the letter that summarize our discussions during the depositions
that day are reasonably accurate, with two obvious exceptions.

First, as to Item 4: I said that Unisys would produce an updated version of the
3D-VE "Delivery Excellence" report (the version produced in August was marked as
Exhibit 250) that would now include identification of all 3D-VE "New Order"
Engagements, with the exceptions to which you refer in your letter.  (The secure
commerce entities we discussed are not "shipping companies," but you have the
gist of what I said on this topic.)  As with the August version, the new version
of he report will be sorted according to the "Engagements-New Order" category.
I also said that Unisys would provide a list of the customer names in the other "Type" categories
(without the other potentially client-sensitive information
provided on the report) and you agreed this would be a satisfactory way of
identifying "prospects."  I am working on both of those items now.

Second, as to Item 5: You have accurately described our discussion except for
the reference to "customers with a substantial presence in the United States."
We will continue to identify U.S. customers according to how they are listed on
the "Delivery Excellence" report; I did not and do not agree to review the
documents to make a judgment about whether some non-U.S. customer may have what
you regard as a "substantial presence" here.

William




--------------------------------------------------------------------------------
This message is intended only for the designated recipient(s).
It may contain confidential and/or proprietary information and
may be subject to the attorney-client privilege or other confidentiality
protections. If you are not a designated recipient, you may not
review, copy or distribute this message. If you received this
transmission in error, please notify the sender by telephone
(617.227.3030) or by reply e-mail and delete this message.