UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**VISIBLE SYSTEMS CORP.**

        V.                                 CIVIL ACTION NO. 04-11610-RGS

**UNISYS CORP.**

## TRIAL LIMIT ORDER

**STEARNS, DJ.**                                                     MAY 9, 2007

      THIS COURT IS OF THE OPINION THAT THE TRIAL OF THIS MATTER WILL NOT EXCEED 18 HOURS IN LENGTH, EXCLUSIVE OF OPENINGS AND CLOSINGS, AND JURY EMPANELMENT, BUT INCLUSIVE OF DIRECT AND CROSS EXAMINATION. THE COURT IS INSTRUCTING COUNSEL TO DIVIDE THE 18 HOURS AS TO EACH SIDE, SO THAT THE TRIAL MAY BE COMPLETED DURING THAT TIME LIMIT.

      COUNSEL MAY COMMENT ON THE APPROPRIATENESS OF THE TIME LIMIT AS SET FORTH ABOVE, <u>IN WRITING,</u> WITHIN 10 DAYS OF RECEIPT OF THIS ORDER.

      SO ORDERED.

                                                RICHARD G. STEARNS
                                                UNITED STATES DISTRICT JUDGE

                 BY:

                               /s/ Mary H. Johnson
                               ————————————————
                               Deputy Clerk