UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>Defendant | Civil Action No. 04-CV-11610-RGS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION UNDER SEAL**

Plaintiff Visible Systems Corporation hereby moves the Court for leave to file under seal Plaintiff's Motion to Compel Production of Nonprivileged Documents, for *In Camera* Inspection, and Related Relief, on grounds that documents appended as exhibits to said Motion and referenced in said Motion constitute or contain information designated by defendant Unisys Corporation as confidential and attorneys' eyes only under the Protective Order entered in this action.

Plaintiff, VISIBLE SYSTEMS CORPORATION,
By its attorneys,

*/s/ Stephen H. Galebach*

Stephen H. Galebach, BBO # 653006
GALEBACH LAW OFFICE
9-11 Touro Avenue
Medford, MA 02155
781-874-2239
galebach@galebachlaw.com

May 30, 2007

**Certificate of Service**

I hereby certify that a copy of this document was served this date by hand upon William L. Boesch, Esq., Sugarman Rogers Barshak & Cohen, 101 Merrimac Street, Boston, MA 02114

May 30, 2007

*/s/ Stephen H. Galebach*
Stephen H. Galebach