UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11610-RGS

VISIBLE SYSTEMS CORPORATION

v.

UNISYS CORPORATION

ORDER ON TRIAL TIME LIMITS

June 14, 2007

STEARNS, D.J.

Having reviewed the submissions of the parties, the court will increase the allotment of trial time to seventeen (17) hours for each side, exclusive of jury empanelment, opening statements, and closing argument. Each side will be charged with the time it expends on the cross-examination of witnesses. To accommodate the expanded trial schedule, jury empanelment will commence at 9:30 a.m., July 23, 2007, in Courtroom 2, United States District Court, Federal Building and Courthouse, 1550 Main Street, Springfield, Massachusetts, and continue from day to day thereafter until a verdict is returned. The trial will sit 9:30 a.m. to 1:00 p.m. and 2:00 p.m. to 4:00 p.m. daily.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE