UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>    Defendant | Civil Action No. 04-CV-11610-RGS |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Plaintiff Visible Systems Corporation hereby moves the Court for leave to file a two-page Reply Memorandum on a particular matter central to the just adjudication of this case, for reasons more fully stated in Plaintiff's Proposed Reply Memorandum in Support of Motion to Compel Production and for *In Camera* Inspection and Related Relief, which is submitted herewith.

Plaintiff,

VISIBLE SYSTEMS CORPORATION,
By its attorneys,

   /s/Stephen H. Galebach
Stephen H. Galebach, BBO # 653006
GALEBACH LAW OFFICE
9-11 Touro Avenue
Medford, MA  02155
781-874-2239
galebach@galebachlaw.com

and

Lawrence M. Kraus, BBO # 564561
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000

June 15, 2007

2

## Certificate of Service

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


_____/s/Stephen H. Galebach_____　　　　　　　Date:  June 15, 2007
Stephen H. Galebach