UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>          Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>          Defendant | Civil Action No. 04-CV-11610-RGS |

## DEFENDANT'S PORTION OF JOINT TRIAL EXHIBIT LIST

Attached to this document is the defendant's portion of the Joint Trial Exhibit List: a list of the defendant's proposed trial exhibits which the plaintiff has agreed may be admitted, numbered 101-126.

Dated: July 13, 2007

                                        UNISYS CORPORATION,
                                        By Its Attorneys,

                                        /s/ William L. Boesch
                                        Anthony M. Doniger, BBO No. 129420
                                        William L. Boesch, BBO No. 558742
                                        SUGARMAN, ROGERS, BARSHAK
                                         & COHEN, P.C.
                                        101 Merrimac Street
                                        Boston, MA 02114
                                        617-227-3030

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

                                  __/s/ William L. Boesch_____

393720.1