**Visible Systems/Unisys: Defendant's Portion of Joint Trial Exhibit List**

| Trialx# | Doctitle/Topic |
|---|---|
| 101 | Grey Memo to Unisys re: Trademark Search, with Attached Letter |
| 102 | Gartner Report: Magic Quadrant for Database Design Tools 2004 |
| 103 | 3D Visible Enterprise PowerPoint Presentation |
| 104 | Unisys GSA Federal Technology Service Case Study |
| 105 | 3D Visible Enterprise Competitive Positioning PowerPoint Presentation |
| 106 | 3D Visible Enterprise Competitive Positioning PowerPoint Presentation |
| 107 | 3D Visible Enterprise Competitive Positioning PowerPoint Presentation |
| 108 | 3D Visible Enterprise Competitive Analysis Report |
| 109 | Unisys 3D VISIBLE ENTERPRISE Registration Materials |
| 110 | Unisys 3D-VE Registration Materials |
| 111 | Advertisement (See the results of your decision) |
| 112 | Advertisement (The future isn't what it used to be) |
| 113 | Advertisement (The more visible you make your supply chain) |
| 114 | Advertisement (Those x-ray glasses) |
| 115 | Script for Unisys Radio Ad (Airport) |

**Visible Systems/Unisys:Defendant's Portion of Joint Trial Exhibit List**

| Trialx# | Doctitle/Topic |
|---|---|
| 116 | Script for Unisys Radio Ad (You Can See What I Am Doing) |
| 117 | Script for Unisys Radio Ad (Easier to Manage) |
| 118 | Unisys in Transportation |
| 119 | VSC List of Products |
| 120 | Francine Hardaway E-Mail 04/21/05 |
| 121 | George Cagliuso E-Mail 10/26/04 |
| 122 | George Cagliuso E-Mail 07/20/04 |
| 123 | VSC Advertisement (Welcome to the Visible Enterprise) |
| 124 | VSC Historic Website Excerpt |
| 125 | VSC Website Excerpt (The Visible Edge August 2004) |
| 126 | VSC Website Excerpt |