UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>　　　　　　Defendant | Civil Action No. 04-CV-11610-RGS |

### **DEFENDANT'S PROPOSED VERDICT FORM**

1. Has the plaintiff, Visible Systems, proven by a preponderance of the evidence that it owns a trademark in the word VISIBLE?

　　　　Yes _____　　　　　No _____

*If you answered Yes, proceed to Question 2.  If you answered No, stop here.*

2. Has Visible Systems proved by a preponderance of the evidence that Unisys's 3D VISIBLE ENTERPRISE trademark is similar to Visible Systems's VISIBLE mark?

　　　　Yes _____　　　　　No _____

*If you answered Yes, proceed to Question 3.  If you answered No, stop here.*

3. Has Visible Systems proved by a preponderance of the evidence that Unisys advertised and promoted its 3D VISIBLE ENTERPRISE mark in a way that saturated the market in which Visible Systems competes, and overwhelmed its reputation?

　　　　Yes _____　　　　　No _____

*If you answered Yes, proceed to Question 4.  If you answered No, stop here.*

4.      Has Visible Systems proved by a preponderance of the evidence that there is a substantial likelihood Visible Systems' potential customers have been or will be confused into mistakenly believing that Unisys is the source or sponsor of Visible Systems' products or services?

        Yes _____        No _____

Dated: July 13, 2007

        UNISYS CORPORATION,
        By Its Attorneys,

         /s/ William L. Boesch
        Anthony M. Doniger, BBO No. 129420
        William L. Boesch, BBO No. 558742
        SUGARMAN, ROGERS, BARSHAK
         & COHEN, P.C.
        101 Merrimac Street
        Boston, MA 02114
        617-227-3030

### CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

        __/s/ William L. Boesch_____

393070.5