UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>                Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>                Defendant | Civil Action No. 04-CV-11610-RGS |

## DEFENDANT'S PROPOSED DESCRIPTION
## OF CASE FOR JURY VENIRE

This is a case about trademark infringement. The plaintiff, Visible Systems Corporation of Lexington, Massachusetts, claims that it owns a trademark in the term VISIBLE, which it uses in connection with its business. The defendant, Unisys Corporation, has adopted the mark 3D VISIBLE ENTERPRISE in connection with business consulting services it provides. Visible Systems claims that Unisys's mark infringes its trademark rights—that is, Visible Systems claims that Unisys's mark is confusingly similar to Visible Systems' mark, and that Visible Systems' potential customers are likely to be confused by into mistakenly believing that Unisys is the source or sponsor of Visible Systems products or services. Unisys denies this claim. It contends that the 3D VISIBLE ENTERPRISE mark is not confusingly similar to plaintiff's mark, and that there is no likelihood potential customers will mistakenly believe the companies or their businesses are connected.

Dated: July 13, 2007

                                  UNISYS CORPORATION,
                                  By Its Attorneys,

                                  /s/ William L. Boesch
                                  Anthony M. Doniger, BBO No. 129420
                                  William L. Boesch, BBO No. 558742
                                  SUGARMAN, ROGERS, BARSHAK
                                    & COHEN, P.C.
                                  101 Merrimac Street
                                  Boston, MA 02114
                                  617-227-3030

## CERTIFICATE OF SERVICE

     I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

                                  /s/ William L. Boesch

393692.2