UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>　　　　　　Defendant | Civil Action No. 04-CV-11610-RGS |

## DEFENDANT'S LIST OF EXHIBITS TO
## BE OFFERED AT TRIAL

Attached to this document is a list of the defendant's proposed trial exhibits as to which the plaintiff has reserved the right to object, lettered A through RRR.

Dated: July 13, 2007

　　　　　　　　　　　　　　　　UNISYS CORPORATION,
　　　　　　　　　　　　　　　　By Its Attorneys,

　　　　　　　　　　　　　　　　 /s/ William L. Boesch
　　　　　　　　　　　　　　　　Anthony M. Doniger, BBO No. 129420
　　　　　　　　　　　　　　　　William L. Boesch, BBO No. 558742
　　　　　　　　　　　　　　　　SUGARMAN, ROGERS, BARSHAK
　　　　　　　　　　　　　　　　　& COHEN, P.C.
　　　　　　　　　　　　　　　　101 Merrimac Street
　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　617-227-3030

### CERTIFICATE OF SERVICE

　　I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

　　　　　　　　　　　　　　　__/s/ William L. Boesch_____

393721.1