**Visible Systems/Unisys: Exhibits to be Offered at Trial (Defendant's Portion)**

| Trialx# | Doctitle/Topic |
| --- | --- |
| A | "About Visible" |
| B | VSC website company history |
| C | VSC customer testimonial |
| D | Affidavit of George Cagliuso in Vosburgh Enterprises v. VSC |
| E | CASE Closed? (CIO Magazine) |
| F | Business Blueprinting: The Power to Take Unisys to the Next Level |
| G | Grey notes |
| H | Data Modeling |
| I | Hoovers on Unisys Competitors |
| J | EA Management Tool Survey |
| K | Market Overview 2003: Enterprise SCM |
| L | The Expanding Purview of Software Configuration Management |
| M | D&B Report on VSC |
| N | Accenture MTIV |
| O | Accenture Visible Options |
| P | CoVisible |
| Q | IBM Line of Visibility Enterprise Modeling |
| R | Improving Visibility in Adaptive Trading Networks |
| S | Making Learning Visible |

**Visible Systems/Unisys: Exhibits to be Offered at Trial (Defendant's Portion)**

| Trialx# | Doctitle/Topic |
|---|---|
| T | Making the Invisible Visible |
| U | MTIV |
| V | Object-Oriented Systems Analysis and Design |
| W | Prime Visibility |
| X | The Online Visibility Company |
| Y | The Visibility Company |
| Z | The Visible Human Project |
| AA | Visibility Center |
| BB | Visibility Corporation |
| CC | Visibility Software |
| DD | Visibility TM Registry Search |
| EE | Visibility TM Registry Search |
| FF | Visibility USA |
| GG | Visible Area |
| HH | Visible Earth |
| II | Visible Edge |
| JJ | Visible Image |
| KK | Visible Knowledge Project |
| LL | Visible Links |
| MM | Visible Motion |
| NN | Visible Path |

**Visible Systems/Unisys: Exhibits to be Offered at Trial (Defendant's Portion)**

| Trialx# | Doctitle/Topic |
|---|---|
| OO | Visible Solutions |
| PP | Visible Systems Filing Products |
| QQ | Visible Technologies |
| RR | Vizible |
| SS | Visible Inventory |
| TT | Making Work Visible |
| UU | Visible Assets Website Excerpt |
| VV | Ariba Visibility Solutions |
| WW | Crosspoint Website Excerpt |
| XX | Enterprise Visibility System |
| YY | Visible Assets TM Registration |
| ZZ | NY Times Article Visible Path |
| AAA | List of Websites featuring Visible marks |
| BBB | TM Search Visible marks |
| CCC | Anexinet Website Excerpt |
| DDD | D&B Search on "Visible Systems" |
| EEE | Visible TM Registry Search |
| FFF | Enterprise Visibiilty |
| GGG | Modeling the Enterprise Data Architecture |
| HHH | Visible Knowledge Consulting |
| III | Visibility TM Registry Search |

**Visible Systems/Unisys: Exhibits to be Offered at Trial (Defendant's Portion)**

| Trialx# | Doctitle/Topic |
|---|---|
| JJJ | Proforma Website Excerpt |
| KKK | Sterling Commerce Overview |
| LLL | 360 Visibility |
| MMM | Unisys website |
| NNN | Stan Mazaroski E-Mail |
| OOO | Mike Cesino E-Mail |
| PPP | VSC Historic Website |
| QQQ | VSC Website Excerpt |
| RRR | Prospectus |