UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VISIBLE SYSTEMS CORPORATION,

        Plaintiff

v.

UNISYS CORPORATION,

        Defendant

Civil Action No. 04-CV-11610-RGS

## DEFENDANT'S TRIAL WITNESS LIST

1. Ralph Welborn, Unisys Corporation, home address Westwood, Massachusetts

2. Ellyn Raftery, Unisys Corporation, Unisys Way, Blue Bell, Pennsylvania

3. Fred Dillman, Unisys Corporation, Unisys Way, Blue Bell, Pennsylvania

4. Nancy McCarthy, Unisys Corporation, home address North Andover, Massachusetts

5. Jack Aaker, Grey Worldwide, 777 Third Avenue, New York, New York

6. Steve Kursh (Expert), Weston, Massachusetts

7. (If necessary) Louise Till, Unisys Corporation, Bakers Court, Bakers Road, Uxbridge, Middlesex, England

Dated: July 13, 2007

                            UNISYS CORPORATION,
                            By Its Attorneys,

                            /s/ William L. Boesch
                            Anthony M. Doniger, BBO No. 129420
                            William L. Boesch, BBO No. 558742
                            SUGARMAN, ROGERS, BARSHAK
                              & COHEN, P.C.
                            101 Merrimac Street
                            Boston, MA 02114
                            617-227-3030

CERTIFICATE OF SERVICE

      I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

                            __/s/ William L. Boesch_____

393231.3