UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VISIBLE SYSTEMS CORPORATION,** a Massachusetts Corporation, <br><br> **Plaintiff,** <br><br> v. <br><br> **UNISYS CORPORATION,** a Delaware Corporation, <br><br> **Defendant.** | C.A. No. 04-CV-11610-RGS |

## PLAINTIFF VISIBLE SYSTEMS CORPORATION'S TRIAL WITNESS LIST

**Witnesses Plaintiff Plans to Call**

**Russell Abisla**
Visible Systems Corporation
201 Spring Street
Lexington, MA  02421
(781) 778-0200

**George Cagliuso**
Visible Systems Corporation
201 Spring Street
Lexington, MA  02421
(781) 778-0200

**Michael Cesino**
Visible Systems Corporation
201 Spring Street
Lexington, MA  02421
(781) 778-0200

**Yvonne Fang**
Visible Systems Corporation
201 Spring Street
Lexington, MA  02421

(781) 778-0200

**Clive Finkelstein**
Information Engineering Services Pty Ltd
PO Box 246
Hillarys WA 6923
Australia
+61-8-9402-8300

**Malcolm Lane, Ph.D.**
James Madison University
Harrisonburg, VA  22807
(540) 568-2772

**John Nash**
Visible Systems Corporation
201 Spring Street
Lexington, MA  02421
(781) 778-0200

**Stewart Nash**
Visible Systems Corporation
201 Spring Street
Lexington, MA  02421
(781) 778-0200

**Alan Perkins**
SRA International, Inc.
Three Crystal Park Drive (CPK3)
2231 Crystal Drive, Suite 800
Arlington, VA  22202
(202) 236-7732

**Ranier Schoenrank**
1251 Yosemite Way
Hayward, CA  94545
(510) 303-8868

**Witnesses Plaintiff May Call**

**Miljan Batik**
Milimax Web Solutions
8 Lilac Street
Warwick, RI  02889
(401) 300-9674

y

**Linda Marquis**
Marketing Communications Services
15 Dunlap Drive
Nashua, NH  03064-1189
(603) 881-7916

**Joseph McGrath**
Unisys Corporation
Unisys Way
Blue Bell, PA  19424

**Al Menendez**
Space Coast Information Systems
752 Nicklaus Drive
Melbourne, FL 32940
(321) 626-5627

**Ellen Raftery**
Unisys Corporation
Unisys Way
Blue Bell, PA  19424

**David Wright**
120 Larchmont Drive
Hendersonville, NC 28791
828-595-4232

**Clement Cote**
2C Solutions
1632 rue de Champigny
Montreal (Quebec) H4E 1M1
Canada
(514) 830-7419

**Fred Grossman, Ph.D.**
(h) 104 Oregon Avenue
Bronxville, NY 10708
(w) Pace University
White Plains, NY  10606
(914) 422-4351

**Jennifer Stone**
Visible Systems Corporation
248 Main Street
Oneida, NY 13421

Plaintiff, VISIBLE SYSTEMS CORPORATION

By its attorneys:

____/s/Stephen H. Galebach_____
Stephen H. Galebach, BBO # 653006
GALEBACH LAW
9-11 Touro Avenue
Medford, MA 02155
781-874-2239
galebach@galebachlaw

and

Lawrence M. Kraus, BBO # 564561
Carrie J. Fletcher, BBO # 642369
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000
lkraus@foley.com

Dated: July 13, 2007

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

July 13, 2007                                    ____/s/ *Stephen H. Galebach*_____
                                                              Stephen H. Galebach

4