UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>    Defendant | Civil Action No. 04-CV-11610-RGS |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S DESIGNATIONS
OF RULE 30(b)(6) DEPOSITION TESTIMONY OF DAVID WRIGHT,
AND DEFENDANT'S COUNTER-DESIGNATIONS**

**Plaintiff's Designations with Defendant's Response**

| **Designation Page:Line** | **Defendant's Response** |
|---|---|
| 7:21-8:10 | No objection |
| 8:18-10:15 | No objection |
| 36:23-43:5 | Objection, irrelevant. Concerns collateral use of the word "visible" other than in the trademark in dispute in this case, including use solely within Unisys, and Unisys legal and strategic decisions during and in response to this litigation |
| 44:24-46:19 | Same objection |
| 69:21-71:15 | Same objection |
| 74:22-75:10 | No objection |
| 81:12-83:24 | Objection, irrelevant. Immaterial matters concerning identities of Unisys employees dealing with analyst firm Gartner |
| 85:19-90:18 | See first objection above |
| 94:24-97:11 | Objection, lack of foundation, argument of counsel, hypothetical and misleading questions |

**Defendant's Counter-Designations**

| Designation Page:Line |
|---|
| 6:18-21 |
| 11:3-7 |
| 11:16-12:23 |
| 13:5-15 |
| 15:4-21 |
| 50:17-51:2 |
| 56:1-24 |
| 58:8-59:14 |
| 60:7-19 |
| 60:23-61:6 |
| 61:11-15 |
|  |

**Reserved Pending Ruling on Objections**

| Designation Page:Line |
|---|
| 21:7-22:1 |
| 30:15-36:20 |
|  |

Dated: July 13, 2007

                                UNISYS CORPORATION,
                                By Its Attorneys,

                                /s/ William L. Boesch
                                Anthony M. Doniger, BBO No. 129420
                                William L. Boesch, BBO No. 558742
                                SUGARMAN, ROGERS, BARSHAK
                                  & COHEN, P.C.
                                101 Merrimac Street
                                Boston, MA 02114
                                617-227-3030

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

                               __/s/ William L. Boesch_____