**List of Joint Exhibits to be Offered by Plaintiff to Which Def. Does Not Object**

1. Photo of G.Cagliuso and schematic diagram - computer
2. M.Martin, Analysis and Design of Business Information Systems (1995)
3. Trademark registration VISIBLE SYSTEMS
4. Reg cert for VISIBLE SYSTEMS CORP
5. Registration certificate VISIBLE trademark
6. Registration cert. VISIBLE SYSTEMS CORPORATION and design trademark file
7. Visible Analyst ad
8. Visible Analyst ad
9. Application Development Trends Visible Analyst ad
10. Syllabus Sept 1998 ad
11. Razor ad
12. Razor ad
13. Software Magazine ad and invoice
14. Visible Analyst ad Application Development Trends March 1998
15. Harvey Communication Measurement Award
16. Hoffer, George and Valacich, Modern Systems Analysis and Design
17. HGV, Modern Systems, pp.269-70 and Index p.896 with highlighting
18. Kendall and Kendall, Systems Analysis and Design 4th Ed.
19. Tkendall and Kendall, p.I-10 of Index, p. 15
20. International Business Schools Computing Quarterly Spring1996 pp 47-53 and cover
21. Gartner Group Research note
22. Gartner Group Research note
23. Gartner Group Research Note
24. Gartner Group Research note
25. Gartner Magic Quadrant
26. Gartner Magic Quadrant
27. Gartner AD Summit 2000 presentation
28. Bacon's Clippings
29. Bacon's Clippings
30. Ltr of 3-2-06
31. 3D Visible Enterprise MITA Transition Planning
32. 3D Visible Enterprise Application Modernization Solution
33. 3D Visible Enterprise, IT Modeler Brochure
34. 3D Visible Enterprise, Grid Computing
35. 3D-VE Experiential Workshops
36. Institute for Enterprise Architecture 3RD Party Tool Listings
37. 3D Visible Enterprise Appilcation Modernization Solutoin
38. Visible Breakthrough, Biotech
39. Visible Enterprise, Microsoft
40. Info World 1997
41. DM Review July 2001
42. DBMS reprint
43. Application Development Trends March 1996
44. Computer World May 27, 1996 clipping
45. DM Review June 2000 reprint
46. Visible trade show booth as shown in photos
47. Visible trade show exhibit
48. Technology in Education conference


| | |
|---|---|
| 49 | Software Development '98 West |
| 50 | DCI Vendor Registration Reminder |
| 51 | M. Cesino, Visible Analyst Training Agenda |
| 52 | Visible Analyst Methodology Overview |
| 53 | Visible Analyst Introduction |
| 54 | M. Cesino, CALS Conference |
| 55 | Visible Advantage ppt presentation |
| 56 | Visible Analyst Zachman Framework Project |
| 57 | Visible Universal Model |
| 58 | Arizona Sup Court letter 5-20-05 |
| 59 | AZ Sup Ct contract |
| 60 | AZ Sup Ct contract |
| 61 | City of Tempe contract |
| 62 | Visible Systems financials |
| 63 | Visible Systems financials |
| 64 | Visible Systems financials |
| 65 | Unisys Business Blueprints |
| 66 | Unisys trademark registration application for 3D Visible Enterprise |
| 67 | Macmillan catalog |
| 68 | GBT Experiential Workshop Offering |
| 69 | Experiential Workshops |
| 70 | Experiential Workshops Popular With Clients |
| 71 | Unisys Corp: Precision Thinking Relentless Execution |
| 72 | Our Differentiated Approach |
| 73 | 3D-VE Do or Die |
| 74 | Enterprise Business Architecture |
| 75 | 3D-VE in Action |
| 76 | Overview |
| 77 | Unisys Business Blueprinting |
| 78 | A Visible Solution - Visible Tools and Servs |
| 79 | Visible Solutions Fall 1995 |
| 80 | Visible Solutions Spring 1996 |
| 81 | Visible Solutions Summer 1996 |
| 82 | Visible Solutions Spring 1995 |
| 83 | Visible Solutions Fall 1997 |
| 84 | CASE-bytes May 1989 |
| 85 | Global Visible Commerce |