**Plaintiff's List of Exhibits to be Offered, to Which Defendant Reserves Objection**
(note:  will add 11 documents to be produced by Defendant pursuant to Order of 7-12-07)

| | |
|---|---|
| AA | Schematic diagram of transistor radio |
| AB | Example of a transistor radio |
| AC | Photo of transistor radio |
| AD | Certified copy of VISIBLE SYSTEMS trademark file from USPTO |
| AE | Affidavit of use |
| AF | Receipt from USPTO |
| AG | Receipt of registration |
| AH | Refusal of reg w/copy Comp Dictionary |
| AI | Richard Birch's response to USPTO |
| AJ | Reg serv mark ENG the ENT for EXC |
| AK | Trademark ENG the ENT for EXC |
| AL | Certified copy of VISIBLE trademark file |
| AM | Certified copy of VISIBLE service mark file |
| AN | Certified copy of ENGINEERING THE ENTERPRISE FOR EXCELLENCE trademark file |
| AO | Visible Financials |
| AP | Visible Analyst Workbench brochure |
| AQ | Timeline of Visible Systems acquisitions |
| AR | Visible Solutions Spring 1997 |
| AS | Visible customer list from Visible website |
| AT | Visible advertising and marketing expenditure summary |
| AU | A.Chmura and J.Heumann, Logical Data Modeling (Springer 2005) |
| AV | Chmura and Heumann p.228 Index, pp.6-7 Business Planning and Visible Advantage |
| AW | S.Dewitz, Project Workbook for Systems Analysis and Design |
| AX | S. Dewitz title page, copyright page, and p.7 |
| AY | R.Wenig, Introuction to C.A.S.E. Technology Using Visible Analyst Workbench (Macmillian 1991) |
| AZ | A.Schmidt, Working With Visible Analyst, 2d ed. (Prentice Hall/Pearson Education 2003) |
| BA | Visible listing of universities from Visible website |
| BB | Gartner Research Note 3-26-04 |
| BC | Gartner research note 2006 |
| BD | Unisys ad Wall Street Journal 6-17-04 |
| BE | Unisys ad Forbes 6-5-06 |
| BF | Chart of Visible monthly revenue 2003-04-05 |
| BG | Agreement of 4-3-06 between Visible Systems Corp. and Visible Assets, Inc. |
| BH | Cease and desist letter of 2-10-06 yr Sterling Commerce |
| BI | Sterling Commerce webpages |
| BJ | Business NOW telecast video 10-29-2000 WCVB Ch 5, ABC |
| BK | ClearPath a perfect fit for 3D Visible Enterprise |
| BL | ClearPath SOA Solution |
| BM | 3D Visible Enterprise, Getting Started with 3D Visible Enterprise |
| BN | 3D Visible Enterprise, Application Modernization Solution |
| BO | 3D Visible Enterprise, PR Web |
| BP | 3D Visible Enterprise Portal |
| BQ | 3D-VE Visible Customer, Process, Infrastructure |
| BR | 3RD Party Tool Listings, Meta Integration |
| BS | Are You Visible? |
| BT | IT Downturn slide |
| BU | Multiple Visible Uses |
| BV | Right Time Visible Bank |
| BW | Model-Driven_Application_Development_with_Agile_Business_Suite_White_Paper.pdf |
| BX | Unisys Modeling Tool, EAE Tool Description |

**Plaintiff's List of Exhibits to be Offered, to Which Defendant Reserves Objection**
(note:  will add 11 documents to be produced by Defendant pursuant to Order of 7-12-07

| | |
|---|---|
| BY | AB Suite and 3D Visible Enterprise.pdf |
| BZ | CASE 78332038-020.pdf |
| CA | Unisys EAE (LINC) Description.jpg |
| CB | Unisys Rules Modeler.pdf |
| CC | Unisys Rules Modeler.pdf |
| CD | LINC Open CASE tool |
| CE | English - IJIS - Tools - Models |
| CF | How EAE and AB Suite Fit Into 3D Visible Enterprise |
| CG | How to Order Unisys CBTs on EAE and AB Suite.pdf |
| CH | Software Release Announcement Agile Business Suite.pdf |
| CI | Unisys IT Modeler Brochure.pdf |
| CJ | Unisys IT Modeler Brochure.pdf |
| CK | 3D Visible Enterprise (tools and techniques).pdf |
| CL | Unisys Patents |
| CM | Visible Advantage |
| CN | Visible Enterprise |
| CO | Visible Infrastructure |
| CP | Visible Results |
| CQ | Visible Enterprise Workbench |
| CR | Visible Consulting |
| CS | Visible Partners |
| CT | Visible approach to MDA from pre-2004 website |
| CU | Visible Training |
| CV | Visible Advantage |
| CW | Visible Advantage Enterprise Architecture Edition |
| CX | Visible Analyst Enterprise Framework Edition |
| CY | Visible Developer |
| CZ | Visible Business Templates |
| DA | Visible Polaris |
| DB | Visible Razor |
| DC | Visible Analyst Student Edition |
| DD | Visible News |
| DE | Visible Tools and Services Help Implement the Zachman Framework for Enterprise Architecture |
| DF | Visible Business Templates, An Introduction |
| DG | Successfully Performing BPR |
| DH | Visible CBT Computer Based Training |
| DI | A Visible Solution, Change Management |
| DJ | Critical Success Factors for EA Engineering |
| DK | Enterprise Engineering |
| DL | Enterprise Information Engineering |
| DM | Business-Driven Information Engineering and Object-Oriented Development |
| DN | A Visible Viewpoint: Will You Survive the 21st Century? |
| DO | www.visible.com |
| DP | Information Systems Project Management Workshop. Visible Systems Corp. |
| DQ | Business Process ReEngineering |
| DR | Software Project Management Capability Assessment |
| DS | Visual Developer reprint |
| DT | Visible financials |
| DU | Visible financials |
| DV | Summary demonstrative exhibit showing Visible's marketing and advertising expenditures |

**Plaintiff's List of Exhibits to be Offered, to Which Defendant Reserves Objection**
(note:  will add 11 documents to be produced by Defendant pursuant to Order of 7-12-07

| | |
|---|---|
| DW | Holistic View of the Enterprise |
| DX | Enterprise Engineering - Bridging the Gap |
| DY | preso to State of NY on ent arch |
| DZ | Visible Systems Corp. Enterprise Architecture Presentation 8/05 |
| EA | Naval Undersea Warfare Command |
| EB | NSA |
| EC | FAA |
| ED | Lockheed Martin |
| EE | Lockheed Martin |
| EF | SRA International Inc. |
| EG | First American Bank |
| EH | Plasfab engagement document |
| EI | Atlantic Footware engagement document |
| EJ | Cummins Engine engagement document |
| EK | Proposal to Rhode Island |
| EL | Proposal to Rhode Island |
| EM | Customer database entries re Huntington Bank |
| EN | Google search results 6-28-04 |
| EO | Google search results 6-22-04 |
| EP | Google search results 9-8-06 |
| EQ | Google search results 3-25-05 |
| ER | Google search results 3-25-05 |
| ES | Google search results 9-21-05 |
| ET | Google search results 8-12-04 |
| EU | Google search results 7-14-05 |
| EV | Google search results 7-6-05 |
| EW | Google search results 7-13-05 |
| EX | Google search results 9-8-06 |
| EY | Visible Google hits |
| EZ | Summary demonstrative exhibit showing revenue by year and month 2001-05 |
| FA | Summary demonstrative exhibit showing cost of goods sold and profit year and month 2001-05 |
| FB | Visible squash balls |
| FC | caps |
| FD | mugs |
| FE | Visible magnifying glass |
| FF | Trademark Registration for LINC by Unisys |
| FG | USPTO.gov Trademark Search Result for LINC |
| FH | Unisys service mark registration application for 3D Visible Enterprise |
| FI | David Lewis email |
| FJ | David Lewis email |
| FK | Unisys persons and data entered in Visible customer database |
| FM | Merrill invoice |
| FN | Student edition licenses sold |
| FO | Unisys 3D Visible Enterprise Tools |
| FP | 3D-VE Components |
| FQ | Visible Bank 3D-VE Advisory Services |
| FR | Visible Advantage brochure |
| FS | Visible Analyst brochure |
| FT | Corporate Capabilities brochure |
| FU | Visible Consulting Services brochure |

**Plaintiff's List of Exhibits to be Offered, to Which Defendant Reserves Objection**
(note:  will add 11 documents to be produced by Defendant pursuant to Order of 7-12-07

| | |
|---|---|
| FV | Visible Consulting Services reverse side |
| FW | Unisys Enterprise Application Environment Components |
| FX | Unisys Spring 2002 User Conference CASE/4GL |
| FY | Unisys Agile Business Suite |
| FZ | Unisys LINC Development Ref Manual |
| GA | Business Blueprinting video from Unisys website |
| GB | 3D Visible Enterprise video from Unisys website |
| GC | Video of Unisys Launch of Business Blueprinting in NYC June 2003 |
| GD | D.Wright deposition 9-8-07 |
| GE | Unisys Press Release 7-12-07 |
| GF | HIDTA project document |
| GG | HIDTA workshop document |
| GH | Best Buy project document |
| GI | Best Buy model |
| GJ | Best Buy document |
| GK | Enterprise Architecture Infrastructure Evaluation for AgFirst Farm Credit Bank |
| GL | Timeline |
| GM | ONDCP and HIDTA preso |
| GN | HIDTA proposal |
| GO | HIDTA proposal |
| GP | Visible Solutions ppt presentation |
| GQ | HIDTA document |
| GR | ONDCP and HIDTA presentation |
| GS | ONDCP and HIDTA presentation |
| GT | C.Finkelstein, An Introduction to Information Engineering (Addison-Wesley 1989) |
| GU | in above book, pp. 258, 267 re workshops |
| GV | C.Finkelstein, Strategic Systems Development |
| GW | in above book, p. 147 with highlighting |
| GX | C.Finkelstein and J.Martin, Information Engineering (Savant 1981) Pt 1 |
| GY | C.Finkelstein and J.Martin, Information Engineering (Savant 1981) Pt 2 |
| GZ | C.Finkelstein, Using Enterprise Architecture ffor IT and Business Governance Reqts |
| HA | SD Times article |
| HB | Letter of 12-19-03 from R. Driscoll to K. Corrigan |
| HC | Trademark Research Report |
| HD | R.Welborn and V.Kasten, Get It Done! (Wiley 2006) |
| HE | pp.74-76 of above book with highlighting |
| HF | pp. 47-54 of above book with highlighting |
| HG | pp. 163-64 of above book with highlighting |
| HH | S.Alter, Information Systems, A Management Perspective, 2d ed. (Benjamin/Cummings 1996) |
| HI | J. McGrath deposition transcript 12/13/06 pp.4-25 |
| HJ | D. Wright deposition transcript 9/8/06 pp. 1-115 |
| HK | F. Dillman deposition transcript 9/7/06 pp. 4-109 |
| HL | Louise Till deposition 3-5-07 |
| HM | R. Welborn deposition 8-11-06 |
| HN | R. Welborn deposition 9-22-06 |
| HO | E. Raftery deposition 9-8-06 |
| HP | S. Malhotra deposition 9-7-06 |
| HQ | D.Wright dep ex. 82 |
| HR | D.Wright dep ex. 83 |
| HS | D.Wright dep ex. 84 |

**Plaintiff's List of Exhibits to be Offered, to Which Defendant Reserves Objection**
(note:  will add 11 documents to be produced by Defendant pursuant to Order of 7-12-07

| | |
|---|---|
| HT | D. Wright dep ex. 90 |
| HU | D.Wright dep ex. 93 |
| HV | Presentation Slide "Profits Follow IT Spending Trends" |
| HW | 3-13-01 Visible Systems Corporation document |
| HX | Email Volwater to Cavuoto 5-23-06 |
| HY | Email Volwater to Cavuoto 7-13-06 and attached presentation re R-T Visible Bank |
| HZ | Email Volwater to Cavuoto 6-6-06 |
| IA | D.Cavuoto 2-20-06 ltr to Global Financial Services |
| IB | S.Kane email 11-10-05 to Wright and Raftery amd attacjed ppt slides |
| IC | Unisys Proforma Master Agreement |
| ID | Unisys IBM Software and Services Special Option |
| IE | Unisys Gartner Application Development Summit |
| IF | Minutes 12-19-03 |
| IG | Minutes 12-5-03 |
| IH | Email Caplan 3-11-04 |
| II | 3D-VE User Interface |
| IJ | Unisys Visible ad |
| IK | Unisys Visible ad |
| IL | Unisys Global Business Transformation 3D-VE Monthly Report |
| IM | IBM Rational Rose |
| IN | IBM Rational Requisite Pro |
| IO | Unisys Blueprinting Your Enteprise |
| IP | Unisys Solution Branding |
| IQ | Unisys Solution Branding |
| IR | Unisys Solution Branding |
| IS | Unisys Solution Branding |
| IT | J. Martin, Information Engineering |
| IU | Visible Solution - Ent App Init Tools & Serv |
| IV | Visible Solutions User Profile |
| IW | CASE-bytes |
| IX | Visible Education Center with RogerWmsU |
| IY | Lexis Nexis search for Visible Systems |
| IZ | Visible Solutions Winter 1998 |
| JA | PC Magazine award |
| JB | Lexis Nexis search for Visible Systems |
| JC | Visible Analyst Zachman Framework Edition Tutorial |
| JD | Clearpath 3D Visible Enterprise.pdf |
| JE | 3D Visible Enterprise - China Olympics 2008.pdf |
| JF | 3D Visible Enterprise and University of California.pdf |
| JG | 3D Visible Enterprise - Services and Software.pdf |
| JH | 3D Visible Enterprise - Unisys Helps Align Business Software Teams |
| JI | 3D Visible Enterprise - Global Sales Leadership Team |
| JK | 3D Visible Enterprise - Unisys Gets Global License for IBM Rational Software |
| JL | 3D Visible Enterprise - Aligns Strategy to Profitable Growth |
| JM | 3D Visible Enterprise Security |
| JN | 3D Visible Enterprise Blueprinting Overview |
| JO | 3D Visible Enterprise Artifacts |
| JP | 3D Visible Enterprise Unisys - 04_12_07_FAM_2pp.pdf |
| JQ | 3D Visible Enterprise Artifacts Public Sector |
| JR | 3D Visible Enterprise Strategy |

**Plaintiff's List of Exhibits to be Offered, to Which Defendant Reserves Objection**
(note:  will add 11 documents to be produced by Defendant pursuant to Order of 7-12-07

| | |
|---|---|
| JS | 3D Visible Enterprise Open Source |
| JT | 3D Visible Enterprise Moving Courts Into the Future |
| JU | 3D Visible Enterprise and Business Rules Modeler |
| JV | 3D Visible Enterprise Workshop |
| JW | 3D Visible Enterprise |
| JX | 3D Visible Enterprise Portal |
| JY | 3D Visible Enterprise Portal |
| JZ | 3D Visible Enterprise Portal |
| KA | IT Downturn Blueprints Weinbach 06-03.jpg |
| KB | IT Downturn Strong Industry - Tough Period Weinbach 06-03.jpg |
| KC | Agile_Business_Suite_Insert.pdf |
| KD | Visible Breakthrough - Unisys and OZ (EAE).pdf |
| KE | LINC's repository about to open up (on-line article) 1 0f 3.pdf |
| KF | LINC's repository about to open up (on-line article) 3 of 3.pdf |
| KG | LINC's repository about to open up (on-line article) 3 of 3.pdf |
| KH | LINC Tool - Helps Build Applications, A Career (article)1 of 3.pdf |
| KI | LINC Tool - Helps Build Applications, A Career (article) 2 of 3.pdf |
| KJ | LINC Tool - Helps Build Applications, A Career (article) 3 of 3.pdf |
| KK | Unisys Modeling Tool and 3d Party Tools |
| KL | Unisys Partners and Tool Sales |
| KM | Visible Breakthrough |
| KN | Visible Impact |
| KO | Visible Infrastructure |
| KP | Visible Metrics |
| KQ | Visible Metrics |
| KR | Visible Metrics |
| KS | Visible Metrics |
| KT | Unisys Modeling Tool |
| KU | Visible Partner - Microsoft |
| KV | Visible Systems' 2004 Proposed Budget and Projections |
| KW | Email C.Finkelstein to G.Cagliuso and J.Vosburgh 9-12-02 10:20pm |
| KX | Visible Enterprise Workbench brochure attached to above email |
| KY | A.Hood, Agile Business Suite ppt. |
| KZ | Visible ad in Visual Studio January 2004 |
| LA | Unisys webpage "The Crystal Ball" |
| LB | Provision webpage |
| LC | Unisys "Automated Generation" |
| LD | Unisys webpate Getting Started with a 3D-VE experiential workshop |
| LE | Unisys 3D-VE Clients to Date |
| LF | 3D-VE and Rules Modeler -M/S webpage |
| LG | ClearPath and 3D-VE |
| LH | Unisys PPT Precision Thinking |
| LI | Unisys s/w release |
| LJ | Unisys Integrated Justice 3D-VE |
| LK | 3D-Ve: The Layers of Every Business |
| LL | Purdue Pharma is Visible |
| LM | Purdue Pharma Visible Breakthrough |
| LN | Visible Results Open Source Clearly Visible |
| LO | Visible Results Real Benefits |
| LP | Gartner Application Development Summit |

**Plaintiff's List of Exhibits to be Offered, to Which Defendant Reserves Objection**
(note:  will add 11 documents to be produced by Defendant pursuant to Order of 7-12-07

| | |
|---|---|
| LQ | Enterprise Payments |
| LR | 3D VE umbrella |
| LS | Unisys 4Q04 results |
| LT | Unisys 1Q04 earnings call |
| LU | Chris Mendes PITO email |
| LV | Unite 2006 conference |
| LW | Agile Business Suite |
| LX | MDA and Agile Business Suite |
| LY | Unisys answers to interrogatories |
| LZ | Unisys 2006 10k |
| MA | Unisys 1st Q 2007 10q |
| MB | Unisys 2005 10k |
| MC | Unisys 2004 10k |