UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**VISIBLE SYSTEMS CORPORATION,**
a Massachusetts Corporation,

                  **Plaintiff,**

v.                                         C.A. No. 04-CV-11610-RGS

**UNISYS CORPORATION,**
a Delaware Corporation,

                  **Defendant.**

## DESIGNATION OF DEPOSITION TESTIMONY

Pursuant to this Court's order dated March 30, 2007, Plaintiff Visible Systems Corporation makes the following designation by page and line numbers of deposition testimony to be offered at trial:

Deposition of David A. Wright as Rule 30(b)(6) designee and representative of Defendant Unisys Corporation as follows:

p.7 l.21-p.8 l.10;

p.8 l.18-p.10 l.15;

p.36 l.23-p.43 l.5;

p.44 l.24 - p.46 l.19;

p.69 l.21 - 71 l.15;

p.74 l.22 - 75 l.10;

p.81 l.12 - p.83 l.24;

p.85 l.19 -p.90 l.18; and

p.94 l.24 - p.97 l.11

        Plaintiff, VISIBLE SYSTEMS CORPORATION
        By its attorneys:

        _____/s/*Stephen H. Galebach*_____
        Stephen H. Galebach, BBO # 653006
        GALEBACH LAW OFFICE
        9-11 Touro Avenue
        Medford, MA  02155
        781-874-2239
        galebach@galebachlaw

        and

        Lawrence M. Kraus, BBO # 564561
        Carrie J. Fletcher, BBO # 642369
        FOLEY & LARDNER LLP
        111 Huntington Avenue
        Boston, MA 02199
        617-342-4000
        lkraus@foley.com

Dated:  July 13, 2007

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

July 13, 2007                               _____/s/ *Stephen H. Galebach*_____
                                                    Stephen H. Galebach