**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **VISIBLE SYSTEMS CORPORATION,** a Massachusetts Corporation, <br><br> **Plaintiff,** <br><br> v. <br><br> **UNISYS CORPORATION,** a Delaware Corporation, <br><br> **Defendant.** | C.A. No. 04-CV-11610-RGS |

# PLAINTIFF'S PROPOSED
# <u>SPECIAL VERDICT QUESTIONS</u>

Plaintiff proposes the following special verdict questions:

1. Has Defendant Unisys Corporation infringed upon one or more of Plaintiff Visible Systems Corporation's trademarks or service marks?  Yes ____  No ____

If your answer to Question No. 1 is "Yes", continue to Question No. 2. If your answer to Question No. 1 is "No," stop here.

2. Has Defendant Unisys Corporation's infringement caused harm to Plaintiff Visible Systems Corporation, either in the form of lost revenues or other monetary damages, or in the form of harm to its goodwill, or in the form of harm to or loss of control of its reputation? Yes ____  No ____

If your answer to Question No. 2 is "Yes", continue to Question No. 3. If your answer to Question No. 2 is "No," go to Question No. 4 and skip Question No. 3.

3. Please state, in words and figures, the dollar amount of damages which you have determined Defendant Unisys Corporation should pay to Plaintiff Visible

Systems Corporation in order to restore it to the position it would have been in had the infringement not occurred.

Words: _____

Figures: $_____

No matter what your answer is to Question No. 3, continue to Question No. 4.

4. Has Defendant Unisys Corporation willfully infringed on one or more of Plaintiff Visible Systems Corporation's trademarks or service marks?  Yes \_\_\_\_ No \_\_\_\_

Whatever your answer, continue to Question No. 5.

5. Do Defendant Unisys Corporation and Plaintiff Visible Systems Corporation compete in the same market?   Yes \_\_\_\_\_ No \_\_\_\_\_

If your answer to either Question No. 4 or Question No. 5 is "Yes," then continue to Question No. 6.  If your answers to Questions No. 4 and No. 5 were both "No," then stop here.

6. Please state, in words and figures, the dollar amount of any of Defendant Unisys Corporation's profits earned from selling goods or services under its infringing uses of the word "Visible" which you have determined Defendant Unisys Corporation should pay to Plaintiff Visible Systems Corporation.

Words: _____

Figures: $_____

       Plaintiff, VISIBLE SYSTEMS CORPORATION
       By its attorneys:

       _____/s/Stephen H. Galebach_____
       Stephen H. Galebach, BBO #653006

>GALEBACH LAW OFFICE
>9-11 Touro Avenue
>Medford, MA 02155
>(781) 874-2239
>galebach@galebachlaw
>
>and
>
>Lawrence M. Kraus, BBO #564561
>Carrie J. Fletcher, BBO #642369
>FOLEY & LARDNER LLP
>111 Huntington Avenue
>Boston, MA  02199
>(617) 342-4000
>lkraus@foley.com

Dated:  July 13, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

July 13, 2007                                           /s/ *Stephen H. Galebach*
                                                        Stephen H. Galebach