## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**VISIBLE SYSTEMS CORPORATION,**
a Massachusetts Corporation,

          **Plaintiff,**

   v.                                                C.A. No. 04-CV-11610-RGS

**UNISYS CORPORATION,**
a Delaware Corporation,

          **Defendant.**

## PLAINTIFF'S PROPOSED
## QUESTIONS FOR VOIR DIRE EXAMINATION

Plaintiff proposes the following questions for *voir dire* examination:

1. Have you or any members of your immediate family ever been employed by any insurance company?

2. Have you or any members of your immediate family ever been employed by any advertising agency?

3. Have you or any members of your immediate family ever been employed by any law enforcement or investigative agency?

4. Have you or any members of your immediate family ever been a defendant in any lawsuit or other action under the trademark or patent laws of the United States or of any state?

5. Have you ever received any college-level or professional training in any information technology or computer-related field?

6. Have you or any members of your immediate family ever been employed by or done business with Unisys Corporation?

        PLAINTIFF VISIBLE SYSTEMS CORPORATION
        By its attorneys:


        _____/s/Stephen H. Galebach_____
        Stephen H. Galebach, BBO # 653006
        GALEBACH LAW
        9-11 Touro Avenue
        Medford, MA  02155
        781-874-2239
        galebach@galebachlaw

        and

        Lawrence M. Kraus, BBO # 564561
        Carrie J. Fletcher, BBO # 642369
        FOLEY & LARDNER LLP
        111 Huntington Avenue
        Boston, MA 02199
        617-342-4000
        lkraus@foley.com

Dated:  July 13, 2007

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


July 13, 2007                                    _____/s/ *Stephen H. Galebach*_____
                                                            Stephen H. Galebach