

Source: http://www.unisys.com/financial/about__us/management__team/nancy__mccarthy.htm



Source: http://www.unisys.com/financial/about__us/management__team/index.htm



Source: http://www.clearpath.com/about__unisys/news_a_events/industry__experts/industries.htm