UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>            Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>            Defendant | Civil Action No. 04-CV-11610-RGS |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND EXHIBIT LIST

Plaintiff Visible Systems Corporation ("Visible") hereby moves the Court for leave to amend Plaintiff's List of Exhibits to be offered at trial, to which Defendant reserves the right to object, by adding the exhibits enumerated herein, for the following reasons:  (a) eight of the exhibits are emails that were produced by Defendant Unisys Corporation late in the day on July 13, 2007 pursuant to Magistrate Judge Bowler's order of July 12, 2007; (b) five exhibits were previously listed by Defendant in exchanges of tentative exhibit lists between counsel and are now being held in reserve by Defendant pending resolution of motions in limine, and Visible wishes to ensure its ability to use such exhibits in all events, and (c) the remainder of the exhibits were inadvertently omitted as a result of the complexity of the case and time urgencies on July 13,. 2007; all of this last category of documents are production documents of Defendant, so that Defendant has long been aware of them and is not prejudiced by this addition.

Category (a) documents are:

MD – Email Chain, Raftery to Wright et al. 12/18/2005
ME – Email Chain, Raftery to Wright et al.10/14/2005
MF – Email Chain, Roberts to Wright et al. 06/19/2005
MG – Email Chain, Kraft to Hunter, Strain, Johnston, Jennifer, McMahon, Fanelli, and Wright  et al. 08/21/2006
MH – Email Chain, Wright to Ollinger, Antenozzi, and McMahon et al. 08/21/2006
MI – Email Chain, Wright to Antenozzi and Kraft et al. 08/20/2006

1

MJ – Email Chain, Wright to Kane et al. 12/14/2005
MK – Email Chain, Badler to Wright and Raftery et al. 08/19/2004

Category (b) documents are:

Not Agreed – Held in Reserve for Possible Later Addition by Defendant

ML – Depo ex. 253 Pito Content History
MM – Unisys 8059, Unisys Letter Submitting PQQ to PITO
MN – PITO PQQ
MO – PITO Letter to Visible 07/26/2004

Agreed – Held in Reserve for Possible Later Addition by Defendant

MP – Unisys' 8922

Category (c) documents are:

MQ – Unisys 6615-6625, Right Time Visible Bank Preso
MR – Unisys 6692-6693, Email from Edwards to Till
MS – Unisys 6784-6794, Till Ex. 3, Enterprise Architecture Framework Demonstration
MT – Unisys 6804-6808, Till Ex. 4, Enterprise Architecture Workshop
MU – Unisys 6866-6884, Till Ex. 7, Data Governance and Stewardship
MV – Unisys 6973-6986, Till Ex. 12, EA Tool Demonstration
MW – Unisys 7616-7630, Till Ex. 22, PITO Table
MX – Unisys 7778-7798, Till Ex 28, Supplier Appraisal Questionnaire
MY – Unisys 8059-8060, Letter from Till to Conyard
MZ – Unisys 8066, Email from Puvvada to Till
NA – Unisys 0888, Email from Till to Ciampa

　　　　Wherefore, Plaintiff Visible respectfully requests leave of this Court to grant leave to amend Plaintiff's list of exhibits to be offered at trial, to which Defendant reserves the right to object.

### Certificate of Conference of Counsel

　　　　Undersigned counsel conferred by telephone with counsel for Defendant on July 16, 2007, who stated he had no objection to adding the exhibits to Plaintiff's exhibits to which Defendant reserves the right to object at trial.  Defendant counsel requested a list of the above exhibits, which the undersigned sent him on July 16, 2007.

        Plaintiff,

VISIBLE SYSTEMS CORPORATION,
By its attorneys,


    /s/Stephen H. Galebach
Stephen H. Galebach, BBO # 653006
GALEBACH LAW OFFICE
9-11 Touro Avenue
Medford, MA  02155
781-874-2239
galebach@galebachlaw.com

and

Lawrence M. Kraus, BBO # 564561
Carrie J. Fletcher, BBO # 642369
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000

July 18, 2007


## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


July 18, 2007                      /s/ *Stephen H. Galebach*
                                        Stephen H. Galebach