**Exhibit 1 to Plaintiff's Opposition to Defendant's Motion in Limine
to Preclude Evidence or Argument on Accounting or Damages**

Visible Systems Corporation's Revenue by Quarter 2001-2005

| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|------|---------|---------|---------|---------|
| 2001 | 1,038,006 | 796,418 | 687,114 | 629,573 |
| 2002 | 476,687 | 449,392 | 455,018 | 447,508 |
| 2003 | 397,560 | 472,385 | 476,537 | 461,439 |
| 2004 | 420,967 | 495,301 | 387,710 | 426,095 |
| 2005 | 397,592 | 407,662 | 409,768 | 376,902 |

Average monthly revenue January 2003 – June 2004:  $ 151,344

Average monthly revenue July – Oct 2004:  $ 122,978

Compiled from Visible Systems Corporation financial statements, Trial Ex. 62.