UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VISIBLE SYSTEMS CORPORATION,

Plaintiff

v.                                   Civil Action No. 04-CV-11610-RGS

UNISYS CORPORATION,

Defendant

### DEFENDANT'S FIRST AMENDED LIST OF EXHIBITS TO BE OFFERED AT TRIAL

Attached to this document is a list of the defendant's proposed trial exhibits as to which the plaintiff has reserved the right to object.

Dated: July 23, 2007

UNISYS CORPORATION,
By Its Attorneys,

_____
Anthony M. Doniger, BBO No. 129420
William L. Boesch, BBO No. 558742
SUGARMAN, ROGERS, BARSHAK
 & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114
617-227-3030

### CERTIFICATE OF SERVICE

I hereby certify that this document has been served in hand this date on counsel for the plaintiff.

_____

393721.2

## Defendant's First Amended List of Exhibits to be Offered at Trial

| | Trialx# | As Produced | Doctitle/Topic |
|---|---|---|---|
| 1 | NA | Depo 116 | "About Visible" |
| 2 | NAA | Unisys6149 | Visibility Center |
| 3 | NAAA | Unisys SJ Ex 39 | List of Websites featuring Visible marks |
| 4 | NAAAA | http://www.unisys.com/common/investors/annuals/2006/2006_AR.pdf | Unisys Annual Report 2006 |
| 5 | NAAAAA | Visible 5716 | TM Application Visible Systems Corporation |
| 6 | NAAAAAA MM MY | Unisys8059 | Unisys letter submitting PQQ |
| 7 | NAAAAAAA | Visible Productions | |
| 8 | NB | Depo 118 | VSC website company history |
| 9 | NBB | Unisys6127 | Visibility Corporation |
| 10 | NBBB | Unisys SJ Ex 36 | TM Search Visible marks |
| 11 | NBBBB | Unisys6490 | Purdue Pharma Case Study |
| 12 | NBBBBB | Unisys SJ Ex 30 | TM Registration The Visible Analyst |
| 13 | NBBBBBB | Depo 258 | NASA contact history |

1

### Defendant's First Amended List of Exhibits to be Offered at Trial

| Trialx# | | As Produced | Doctitle/Topic |
|---|---|---|---|
| 14 | NBBBBBBB | Visible website management team | |
| 15 | NC | Depo 121 | VSC customer testimonial |
| 16 | NCC | Unisys6181 | Visibility Software |
| 17 | NCCC | Unisys SJ Ex 63 | Anexinet Website Excerpt |
| 18 | NCCCC | Unisys6494 | XL Global Services Case Study |
| 19 | NCCCCC | Unisys SJ Ex 31 | TM Registration Visible Systems |
| 20 | NCCCCCC | Unisys7922 | Unisys e-mail exchange |
| 21 | NCCCCCCC | mVisible | |
| 22 | ND | Public Record available from Middlesex Superior Court Civ. No. 03-0142 | Affidavit of George Cagliuso in Vosburgh Enterprises v. VSC |
| 23 | NDD | Unisys6174 | Visibility TM Registry Search |
| 24 | NDDD | Unisys SJ Ex 38 | D&B Search on "Visible Systems" |
| 25 | NDDDD | NativeUnisys013 | Advertisement (Clear) |
| 26 | NDDDDD | Unisys SJ Ex 32 | TM Registration Visible Systems Corporation |

2

**Defendant's First Amended List of Exhibits to be Offered at Trial**

| | Trialx# | As Produced | Doctitle/Topic |
|---|---|---|---|
| 27 | NDDDDDD | Unisys SJ Ex 81 | VSC e-mail exchange |
| 28 | NDDDDDDD | also FF | |
| 29 | NE | Article by Fred Hapgood from April 1, 2000 Issue of CIO Magazine available at http://web.archive.org/web/20000919125624/www.cio.com/archive/040100_revisit.html | CASE Closed? (CIO Magazine) |
| 30 | NEE | Unisys6175 | Visibility TM Registry Search |
| 31 | NEEE | Unisys6624 | Visible TM Registry Search |
| 32 | NEEEE | NativeUnisys021 | Advertisement (See) |
| 33 | NEEEEE | Visible 5729 | TM Application Visible 1987 |
| 34 | NEEEEEE MO | Visible EMail | PITO letter to VSC |
| 35 | NEEEEEEE | Visible Software | |
| 36 | NF | Grey 509 | Business Blueprinting: The Power to Take Unisys to the Next Level |
| 37 | NFF | Unisys6182 | Visibility USA |

**Defendant's First Amended List of Exhibits to be Offered at Trial**

| | Trialx# | As Produced | Doctitle/Topic |
|---|---|---|---|
| 38 | NFFF | Unisys0213 | Enterprise Visibiilty |
| 39 | NFFFF | NativeUnisys02 2 | Advertisement (View) |
| 40 | NFFFFF | Visible 5730 | TM Application Visible 1987 |
| 41 | NFFFFFF | Unisys6583 | Vendor Rating: Unisys Shifts Focus to Services |
| 42 | NG | Grey 658 | Grey notes |
| 43 | NGG | Unisys6184 | Visible Area |
| 44 | NGGG | Unisys0197 | Modeling the Enterprise Data Architecture |
| 45 | NGGGG MP | Unisys 8922 | Database Design Tool Market Vendor Details 2004 |
| 46 | NGGGGG | Visible 5732 | TM Application Visible 1987 |
| 47 | NGGGGGG ML | Depo 253 | PITO contact history |
| 48 | NH | Unisys SJ Ex 55 | Data Modeling |
| 49 | NHH | Unisys6187 | Visible Earth |
| 50 | NHHH | Unisys0224 | Visible Knowledge Consulting |
| 51 | NHHHH | Unisys4443 | Grey Proposed Ads |
| 52 | NHHHHH | Visible 5733 | TM Application Visible 1987 |

4

## Defendant's First Amended List of Exhibits to be Offered at Trial

| | Trialx# | As Produced | Doctitle/Topic |
|---|---|---|---|
| 53 | NHHHHHH | Depo 256 | NY Controller contact history |
| 54 | NI | Unisys SJ Ex 50 | Hoovers on Unisys Competitors |
| 55 | NII | Unisys6188 | Visible Edge |
| 56 | NIII | Unisys6172 | Visibility TM Registry Search |
| 57 | NIIII | Unisys4444 | Grey Proposed Ads |
| 58 | NIIIII | Visible 5734 | TM Application Visible 1987 |
| 59 | NIIIIII | Unisys4710 | Summit Strategies Report |
| 60 | NJ | Unisys SJ Ex 56 | EA Management Tool Survey |
| 61 | NJJ | Unisys6191 | Visible Image |
| 62 | NJJJ | http://www.proformacorp.com/products/enterprise.asp | Proforma Website Excerpt |
| 63 | NJJJJ | Unisys4445 | Grey Proposed Ads |
| 64 | NJJJJJ | Visible 5735 | TM Application Visible 1987 |
| 65 | NJJJJJJ | Depo 252 | Manatron contact history |
| 66 | NK | Unisys SJ Ex 53 | Market Overview 2003: Enterprise SCM |
| 67 | NKk | Unisys6204 | Visible Knowledge Project |

5

## Defendant's First Amended List of Exhibits to be Offered at Trial

| | Trialx# | As Produced | Doctitle/Topic |
|---|---|---|---|
| 68 | NKKK | Sterling Commerce http://www.sterlingcommerce.com/NR/rdonlyres/5177D037-A426-4C97-99A6-6178A54A528B/0/SC0084_SCOverview_22Jun.pdf | Sterling Commerce Overview |
| 69 | NKKKK | Unisys4446 | Grey Proposed Ads |
| 70 | NKKKKK | Visible 5736 | TM Application Visible 1987 |
| 71 | NKKKKKK | Unisys4652 | Magic Quadrant for North American SCM Consulting and Integration Service Providers 2005 |
| 72 | NL | Unisy SJ Ex 54 | The Expanding Purview of Software Configuration Management |
| 73 | NLL | Unisys6205 | Visible Links |
| 74 | NLLL | Unisys6135 | 360 Visibility |
| 75 | NLLLL | Unisys4447 | Grey Proposed Ads |
| 76 | NLLLLL | Unisys SJ Ex 69 | TM Registration Engineering the Enterprise for Excellence |
| 77 | NLLLLLL | VisibleEmail | VSC Table of Download Data |

### Defendant's First Amended List of Exhibits to be Offered at Trial

|  | Trialx# | As Produced | Doctitle/Topic |
|---|---|---|---|
| 78 | NM | Unisys SJ Ex 16 | D&B Report on VSC |
| 79 | NMM | Unisys6207 | Visible Motion |
| 80 | NMMM | Unisys SJ Ex 73 | Unisys website |
| 81 | NMMMM | Unisys4448 | Grey Proposed Ads |
| 82 | NMMMMM | Unisys SJ Ex 71 | TM Registration Engineering the Enterprise for Excellence |
| 83 | NMMMMMM | Visible Email | E-Mail Attaching Table of Download Data |
| 84 | NN | Unisys6128 | Accenture MTIV |
| 85 | NNN | Unisys6222 | Visible Path |
| 86 | NNNN | Visible EMail | Stan Mazaroski E-Mail |
| 87 | NNNNN | Unisys4442 | Grey Proposed Ads |
| 88 | NNNNNN | Visible 5758 | TM Application Visible 2001 |
| 89 | NNNNNNN | Depo 254 | NOAA contact history |
| 90 | NO | Unisys6132 | Accenture Visible Options |
| 91 | NOO | Unisys6226 | Visible Solutions |
| 92 | NOOO | Visible EMail | Mike Cesino E-Mail |
| 93 | NOOOO | Unisys1593 | Unisys Annual Report 2005 |

7

Defendant's First Amended List of Exhibits to be Offered at Trial

| Trialx# | | As Produced | Doctitle/Topic |
|---|---|---|---|
| 94 | NOOOOO | Visible 5761 | TM Application Visible 2001 |
| 95 | NOOOOOO | Depo 255 | LIRR contact history |
| 96 | NP | Unisys6136 | CoVisible |
| 97 | NPP | Unisys6143 | Visible Systems Filing Products |
| 98 | NPPP | Unisys SJ Ex 20 | VSC Historic Website |
| 99 | NPPPP | Unisys6501 | Unisys Pioneers the Right Model for Open Source Services |
| 100 | NPPPPP | Visible 5763 | TM Application Visible 2001 |
| 101 | NPPPPPP | Depo 257 | Arapahoe County contact history |
| 102 | NQ | Unisys6147 | IBM Line of Visibility Enterprise Modeling |
| 103 | NQQ | Unisys6233 | Visible Technologies |
| 104 | NQQQ | Unisys SJ Ex 27 | VSC Website Excerpt |
| 105 | NQQQQ | Unisys6379 | 3D Visible Enterprise Overview |
| 106 | NQQQQQ | Visible 5764 | TM Application Visible 2001 |

8

Defendant's First Amended List of Exhibits to be Offered at Trial

| Trialx# | | As Produced | Doctitle/Topic |
|---|---|---|---|
| 107 | NQQQQQQ | Visible 17663 | VSC Google Data: Clicks Jan 03 to Jan 06 |
| 108 | NR | Unisys6086 | Improving Visibility in Adaptive Trading Networks |
| 109 | NRR | Unisys6250 | Vizible |
| 110 | NRRR | Depo 33 | Prospectus |
| 111 | NRRRR | Unisys6521 | Unisys Global Visible Commerce |
| 112 | NRRRRR | Visible 5765 | TM Application Visible 2001 |
| 113 | NRRRRRR | Visible 17673 | VSC Google Data: Avg CPC |
| 114 | NS | Unisys6151 | Making Learning Visible |
| 115 | NSS | Unisys6202 | Visible Inventory |
| 116 | NSSS | http://www.unisys.com/common/investors/financial/5YR/Income_Statement.pdf | Unisys 2002-06 Consolidated Income Statements |
| 117 | NSSSS | Unisys0084 | How Visibility Works |
| 118 | NSSSSS | Visible 5766 | TM Application Visible 2001 |
| 119 | NSSSSSS | Visible 17671 | VSC Google Data: Impressions |

9

### Defendant's First Amended List of Exhibits to be Offered at Trial

| | Trialx# | As Produced | Doctitle/Topic |
|---|---|---|---|
| 120 | NT | Unisys6153 | Making the Invisible Visible |
| 121 | NTT | Article in Communications of the ACM, September 1995, Vol. 38, No. 9 available at http://portal.acm.org/citation.cfm?id=223263 | Making Work Visible |
| 122 | NTTT | http://www.unisys.com/common/investors/financial/5YR/Segment_Reporting.pdf | Unisys 2002-06 Segment Results |
| 123 | NTTTT | Unisys6406 | A Proven Approach for Achieving Visibility |
| 124 | NTTTTT | Visible 5767 | TM Application Visible 2001 |
| 125 | NTTTTTT | Unisys SJ Ex 61 | TM Information Visible Systems |
| 126 | NU | Unisys6157 | MTIV |
| 127 | NUU | http://www.visible-assets.com/content/enter_vai_01d.shtml | Visible Assets Website Excerpt |

Defendant's First Amended List of Exhibits to be Offered at Trial

| Trialx# | | As Produced | Doctitle/Topic |
|---|---|---|---|
| 128 | NUUU | http://www.unisys.com/common/investors/financial/segment_revenue/segment_revenue_report.pdf | Unisys Customer Revenue by Classes of Similar Products or Services, 2002-07 |
| 129 | NUUUU | Unisys6518 | Invisible Barriers Create Hurdles for Citizens |
| 130 | NUUUUU | Visible 5786 | Amendment |
| 131 | NUUUUUU | Unisys SJ Ex 62 | TM Information Visible Systems Corporation |
| 132 | NV | Unisys6140 | Object-Oriented Systems Analysis and Design |
| 133 | NVV | Unisys SJ Ex 67 | Ariba Visibility Solutions |
| 134 | NVVV | Available at http://www.unisys.com/about__unisys/investors/financial__snapshot/cash__flow__2007.htm | Unisys Quarterly Financial Trends |
| 135 | NVVVV | Unisys6534 | The Six Senses of Visibility |
| 136 | NVVVVV | Unisys SJ Ex 33 | TM Registration Visible |
| 137 | NVVVVVV | Unisys SJ Ex 70 | TM Registration Engineering the Enterprise for Excellence |

### Defendant's First Amended List of Exhibits to be Offered at Trial

| | Trialx# | As Produced | Doctitle/Topic |
|---|---|---|---|
| 138 | NW | Unisys6163 | Prime Visibility |
| 139 | NWW | Unisys SJ Ex 64 | Crosspoint Website Excerpt |
| 140 | NWWW | Visible 17669 | Google Data: Avg Position |
| 141 | NWWWW | Unisys6600 | Visibility Now |
| 142 | NWWWWW | Unisys SJ Ex 36 | TM Registration Visible |
| 143 | NWWWWWW | Unisys SJ Ex 72 | TM Registration Engineering the Enterprise for Excellence |
| 144 | NX | Unisys6162 | The Online Visibility Company |
| 145 | NXX | Unisys SJ Ex 66 | Enterprise Visibility System |
| 146 | NXXX | Visible 17667 | Google Data: Cost |
| 147 | NXXXX | NativeUnisys023 | Visibility Brochure |
| 148 | NXXXXX | Depo 110 | Huntington Bank contact history |
| 149 | NXXXXXX | | Google search data re Visible |
| 150 | NXXXXXXX | Google search of Visible | |
| 151 | NY | Unisys6165 | The Visibility Company |
| 152 | NYY | Unisys SJ Ex 37 | Visible Assets TM Registration |

**Defendant's First Amended List of Exhibits to be Offered at Trial**

| Trialx# | | As Produced | Doctitle/Topic |
|---|---|---|---|
| 153 | NYYY | Visible 17665 | Google Data: CTR |
| 154 | NYYYY | Unisys6556 | The Visibility Imperative |
| 155 | NYYYYY | Unisys SJ Ex 78 | Unisys e-mail exchange |
| 156 | NYYYYYY | Declaration of Finkelstein | |
| 157 | NZ | Unisys6189 | The Visible Human Project |
| 158 | NZZ | Unisys SJ Ex 40 | NY Times Article Visible Path |
| 159 | NZZZ | http://www.unisys.com/eprise/main/admin/corporate/doc/about_unisys/investor/ar/2004_AR.pdf | Unisys Annual Report 2004 |
| 160 | NZZZZ MN | Unisys SJ Ex 77 | PITO PQQ |
| 161 | NZZZZZ | Unisys SJ Ex 79 | Unisys e-mail exchange |
| 162 | NZZZZZZ | Declaration of John Nash | |

13