UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>                Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>                Defendant | Civil Action No. 04-CV-11610-RGS |

**DEFENDANT'S DESIGNATIONS OF RULE 30(b)(6)**
**DEPOSITION TESTIMONY OF STEWART NASH**
**FOR PLAINTIFF VISIBLE SYSTEMS**

In light of the plaintiff's decision, announced today, not to call as a trial witness Stewart Nash, its vice president of sales and Rule 30(b)(6) deposition representative, the defendant hereby designates the following portions of Mr. Nash's deposition testimony to be read to the jury:

| **Volume 1** |
|---|
| 5:9-11 |
| 8:22-24 |
| 36:15-37:4 |
| 37:12-23 |
| 46:4-48:18 |
| 59:13-61:20 |
| 81:10-84:9 |

| |
|---|
| 138:2-139:1 |
| 148:4-13 |
| **Volume 2** |
| 103:6-104:2 |

       **Defendant,**
       **UNISYS CORPORATION**,
       By Its Attorneys,


       __/s/ William L. Boesch_____
       Anthony M. Doniger, BBO No. 129420 (doniger@srbc.com)
       William L. Boesch, BBO No. 558742 (boesch@srbc.com)
       SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
       101 Merrimac Street
       Boston, MA 02114
       617-227-3030

Dated: July 26, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that this document is being filed via the ECF system, and that I am relying on the system to complete service on counsel for the plaintiff, who is a registered user.

       _/s/ William L. Boesch_____
       William L. Boesch