UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**VISIBLE SYSTEMS CORPORATION,**
a Massachusetts Corporation,

        **Plaintiff,**

    v.                                          C.A. No. 04-CV-11610-RGS

**UNISYS CORPORATION,**
a Delaware Corporation,

        **Defendant.**

# PLAINTIFF'S COUNTER-DESIGNATION OF DEPOSITION TESTIMONY OF PLAINTIFF'S RULE 30(b)(6) DESIGNEE STEWART NASH

Plaintiff counter designates the following portions of the transcript of the deposition of Stewart Nash in response to Defendant's designation dated July 26, 2007. (Objections of counsel within the designations are excluded.)

| **VOLUME I** |
| --- |
| 9: 1-15 |
| 11:20-23 |
| 12:18 – 16:22 |
| 22:22 – 25:19 |
| 26:12 – 31:7 |
| 33:14 – 36:5 |
| 37:24 – 39:18 |

|  |
|---|
| 40:7 – 43:23 |
| 44:6 – 45:24 |
| 48:19 – 50:70 |
| 54:1 – 59:12 |
| 61:21 – 63:6 |
| 85:14 – 88:12 |
| 88:18 – 89:4 |
| 148:14 – 149:19 |
| 149:23 – 150:11 |
| 156:24 – 157:15 |
| 181:14 – 185:24 |
|  |
| **VOLUME II** |
| 71:14 – 72:1 |
| 72:11 – 76:2 |
| 104:7 – 104:12 |
|  |

PLAINTIFF VISIBLE SYSTEMS CORPORATION
By its attorneys:

_____*/s/ Stephen H. Galebach*_____
Stephen H. Galebach, BBO #653006
GALEBACH LAW
9-11 Touro Avenue
Medford, MA 02155
(781) 874-2239
galebach@galebachlaw

>and
>
>Lawrence M. Kraus, BBO #564561
>Carrie J. Fletcher, BBO #642369
>FOLEY & LARDNER LLP
>111 Huntington Avenue
>Boston, MA  02199
>(617) 342-4000
>lkraus@foley.com

Dated:  July 30, 2006

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

July 30, 2007                              ____/s/ *Stephen H. Galebach*_____
                                                   Stephen H. Galebach

3