UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>Defendant | Civil Action No. 04-CV-11610-RGS |

**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY**

In light of Defendant's decision, announced at the close of the trial day on Friday, July 27, 2007, not to call as a trial witness Ralph Welborn, and in view of evidence material to the rebuttal of the testimony of Defendant's witness Jack Aaker on July 27, 2007, Plaintiff Visible Systems Corporation hereby designates the following deposition testimony to be entered into evidence:

1. Deposition of Ralph B. Welborn, pursuant to Rule 30(b)(6), Sept. 22, 2006, page 5 line 19 through page 6 line 1, along with Deposition Exhibit 250 identified therein.

2. Deposition of Joseph McGrath, December 13, 2006, page 4 line 18 through page 25 line 17, to be read into evidence.

Plaintiff,

VISIBLE SYSTEMS CORPORATION,
By its attorneys,

_____/s/ Stephen H. Galebach_____
Stephen H. Galebach, BBO # 653006
GALEBACH LAW OFFICE
9-11 Touro Avenue
Medford, MA  02155
781-874-2239
galebach@galebachlaw.com

1

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

July 30, 2007                                   ____/s/ *Stephen H. Galebach*_____
                                                Stephen H. Galebach