UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>                         Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>                         Defendant | Civil Action No. 04-CV-11610-RGS |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR JUDGMENT AS A MATTER OF LAW DISMISSING
PLAINTIFF'S CLAIM UNDER MASS. GEN. L. CH. 93A**

Upon review of Defendant's motion for judgment as a matter of law dismissing Plaintiff's claim under Massachusetts General Laws chapter 93A, and upon conference of counsel, Plaintiff hereby withdraws its claim under Mass. Gen. L. ch. 93A.

Plaintiff,

VISIBLE SYSTEMS CORPORATION,
By its attorneys,

_____/s/Stephen H. Galebach_____
Stephen H. Galebach, BBO # 653006
GALEBACH LAW OFFICE
9-11 Touro Avenue
Medford, MA  02155
781-874-2239
galebach@galebachlaw.com

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

September 12, 2007             _____/s/ Stephen H. Galebach_____
                                Stephen H. Galebach