UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>　　　　　　Defendant | Civil Action No. 04-CV-11610-RGS |

### DEFENDANT'S MOTION FOR LEAVE TO FILE
### MEMORANDUM IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), the defendant, Unisys Corporation ("Unisys"), hereby moves for leave to file its combined post-trial memorandum, submitted herewith, of 41 pages, comprising (1) arguments and authority in support of Unisys's renewed motion, filed herewith, for judgment as a matter of law under Fed. R. Civ. P. 50(b); and (2) Unisys's opposition to the motion by plaintiff Visible Systems Corporation ("VSC") seeking entry of a judgment, comprising an injunction and other relief, based on the jury verdict.[1]

VSC's motion (1) requests entry of a broad injunction against Unisys; (2) seeks a "supplemental jury trial" for further fact-finding on VSC's claim for disgorgement of Unisys's profits, or in the alternative an award by the Court of $100 million in profits-disgorgement; (3) seeks re-consideration of Magistrate Judge Bowler's July 12, 2007 decision denying a discovery motion by Visible Systems; (4) requests multiple damages under 15 U.S.C. § 1117(a); and (5) requests attorneys' fees on the ground that this is an

---

[1] "Plaintiff's Motion for Injunction, Declaratory Rulings Based on Jury Verdict, Award of Profits, and Attorneys Fees," Document No. 118.

"exceptional case" within the meaning of that statute. Unisys would, of course, be entitled to file a response to this motion of up to twenty pages.[2]

In order to promote efficiency by having all pertinent issues before the Court at the same time, Unisys has included, in the same memorandum as its opposition, the arguments in support of its cross-motion for entry of judgment in its favor pursuant to Fed. R. Civ. P. 50(b) and 59. Unisys would have been entitled to file a separate memorandum of up to twenty pages in support of its motion, but instead simply seeks to combine the two filings in a single memorandum of just over forty pages.

WHEREFORE, Unisys respectfully requests that this Court grant it leave to file a Post-Trial Memorandum of 41 pages.

Dated: September 18, 2007

                                UNISYS CORPORATION,
                                By Its Attorneys,

                                 /s/ William L. Boesch
                                Anthony M. Doniger, BBO No. 129420
                                William L. Boesch, BBO No. 558742
                                SUGARMAN, ROGERS, BARSHAK
                                  & COHEN, P.C.
                                101 Merrimac Street
                                Boston, MA 02114
                                617-227-3030

### CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

                                 /s/ William L. Boesch

395921.1

---

[2] Local Rule 7.1(B)(4).