UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>Defendant | Civil Action No. 04-CV-11610-RGS |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM OF LAW**

Plaintiff Visible Systems Corporation moves this Court for leave to file the accompanying "Reply Memorandum of Law to Defendant's Opposition to Plaintiff's Proposed Injunction" pursuant to the provisions of Local Rule 7.1(B)(3), on grounds that Defendant's Opposition presents substantial new matter, including a proposed injunction, that calls for a response in the interest of justice.

Plaintiff,
VISIBLE SYSTEMS CORPORATION,
By its attorneys,

_____/s/Stephen H. Galebach_____
Stephen H. Galebach, BBO # 653006
GALEBACH LAW OFFICE
9-11 Touro Avenue
Medford, MA  02155
781-874-2239
galebach@galebachlaw.com

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

September 26, 2007           _____/s/ *Stephen H. Galebach*_____
                              Stephen H. Galebach