

Web  Images  Video  News  Maps  Gmail  more ▼                                                                                                Sign in

**Google** | "Visible Breakthrough" unisys | Search | Advanced Search / Preferences
New! View and manage your web history

Web                                                                    Results 1 - 10 of about 71,600 for "Visible Breakthrough" unisys. (0.08 seconds)

Tip: Save time by hitting the return key instead of clicking on "search"

**Unisys & Wetherill Associates, Inc.**
Wetherill Associates, Inc. chose **Unisys** technology experts to lead the migration to a ...
**Visible Breakthrough**: Wetherill Associates, Inc. Establishes a ...
www.**unisys**.com/products/clients/featured__case__studies/wetherill__associates.htm - 13k -
Cached - Similar pages

**Unisys & InteliTrac: Cost Effective Biometrics Security**
Running on Itanium® 2 based **Unisys** ES7000 enterprise servers, ... **Visible Breakthrough**:
InteliTrac Supports Powerful, Cost-Effective Biometric Processing ...
www.**unisys**.com/products/enterprise__servers/clients/featured__case__studies/intelitrac.htm
- 13k - Cached - Similar pages
[ More results from www.unisys.com ]

[PDF] **Visible Breakthrough**:
File Format: PDF/Adobe Acrobat - View as HTML
**Visible Breakthrough**: Outstanding. Project Management is Key ... a careful evaluation of
many vendors, TWC selected **Unisys**. ...
www.app3.**unisys**.com/state/tx/pdfs/Case%20Study_TexasWorkforceCommission.pdf -
Similar pages

**Visible Breakthrough**: InteliTrac Supports Powerful, Cost-Effective ...
**Visible Breakthrough**: InteliTrac Supports Powerful, Cost-Effective Biometric ... InteliTrac,
found the ideal platform for its solution in **Unisys** and Intel ...
whitepapers.techrepublic.com.com/casestudy.aspx?docid=297900 - 34k -
Cached - Similar pages

**Visible Breakthrough**: Hilados Flexilon Meets New Demands Through ...
... with the assistance of **Unisys** technical consulting services, ... **Visible Breakthrough**:
Hilados Flexilon Meets New Demands Through IT Modernization ...