

Web   Images   Video   News   Maps   Gmail   more ▼                                                              Sign in

Google  "3d visible enterprise" unisys    [Search]   Advanced Search
                                                     Preferences
                                                                    New! View and manage your web history

Web                                                  Results 1 - 10 of about 84,800 for "3d visible enterprise" unisys. (0.16 seconds)

Tip: Save time by hitting the return key instead of clicking on "search"

**Unisys: 3D Visible Enterprise**
Unisys helps our clients secure their organizations by seeing their businesses more clearly,
ahead of decision points, investments and risks.
www.unisys.com/services/3d__visible__enterprise.htm - 14k - Cached - Similar pages

   **Unisys 3D Visible Enterprise, visibility into your processes ...**
   Unisys 3D Visible Enterprise is a holistic approach that creates unprecedented visibility into
   how change affects your organization's strategy, processes, ...
   www.unisys.com/services/enterprise__transformation/ - 17k - Cached - Similar pages
   [ More results from www.unisys.com ]

**Unisys to support software factories with 3D visible enterprise ...**
Unisys to support software factories with 3D visible enterprise blueprints from EDP Weeklys
IT Monitor in Array provided free by LookSmart Find Articles.
findarticles.com/p/articles/mi_m0GZQ/is_43_45/ai_n8708682 - 29k - Cached - Similar pages

**Unisys**
With 3D Visible Enterprise by Unisys you can do just that. We'll work with you to uncover all
of the pieces of your operations — from strategy and ...
www.unisys-deutschland.de/industries/financial/
3d__visible__enterprise__for__financial__services.htm - 13k - Cached - Similar pages

   **Unisys 3D Visible Enterprise Blueprinting Methodology, Strategy ...**
   Unisys 3D Visible Enterprise Blueprinting is both a strategy for business transformation and
   an agility-driven architecture.
   www.unisys-deutschland.de/services/
   enterprise__transformation/blueprinting__methodology.htm - 14k - Cached - Similar pages

**Unisys to support software factories with 3D visible enterprise ...**