

All content for

## 'unisys metering'.

**8** results. Displaying: **1-8**

1. Date|
2. Relevance

### Modular Mainframes For Agile Enterprises - Unisys ClearPath Plus Libra 500 Adds J2EE Support, Pay-Per-Use Metering And Breakthrough Flexibility

**White Papers** This white paper assesses the *Unisys* ClearPath Plus Libra 500 mainframes announced on 29th March 2004. In an imaginative step, *Unisys* has chosen to adopt the popular, widely used and fast-growing open source JBoss Application Server as the basis...

▸ [Find Related Articles]

[September 15, 2005, 0:00]

### Aligning IT Costs To Business Needs - In Real Time

**White Papers** Using the ClearPath servers' Utilization Sentinel *metering* capability, this innovative financial services organization is tripling processing capacity while paying only for what it uses. To help achieve those objectives, the companies rely on their...

▸ [Find Related Articles]

[November 29, 2004, 23:00]

### Visible Breakthrough: Real-Time Center Increases Business Agility With Pay-for-Use Metering Technology

**White Papers** Using the scalability potential of four *Unisys* ClearPath Plus Dorado servers with pay-for-use *metering* technology to handle peak periods, RTC has greatly improved service levels to end-users while reducing operational costs by up to $500,000 per...

▸ [Find Related Articles]

[June 9, 2007, 0:00]

### Visible Breakthrough: EMC Insurance Companies Sees A Secure Future On The Web

**White Papers** EMC Insurance Companies chose the *Unisys* ClearPath Plus Dorado 290 server

with pay-for-use business model and *metering* technology to support its growing Internet presence. Headquartered in Des Moines, Iowa, EMC Insurance Companies have been serving...

▶ [Find Related Articles]

[June 9, 2007, 0:00]

### Visible Breakthrough: Luottokunta Reduces Costs By Two-Thirds With New Flexible, Agile Infrastructure

**White Papers** Using the power of the *Unisys* ClearPath Plus Libra Model 590 Server with pay-for-use *metering* capabilities, Luottokunta can quickly respond to changing market demands and increased business growth while realizing major cost and performance gains.

▶ [Find Related Articles]

[June 9, 2007, 0:00]

### Visible Breakthrough: Norwich And Peterborough Building Society Aligns Performance To Business Needs

**White Papers** As a solution Norwich and Peterborough Building Society (N&P) has implemented a *Unisys* ClearPath Plus Server Libra Model 590 with pay-for-use *metering* technology to manage its core banking and finance systems.

▶ [Find Related Articles]

[June 9, 2007, 0:00]

### Visible Breakthrough: Noridian Mutual Insurance Company Creates A Secure Environment To Fuel Growth

**White Papers** Noridian Mutual Insurance Company chose the *Unisys* ClearPath Plus Libra Model 595 server with pay-for-use business model and *metering* technology. Fargo, North Dakota-based Noridian Mutual Insurance Company began operations in the 1940s, offering...

▶ [Find Related Articles]

[June 9, 2007, 0:00]

### Color Line Builds A Real-Time Infrastructure With Pay-for-Use Metering Technology

**White Papers** To build the foundation of a next-generation, real-time infrastructure Color Line called on *Unisys*, its long-term technology partner, to deliver a sustainable server solution with pay-for-use technology.

▶ [Find Related Articles]

[June 9, 2007, 0:00]

Copyright © 1995-2007 CNET Networks, Inc. All rights reserved