I declare under penalty of perjury that the foregoing is true and correct.

_____  Executed this 26th day of September 2007
John Nash