UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>Defendant | Civil Action No. 04-CV-11610-RGS |

**MOTION BY DEFENDANT UNISYS CORPORATION**
**FOR LEAVE TO FILE REPLY MEMORANDUM**

In its recently filed Reply Memorandum on the subject of its request for injunctive and other relief in this matter,[1] Visible Systems makes two factual assertions that are egregiously baseless and therefore require a brief response from defendant Unisys. Therefore, Unisys hereby requests leave to file the two-page Reply Memorandum submitted herewith, which it believes will assist the Court in resolving the matters presently before it.

---

[1] *See* Document No. 127.

Dated: October 2, 2007

                          UNISYS CORPORATION,
                          By Its Attorneys,

                          /s/ William L. Boesch
                          Anthony M. Doniger, BBO No. 129420
                          doniger@srbc.com
                          William L. Boesch, BBO No. 558742
                          boesch@srbc.com
                          SUGARMAN, ROGERS, BARSHAK
                            & COHEN, P.C.
                          101 Merrimac Street
                          Boston, MA 02114
                          617-227-3030

## CERTIFICATE OF SERVICE

     I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

                          /s/ William L. Boesch

396407.1