UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>　　　　　Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>　　　　　Defendant | Civil Action No. 04-CV-11610-RGS |

### REPLY OF DEFENDANT UNISYS CORPORATION
### IN FURTHER OPPOSITION TO PLAINTIFF'S
### PROPOSED INJUNCTION

In its recently filed Reply Memorandum on the subject of its request for injunctive and other relief in this matter,[1] Visible Systems makes two factual assertions that are egregiously baseless and therefore require a brief response from Unisys. First, Visible Systems erroneously claims that Unisys has been "dramatically expanding" its use of certain terms containing the word "Visible" in what Visible Systems characterizes as "an apparent effort to circumvent the impact of any injunction." This is false and misleading: there has been no such expansion; indeed, the reverse is true, as demonstrated in the attached supplemental affidavit.[2]

Second, Visible Systems suggests in a footnote that the information Unisys has provided about the work and time necessary to respond to a potential injunction against further use of the mark 3D VISIBLE ENTERPRISE is somehow inconsistent with

---

[1] *See* Document No. 127.
[2] *See* Supplemental Affidavit of Stanley A. Mattos, Exhibit A hereto.

Unisys's position in settlement negotiations between the parties.[3] Leaving aside its mischaracterization of Unisys's settlement positions in this case, Visible Systems' premise appears to be that if it would indeed be time-consuming, burdensome and expensive to remove uses of the 3D VISIBLE ENTERPRISE mark from thousands of Unisys documents on the internet and elsewhere, then Unisys should have been willing to pay Visible Systems millions of dollars to avoid this burden and expense—regardless of the merit or lack of merit of plaintiff's substantive claims. While this is nonsensical, it is at least consistent with Visible Systems' fantastical settlement strategy throughout this case: its last demand, for example, was $11 million. And it is also consistent with the litigation strategy Visible Systems has adopted since the trial: filing new lawsuits against Unisys's business partners Proforma, IBM and Microsoft, and demanding immediate settlement payments from them based on the appearance of Unisys's 3D VISIBLE ENTERPRISE mark on their websites.[4]

Dated: October 2, 2007

                                        UNISYS CORPORATION,
                                        By Its Attorneys,

                                        /s/ William L. Boesch
                                        Anthony M. Doniger, BBO No. 129420
                                        doniger@srbc.com
                                        William L. Boesch, BBO No. 558742
                                        boesch@srbc.com
                                        SUGARMAN, ROGERS, BARSHAK
                                          & COHEN, P.C.
                                        101 Merrimac Street
                                        Boston, MA 02114
                                        617-227-3030

---

[3] *See* Visible Systems' Reply Memorandum at 2 n.3.
[4] *See* Cases No. 07-11545 and 07-11736.

CERTIFICATE OF SERVICE

      I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

      /s/ William L. Boesch

396361.2