Web  Images  Video  News  Maps  Gmail  more ▼                                                                                           Sign in

Google  [Unisys "3D Visible Enterprise "]  [past month ▼]  [Search]   Advanced Search
                                                                      Preferences
                                                                                            New! View and manage your web history

Web                                                    Results **1** - **10** of about **210** over the **past month** for **Unisys** "**3D** **Visible** **Enterprise** ".  (0.51 seconds)

Tip: Save time by hitting the return key instead of clicking on "search"

[PDF] **Unisys** in Transportation – Logistics Solutions
File Format: PDF/Adobe Acrobat - View as HTML
**Unisys 3D Visible Enterprise**. **Unisys** transportation solutions leverage our proven 3D. Visible
Enterprise approach, which drives tangible cost and ...
www.**unisys**.com/eprise/main/admin/micro/doc/Logistics_SL_03_06_06_LR.pdf -
Similar pages

**Unisys** Says Facts, Documentation Contradict Allegations in News ...
**Unisys** Corporation (NYSE: UIS) issued the following statement in response to an article
that ... **3D Visible Enterprise** · Enterprise Security · Outsourcing ...
www.**unisys**.com/about__**unisys**/news_a_events/09248817.htm - 14k -
Cached - Similar pages
[ More results from www.unisys.com ]

**Unisys** Named a Leader in Independent Research Firm's Report on ...
The **Unisys 3D Visible Enterprise** (3D-VE) approach is key for delivering the benefits of
outsourcing solutions, such as those which the Forrester Wave report ...
www.allbusiness.com/services/business-services/4511744-1.html - 59k -
Cached - Similar pages

**Unisys** Adds BT Network Monitoring and Management Services to ...
Our solutions employ the **Unisys 3D Visible Enterprise** (3D-VE) approach, enabling a client
to see and then act on cause-effect relationships among business ...
www.allbusiness.com/services/business-services/4548730-1.html - 59k -
Cached - Similar pages
[ More results from www.allbusiness.com ]

**Unisys** Announces NextGeneration Server Architecture to Target ...
Using the **Unisys 3D Visible Enterprise** (3D-VE) approach, **Unisys** will extend the benefits of
the new architecture with software tools and its rich suite of ...
www.prnewsnow.com/Public_Release/Security/107982.html - 51k - Cached - Similar pages

New **Unisys** ClearPath Systems and Software Expand Customers Choices ...
The new integrated software tools, based on the **Unisys 3D Visible Enterprise** (3D-VE)
approach, enable customers to adopt a SOA to modernise their ...
www.prnewsnow.com/Public_Release/Technology/107556.html - 51k - Cached - Similar pages
[ More results from www.prnewsnow.com ]

Singapore **Unisys** Security Index rises significantly in May 2007
Using the **Unisys 3D Visible Enterprise** approach, we make visible the impact of their
decisions—ahead of investments, opportunities and risks. ...
www.**unisys**.com.sg/about__**unisys**/news_a_events/20070502_1.htm - 18k -
Cached - Similar pages

Microsoft Solution Finder - View partner
**Unisys** closely collaborates with Microsoft to create business value for out joint ... called the
**3D Visible Enterprise** (3D-VE), provides a platform for ...
https://.../Partners/PartnerDetailsView.aspx?partnerid=1a44eca26bd846b0bc2efe0a06bc96b3 -
62k - Cached - Similar pages

The School of Information Studies
I am currently the Global Leader for the **3D Visible Enterprise** Enablement team at **Unisys**.
This is a consulting practice focused on Fortune 100 firms and ...
istweb.syr.edu/alumni/kevin_reuthen.aspx - 13k - Cached - Similar pages

Business Rules Community (BRCommunity.com): The world's most ...
kinds of model artifacts, mostly created using non-**Unisys** tools. The **Unisys 3D Visible**
**Enterprise** tracks critical cause-effect relationships across numerous ...
www.brcommunity.com/brcsearch.php?zoom_and=1&
zoom_page=11&zoom_per_page=10&zoom_query=enterpr... - 29k - Cached - Similar pages



Goooooooogle ▶
**1** 2 3 4 5 6 7 8 9   Next

Download Google Pack: free essential software for your PC

[Unisys "3D Visible Enterprise "]  [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google