Web   Images   Video   News   Maps   Gmail   more ▼                                                                                                          Sign in

**Google**  | Unisys "Visible Breakthrough " | past month ▼ | Search |  Advanced Search
Preferences

New! View and manage your web history

Web                                                Results **1 - 10** of about **175** over the past month for Unisys "Visible Breakthrough ". (0.30 seconds)

Tip: Save time by hitting the return key instead of clicking on "search"

**Visible Breakthrough**: InteliTrac Supports Powerful, Cost-Effective ...
**Visible Breakthrough**: InteliTrac Supports Powerful, Cost-Effective Biometric ... InteliTrac,
found the ideal platform for its solution in **Unisys** and Intel ...
whitepapers.zdnet.com/casestudy.aspx?scid=442&
docid=297900&part=rss&tag=rss&subj=ZDNet... - 38k - Cached - Similar pages

   **Visible Breakthrough**: Norwich and Peterborough Building Society ...
   ... Norwich and Peterborough Building Society (N&P) has implemented a **Unisys** ... **Visible
   Breakthrough**: Luottokunta Reduces Costs by Two-Thirds With New ...
   whitepapers.zdnet.com/casestudy.aspx?docid=299388&
   part=rss&tag=rss&subj=ZDNet&promo=100112 - 35k - Cached - Similar pages
   [ More results from whitepapers.zdnet.com ]

**unisys** wanted plus Content at ZDNet UK
**Visible Breakthrough**: Mac Papers, Inc. Enhances Operational Readiness. White Papers
Mac Papers, Inc. purchased two **Unisys** ClearPath Plus Libra 520 servers ...
www.zdnet.co.uk/tsearch/**unisys**+wanted+plus.htm - 42k - Cached - Similar pages

   **unisys** custom-developed Content at ZDNet UK
   **Visible Breakthrough**: NORPAC Foods Controls IT Costs For Competitive Advantage. White
   Papers Using the **Unisys** Enterprise Application Environment development ...
   www.zdnet.co.uk/tsearch/**unisys**+custom-developed.htm - 32k - Cached - Similar pages
   [ More results from www.zdnet.co.uk ]

**Unisys** & Alabama Criminal Justice Information Center
By implementing a solution based on **Unisys** ES7000/one and SafeGuard 30m ... **Visible
Breakthrough**: Unified Law Enforcement through a Real-Time Infrastructure ...
www.**unisys**.com/products/enterprise__servers/
clients/featured__case__studies/alabama__criminal__justice.htm - 15k -
Cached - Similar pages

**Unisys** ClearPath: Building on a New Platform, from IDG ...
**Unisys** is moving to the next generation of ClearPath servers, ... **Visible Breakthrough**: EMC
Insurance Companies Sees a Secure Future on the Web. Case Study ...
jobfunctions.bnet.com/whitepaper.aspx?&docid=298182&promo=100511 - 32k -
Cached - Similar pages

**Unisys** Corp. and banking Resources on TechRepublic
**Visible Breakthrough**: Norwich and Peterborough Building Society Aligns ... The Woolwich -
through its work with **Unisys** and other IT partners - has not. ...
search.techrepublic.com.com/search/**Unisys**+Corp.+and+banking.html - 52k -
Cached - Similar pages

   **Unisys** Corp. and environment and window Resources on TechRepublic
   The **Unisys** Oracle ERP environment was previously supported by a UNIX based ... **Visible
   Breakthrough**: Hilados Flexilon Meets New Demands Through IT ...
   search.techrepublic.com.com/search/**Unisys**+Corp.+and+environment+and+window.html - 54k
   - Cached - Similar pages
   [ More results from search.techrepublic.com.com ]

Entreprise - Solutions et management de projets - ZDNet.fr - [ Translate this page ]
**Visible Breakthrough**: Gen-Probe Incorporated Positions for Growth With ERP Software and
**Unisys** Infrastructure, 02/06/2007, **Unisys** ...
www.zdnet.fr/livres-blancs/0,39035133,39001957q-8,00.htm?sort=N&filter=S&lang= - 49k -
Cached - Similar pages

Suggest a Better Category - White Papers, Webcasts and Case ...
**Visible Breakthrough**: Norwich and Peterborough Building Society Aligns ... Society (N&P)
has implemented a **Unisys** ClearPath Plus Server Libra Model 590 with ...
whitepapers.techrepublic.com.com/catsuggest.aspx?
docid=299388&s=a&page=/casestudy.aspx?docid=299388 - 23k - Cached - Similar pages



1 2   Next

Try Google Desktop: search your computer as easily as you search the web.

| Unisys "Visible Breakthrough " | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google