Google "3D Visible Enterprise" unisys [Search] Advanced Search / Preferences

Web  Results 1 - 10 of about 76,800 for "**3D Visible Enterprise**" **unisys**. (0.13 seconds)

**Unisys: 3D Visible Enterprise**
**Unisys** helps our clients secure their organizations by seeing their businesses more clearly, ahead of decision points, investments and risks.
www.**unisys**.com/services/3d__visible__enterprise.htm - 14k -
Cached - Similar pages - Note this

> **Unisys 3D Visible Enterprise, visibility into your processes ...** - 2 visits - Jun 15
> **Unisys 3D Visible Enterprise** is a holistic approach that creates unprecedented visibility into how change affects your organization's strategy, processes, ...
> www.**unisys**.com/services/enterprise__transformation/ - 17k -
> Cached - Similar pages - Note this
> [ More results from www.unisys.com ]

**Unisys to support software factories with 3D visible enterprise ...** - 2 visits - Aug 2
**Unisys** to support software factories with **3D visible enterprise** blueprints from EDP Weekly's IT Monitor in Array provided free by LookSmart Find Articles.
findarticles.com/p/articles/mi_m0GZQ/is_43_45/ai_n8708682 - 29k -
Cached - Similar pages - Note this

**Unisys redefines business planning with world-first 3D Visible ...**
[Enterprise] **Unisys** has introduced the **3D Visible Enterprise** methodology to allow organisations to analyse business interactions and relationships.
www.itweb.co.za/office/**unisys**/0409160859.htm - 18k - Cached - Similar pages - Note this

**Unisys to support software factories with 3D visible enterprise ...**
**Unisys** Corporation (NYSE:UIS) has said that it would make its catalog of **3D Visible Enterprise** (3D-VE) blueprints available in Microsoft Visual Studio 2005 ...
goliath.ecnext.com/coms2/summary_0199-3597150_ITM - 27k -
Cached - Similar pages - Note this

> **Unisys to support software factories with 3D visible enterprise ...**
> Goliath Industry and Business News includes thousands of articles from journals, newspapers, newswires, and magazines, covering a wide range of industries ...
> goliath.ecnext.com/coms2/gi_0199-3597150/**Unisys**-to-support-software-factories.html - 22k -
> Cached - Similar pages - Note this

**Unisys** - 4 visits - Jul 16
Your **3D Visible Enterprise** can only be as good as the infrastructure it runs on. **Unisys** has long delivered the mission-critical computing that lies at the ...
www.app3.**unisys**.com/simplify/**unisys**difference/us/default.asp - 9k -
Cached - Similar pages - Note this

[PPT] **3D Visible Enterprise**
File Format: Microsoft Powerpoint - View as HTML
Blueprinting enabled migration from Weblogic to Websphere application server, over a weekend - with minimal code changes... **Unisys 3D Visible Enterprise** ...
www.omg.org/docs/finance/04-04-08.ppt - Similar pages - Note this

**IDEAS Insights: Is "Innovative Unisys" an Oxymoron?**
A second area of innovation for **Unisys** is a service called "**3D Visible Enterprise**" (3D-VE). **Unisys** is mainly a services company, deriving close to 85% of ...
ideasint.blogs.com/ideasinsights/2007/03/is_innovative_u.html - 21k -
Cached - Similar pages - Note this

**EMC: News Release: EMC and Unisys Collaborate on New Client ...** - 2 visits - Aug 2
Aligned with the **Unisys 3D Visible Enterprise** (3D-VE) strategy, the new solutions are expected to give **Unisys** clients the benefits of secure business ...
www.emc.com/news/emc_releases/showRelease.jsp?id=3688 - 38k -
Cached - Similar pages - Note this

Gooooooooogle ▶
1 2 3 4 5 6 7 8 9 10  Next

Try Google Desktop: search your computer as easily as you search the web.

"3D Visible Enterprise" unisys [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google