

Web  Images  Video  News  Maps  Gmail  more ▼                                                                                    Sign in

**Google** ["3d visible enterprise" unisys]  [Search]  Advanced Search
Preferences

New! View and manage your web history

Web                                                   Results **1 - 10** of about **84,800** for "**3d visible enterprise**" unisys. (0.16 seconds)

Tip: Save time by hitting the return key instead of clicking on "search"

**Unisys: 3D Visible Enterprise**
**Unisys** helps our clients secure their organizations by seeing their businesses more clearly,
ahead of decision points, investments and risks.
www.**unisys**.com/services/3d__visible__enterprise.htm - 14k - Cached - Similar pages

   **Unisys 3D Visible Enterprise**, visibility into your processes ...
   **Unisys 3D Visible Enterprise** is a holistic approach that creates unprecedented visibility into
   how change affects your organization's strategy, processes, ...
   www.**unisys**.com/services/enterprise__transformation/ - 17k - Cached - Similar pages
   [ More results from www.unisys.com ]

**Unisys** to support software factories with **3D visible enterprise** ...
**Unisys** to support software factories with **3D visible enterprise** blueprints from EDP Weeklys
IT Monitor in Array provided free by LookSmart Find Articles.
findarticles.com/p/articles/mi_m0GZQ/is_43_45/ai_n8708682 - 29k - Cached - Similar pages

**Unisys**
With **3D Visible Enterprise** by **Unisys** you can do just that. We'll work with you to uncover all
of the pieces of your operations — from strategy and ...
www.**unisys**-deutschland.de/industries/financial/
3d__visible__enterprise__for__financial__services.htm - 13k - Cached - Similar pages

   **Unisys 3D Visible Enterprise** Blueprinting Methodology, Strategy ...
   **Unisys 3D Visible Enterprise** Blueprinting is both a strategy for business transformation and
   an agility-driven architecture.
   www.**unisys**-deutschland.de/services/
   enterprise__transformation/blueprinting__methodology.htm - 14k - Cached - Similar pages

**Unisys** to support software factories with **3D visible enterprise** ...