UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>            Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>            Defendant | Civil Action No. 04-CV-11610-RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Carrie J. Fletcher, of Foley & Lardner LLP, hereby withdraws as counsel for Plaintiff.  Foley & Lardner attorney Lawrence M. Kraus will continue to serve as counsel to Plaintiff in this matter.

            Plaintiff,
            VISIBLE SYSTEMS CORPORATION
            By its attorneys:


            /s/ Carrie J. Fletcher
            Lawrence M. Kraus, BBO # 564561
            Carrie J. Fletcher, BBO # 642369
            FOLEY & LARDNER LLP
            111 Huntington Avenue
            Boston, MA 02199
            617-342-4000
            lkraus@foley.com

            and

            Stephen H. Galebach, BBO # 653006 *-
            Joseph E. Rendini, BBO # 542746
            GALEBACH LAW
            9-11 Touro Avenue
            Medford, MA  02155
            781-874-2239
            galebach@galebachlaw.com

Dated: November 8, 2007

2

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 8, 2007.

                                          /s/ Carrie J. Fletcher