UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>                    Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>                    Defendant | Civil Action No. 04-CV-11610-RGS |

## NOTICE OF APPEAL

Notice is hereby given that Visible Systems Corporation, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Permanent Injunction and Final Judgment of November 2, 2007, and from the pretrial orders, orders and rulings at trial, and post-trial orders pertaining thereto and merged therein.

Plaintiff, VISIBLE SYSTEMS CORPORATION
By its attorneys:

       /s/*Stephen H. Galebach*

Stephen H. Galebach, BBO # 653006
GALEBACH LAW
9-11 Touro Avenue
Medford, MA  02155
781-874-2239
galebach@galebachlaw

and

Joseph E. Rendini, BBO#542746
LAW OFFICES OF JOSEPH E. RENDINI
48 Doonan Street
Medford, MA  02155
(781) 396-6937

and

Lawrence M. Kraus, BBO # 564561
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000
lkraus@foley.com

Dated: November 14, 2007

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


November 14, 2007                             ____/s/ *Stephen H. Galebach*_____
                                              Stephen H. Galebach