UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>    Defendant | Civil Action No. 04-CV-11610-RGS |

## BILL OF COSTS

Judgment having been entered in the above entitled action on November 2, 2007 against defendant Unisys Corporation, the Clerk is requested to tax the following as costs, pursuant to Rule 54(d), Fed. R. Civ. P.; 28 U.S.C. § 1920; and the Court's Permanent Injunction and Final Judgment of November 2, 2007, and as set forth in the attached Affidavit of Stephen H. Galebach, Ex. 1 hereto, and the further exhibits appended therewith:

| | |
|---|---:|
| 1. Fees of the Clerk | $ 150.00 |
| 2. Fees of the court reporter for transcripts necessarily used in the case | $ 4,994.25 |
| 3. Fees for copying of exhibits | $ 1,059.14 |
| 4. Fees for witnesses; travel: | $ 6,916.29 |
|         lodging: | $ 2,144.00 |
| 6. Fees for transcripts of depositions necessarily obtained for use in the case | $ 9,096.33 |
|     TOTAL: | $24,360.01 |

Plaintiff, VISIBLE SYSTEMS CORPORATION
By its attorneys:


_____/s/*Stephen H. Galebach*_____

Stephen H. Galebach, BBO # 653006
GALEBACH LAW OFFICE
9-11 Touro Avenue
Medford, MA  02155
781-874-2239
galebach@galebachlaw.com

and

Joseph E. Rendini, BBO#542746
LAW OFFICES OF JOSEPH E. RENDINI
48 Doonan Street
Medford, MA  02155
(781) 396-6937
jrendini@comcast.net

and

Lawrence M. Kraus, BBO # 564561
Carrie J. Fletcher, BBO # 642369
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000
lkraus@foley.com

Dated:  November 23, 2007

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

November 23, 2007               ____/s/ *Stephen H. Galebach*_____
                                Stephen H. Galebach