AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN MASSACHUSETSS

INVOICE NO: 20070054

**MAKE CHECKS PAYABLE TO:**

Stephen Galebach
Galebach Law

9-11 Touro Avenue
Medford, MA 02155

Phone:

galebach@galebachlaw.com

James P. Gibbons, RPR-RMR
Official Court Repoter
Moakley Courthouse, Suite 7205
One Courthouse Way
Boston, MA 02210

Phone:   (617) 428-0402

Tax ID:   20-1804892
jmsgibbons@yahoo.com

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 08-08-2007

DATE DELIVERED: 08-08-2007

**Case Style:** 04-11610-RGS, VISIBILE SYSTEMS CORPORATION v UNISYS CORPORATION
For providing daily copy of trial held in Springfield Ma 7/23/07 – 7/31/07before D.J. Stearns.  Costs split 50/50 between parties.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 1128 | 3.30 | 3,722.40 | 977 | 1.10 | 1,074.70 | | | | 4,797.10 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 4,797.10 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $4,797.10 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE    08-08-2007

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com