| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE EASTERN MASSACHUSETSS | |
|---|---|---|
| | INVOICE NO: | 20070067 |

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Stephen Galebach<br>Galebach Law<br><br>9-11 Touro Avenue<br>Medford, MA 02155<br>Phone:<br><br>*galebach@galebachlaw.com* | James P. Gibbons, RPR-RMR<br>Official Court Repoter<br>Moakley Courthouse, Suite 7205<br>One Courthouse Way<br>Boston, MA 02210<br><br>Phone:   (617) 428-0402<br><br>Tax ID:   20-1804892<br>*jmsgibbons@yahoo.com* |

| ☐ CRIMINAL    X CIVIL | DATE ORDERED: 08-24-2007 | DATE DELIVERED: 09-13-2007 |
|---|---|---|

**Case Style:** 04-11610-RGS, VISIBILE SYSTEMS CORPORATION v UNISYS CORPORATION

```
For providing transcript of charge conference held in Springfield MA on
7/30/07 before D.J. Stearns.  Costs split 50/50 between parties.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 78 | 2.07 | 161.46 | | | | | | | 161.46 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 161.46 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $161.46 |

**ADDITIONAL INFORMATION**

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE | 10-05-2007 |
|---|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com