AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN MASSACHUSETSS

INVOICE NO: 20070040

**MAKE CHECKS PAYABLE TO:**

Stephen H. Galebach
Law Offices of Stephen Galebach
1 Knollcrest Drive
Andover, MA 01810

Phone:  (978) 258-5300
FAX:    (978) 409-1670

galebach@galebachlaw.com

James P. Gibbons, RPR-RMR
Official Court Repoter
Moakley Courthouse, Suite 7205
One Courthouse Way
Boston, MA 02210

Phone:  (617) 428-0402

Tax ID:  20-1804892
jmsgibbons@yahoo.com

☐ CRIMINAL    [X] CIVIL    DATE ORDERED: 05-23-2007    DATE DELIVERED: 05-23-2007

**Case Style:** 04-11610-RGS, VISIBLE SYSTEMS v UNISYS CORP
For furnishing transcript of summary judgment hearing held on 3/29/07
beford D.J. Stearns in USDC.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 43 | 0.83 | 35.69 | | | | 35.69 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                         MISC. CHARGES:

                                                    TOTAL:  35.69
                        LESS DISCOUNT FOR LATE DELIVERY:
                                          TAX (If Applicable):
                                   LESS AMOUNT OF DEPOSIT:
                                              TOTAL REFUND:
                                                TOTAL DUE:  $35.69

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                           DATE  05-24-2007

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com