# HSBC

**MasterCard BusinessCard Monthly Statement**

*Make Checks Payable to:*
HSBC BANK USA, N.A.
PO BOX 37278
BALTIMORE, MD 21297-3278

*Changing your address?*
*Print new address to the right.*

| Payment Information: | |
| --- | --- |
| Account Number | 5474 7837 0123 2982 |
| New Balance | $29,628.29 |
| Payment Due Date | JULY 22, 2007 |
| Minimum Payment | $592.57 |

AMOUNT ENCLOSED          $ _____

ACCOUNTS PAYABLE                    20612
VISIBLE SYSTEMS INC
201 SPRING ST
LEXINGTON MA 02421-8055

370123298200296282900005925 7?

**MasterCard BusinessCard Monthly Statement**

| 07/17 | 07/17 | | 5S4996767J60W9YYD | SOUTHWES 5262323513033 8004359792 TX | + | 359.40 |
| | | | | MCC: 3066  MERCHANT ZIP: | | |
| | | | | EARL/WILLIAM | | |
| | | 07/26/07 1 | | PHOENIX        PROVIDENCE | | |
| 07/17 | 07/17 | | 554996767J60W9YYZ | SOUTHWES 5262323514549 8004359792 TX | + | 218.80 |
| | | | | MCC: 3066  MERCHANT ZIP: | | |
| | | | | EARL/WILLIAM | | |
| | | 07/27/07 1 | | WINDSOR LOCKS    BALTIMORE | | |
| | | 07/27/07 2 | | BALTIMORE     PHOENIX | | |
| 07/18 | 07/18 | | 054447268S8NY9TN1 | CIRCUIT CITY SS #4111 SOMERVILLE MA | + | 839.99 |
| | | | | MCC: 5732  MERCHANT ZIP: | | |
| 07/18 | 07/18 | | 554996768KW2ZXN24 | UNITED 0162161565440 ROSEMONT IL | + | 618.80 |
| | | | | MCC: 3000  MERCHANT ZIP: | | |
| | | | | LANE/MALCOLAM | | |
| | | 07/23/07 1 | | WASHINGTON     WINDSOR LOCKS | | |
| | | 07/27/07 2 | | WINDSOR LOCKS   WASHINGTON | | |
| 07/19 | 07/19 | | 5549967691MX374HG | USAIRWAY 03721412120731 800 235 9292 AZ | + | 618.80 |
| | | | | MCC: 3063  MERCHANT ZIP: | | |
| | | | | PERKINS/ALAN | | |
| | | 07/24/07 1 | | WASHINGTON     WINDSOR LOCKS | | |
| | | 07/25/07 2 | | WINDSOR LOCKS   WASHINGTON | | |
| 07/21 | 07/21 | | 55499675QJPQFR8F3 | JETBLUE VI2ZBW     8005382583  CT | + | 688.80 |
| | | | | MCC: 3174  MERCHANT ZIP: | | |
| | | | | SCHOENRANK/RAINER | | |
| | | 07/23/07 1 | | OAKLAND      BOSTON | | |
| | | 07/24/07 2 | | BOSTON       OAKLAND | | |
| 07/23 | 07/23 | | 55541866E232293VX | 99 RESTAURANT #108 CHICOPEE MA | + | 130.71 |
| | | | | MCC: 5812  MERCHANT ZIP: | | |
| 07/24 | 07/24 | | 05410196EE8B4DVR0 | APPLEBEE'S 67700167791 CHICOPEE MA | + | 124.46 |
| | | | | MCC: 5812  MERCHANT ZIP: | | |
| 07/24 | 07/24 | | 05444006ESFQMSB3R | BJS FUEL #9020  WOX CHICOPEE MA | + | 49.50 |
| | | | | MCC: 5542  MERCHANT ZIP: 01013 | | |
| 07/24 | 07/24 | | 55417346E92L5X1ZT | HAMPTON INN CHICOPEE CHICOPEE MA | + | 111.32 |
| | | | | MCC: 3665  MERCHANT ZIP: | | |
| | | | | FOLIO #0000114198 | | |
| 07/24 | 07/24 | | 85418366D32X4ZQA1 | MASSPORT AUTH LOGAN PK  617-5611633 MA | + | 9.00 |
| | | | | MCC: 7523  MERCHANT ZIP: 02128 | | |
| 07/25 | 07/25 | | 25411176F60SNSPT0 | TOWER SQUARE 500 MAIN SPRINGFIELD MA | + | 18.00 |

| Questions? | Call or Write | Payment Address: |
| --- | --- | --- |
| Toll Free      866-341-5203 | HSBC BANK USA, N.A. | HSBC BANK USA, N.A. |
| | P.O. BOX 3038 | PO BOX 37278 |
| Outside U.S./Canada  812-422-2272 | EVANSVILLE, IN 47730 | BALTIMORE, MD 21297-3278 |

p.4

Nov 19 07 04:28p