# HSBC

Account Number: 5474 7837 0123 2982

## Your Transactions at a Glance:

| Trans Date | Post Date | Reference Number | Description | | Amount |
|---|---|---|---|---|---|
| 08/23 | 08/23 | 85426707QEK2VFG0R | WWW-MEMORYGI*www.memorygi800-816-3785 MO<br>MCC: 5734   MERCHANT ZIP:<br>GISELL PRINCZ | + | 167.97 ✓ |
| | | | TOTAL 5474783701534809  $1,668.21 | | |
| 07/26 | 07/28 | 55417346G92LRX437 | HAMPTON INN CHICOPEE CHICOPEE MA<br>MCC: 3665   MERCHANT ZIP:<br>FOLIO #0000114108 | + | 445.28 |
| 07/26 | 07/28 | 55417346G92LRX449 | HAMPTON INN CHICOPEE CHICOPEE MA<br>MCC: 3665   MERCHANT ZIP:<br>FOLIO #0000114159 | + | 347.16 |
| 07/26 | 07/28 | 55308766GFXRYM6SY | SHELL OIL 27541130004 WARWICK RI<br>MCC: 5542   MERCHANT ZIP: 02886 | + | 36.95 |
| 07/26 | 07/28 | 55541866H2320B77B | LEGAL SEA FOODS #009 WARWICK RI<br>MCC: 5812   MERCHANT ZIP: 02886 | + | 105.19 ✓ |
| 07/27 | 07/28 | 25411176H62NFTHJJ | TOWER SQUARE 500 MAIN SPRINGFIELD MA<br>MCC: 7523   MERCHANT ZIP: | + | 12.75 ✓ |
| 07/27 | 07/28 | 55417346H92M2XPWV | HAMPTON INN CHICOPEE CHICOPEE MA<br>MCC: 3665   MERCHANT ZIP:<br>FOLIO #0000114158 | + | 599.60 |
| 07/27 | 07/28 | 55417346H92M2XPXD | HAMPTON INN CHICOPEE CHICOPEE MA<br>MCC: 3665   MERCHANT ZIP:<br>FOLIO #0000114160 | + | 556.60 ✓ |
| 07/27 | 07/28 | 55417346H92M2XPYQ | HAMPTON INN CHICOPEE CHICOPEE MA<br>MCC: 3665   MERCHANT ZIP:<br>FOLIO #0000114191 | + | 445.28 ✓ |
| 07/27 | 07/28 | 55417346H92M2XPZL | HAMPTON INN CHICOPEE CHICOPEE MA<br>MCC: 3665   MERCHANT ZIP:<br>FOLIO #0000114405 | + | 222.64 |
| 07/27 | 07/28 | 55417346H92M2XR4J | HAMPTON INN CHICOPEE CHICOPEE MA<br>MCC: 3665   MERCHANT ZIP:<br>FOLIO #0000114278 | + | 111.32 ✓ |
| 07/27 | 07/28 | 55417346H92M2XR52 | HAMPTON INN CHICOPEE CHICOPEE MA<br>MCC: 3665   MERCHANT ZIP:<br>FOLIO #0000114192 | + | 111.32 ✓ |
| 07/27 | 07/28 | 55452686JD72ZR7AN | STUDENT PRINCE/THE FOR SPRINGFIELD MA<br>MCC: 5812   MERCHANT ZIP: | + | 110.55 |
| 07/29 | 07/29 | 75309566K3MP7QVQJ | WLI*RESERVATIONREWARDS 800-7327031 CT<br>MCC: 5968   MERCHANT ZIP: | + | 9.00 |
| 07/30 | 07/30 | 55417346KM9SVWFWT | NEILLIOS AT LEXINGTON LEXINGTON MA<br>MCC: 5814   MERCHANT ZIP: | + | 55.36 ✓ |
| 07/30 | 07/30 | 85418366K3DWMMFD7 | MARTIGNETTI LIQUORS BOSTON MA<br>MCC: 5921   MERCHANT ZIP: | + | 23.98 |
| 07/30 | 07/30 | 55547536K3J5B4A1W | TAYLORS GARAGE NARRAGANSETT RI<br>MCC: 5541   MERCHANT ZIP: 02882 | + | 48.00 |
| 07/31 | 07/31 | 55417346M92N8HR1V | HAMPTON INNS REVERE MA<br>MCC: 3665   MERCHANT ZIP:<br>FOLIO #0000392102 | + | 196.36 |
| 07/31 | 07/31 | 85140616MS6B53BBS | LUFEX, INC 678-436-0200 VA<br>MCC: 7399   MERCHANT ZIP: | + | 39.00 |
| 08/01 | 08/01 | 05486806NB01GBPK9 | EXXONMOBIL 47630787 WALTHAM MA<br>MCC: 5542   MERCHANT ZIP: | + | 51.65 ✓ |
| 08/01 | 08/01 | 25247806N0QEMVK4Y | THE DAILY CATCH BOSTON MA<br>MCC: 5812   MERCHANT ZIP: | + | 77.99 ✓ |
| 08/03 | 08/03 | 55432866R00KZ7XQA | GULF 91196955 WARWICK RI<br>MCC: 5542   MERCHANT ZIP: | + | 21.97 |
| 08/07 | 08/07 | 55432736VJNGAAYZ7 | THRIFTY CAR RENT - PVD WARWICK RI<br>MCC: 3395   MERCHANT ZIP:<br>AUTO RENTAL DATE: 07/23/07<br>#DGI257034   RTRN CTY PROVIDENCE AIRPORT | + | 532.42 |
| 08/08 | 08/08 | 85426706XEL82QGJT | SPIDERLINE, LLC 866-7743375 KS<br>MCC: 7299   MERCHANT ZIP: | + | 16.00 |
| 08/13 | 08/13 | 054447272V48GQVGV | CIRCUIT CITY SS #4111 SOMERVILLE MA<br>MCC: 5732   MERCHANT ZIP: | + | 67.49 ✓ |
| 08/16 | 08/16 | 054440075V7PNG9NT | BJS FUEL #9020 WOX CHICOPEE MA<br>MCC: 5542   MERCHANT ZIP: 01013 | + | 22.75 ✓ |
| 08/16 | 08/16 | 851835574WGNKP05K | ENDLESS COMMUNICATIONS SPRINGFIELD MA<br>MCC: 5999   MERCHANT ZIP: | + | 21.00 |

| Questions? | | Call or Write | Payment Address: |
|---|---|---|---|
| Toll Free | 866-341-5203 | HSBC BANK USA, N.A.<br>P.O. BOX 3038<br>EVANSVILLE, IN 47730 | HSBC BANK USA, N.A.<br>PO BOX 37278<br>BALTIMORE, MD 21297-3278 |
| Outside U.S./Canada | 812-422-2272 | | |