

**Document Efficiency At Work.™**

# INVOICE

Page 1 of 1

| | |
|---|---|
| Invoice # | BOS06120356 |
| Invoice Date: | 12/22/2006 |
| Due Date: | 01/01/2007 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FOLE |
| Natl ID: | 50231 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300   Fax: (617) 371-1310
Federal ID: 230334400

**BILL TO:**
FOLEY & LARDNER
111 HUNTINGTON AVE.
26TH FLOOR
BOSTON, MA 02199

Price using: STANDARD Price

*LMK*

**SHIP TO:**
FOLEY & LARDNER
111 HUNTINGTON AVE.
26TH FLOOR
BOSTON, MA 02199
Attn: ERIKA SCHMIDT

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 330634-104 | | | Kamil Gacelhak |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0612-0349 | 12/21/2006 | ERIKA SCHMIDT - FOLEY & LARDNER | | | |
| | | Binds - Velo | 10.00 | 3.7500 | 37.50 |
| | | Color 8.5x11 (Letter) Copies | 120.00 | 1.0000 | 120.00 |
| | | Tabs (Alpha/Numeric) | 344.00 | 0.3500 | 120.40 |
| | | B&W Copies D - Heavy Litigation | 2,472.00 | 0.1500 | 370.80 |

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within   days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in   days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 648.70 |
| Sales Tax: | 32.44 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **681.14** |

Received and Approved by: *Erika A. Schmidt*   Date: 12-29-06

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
FOLEY & LARDNER
111 HUNTINGTON AVE.
26TH FLOOR
BOSTON, MA 02199

**Amount Enclosed**
$

Invoice: BOS06120356
Invoice Date: 12/22/2006
Due Date: 01/01/2007
Customer Code: BOS-FOLE
Natl ID: 50231

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $ 681.14**