

| My Web | | Calendar | Activity | Transcripts | Case Repository | | Help | Log Off |

### Activity

**Search Criteria**

Invoice Date From: 1/6/2006
Invoice Date To: 11/16/2007
Client Matter No.:
Case:
Job Date From:
Job Date To:
Attorney: ALL

[Search]

| Invoice No. | Invoice Date | Invoice Amount | Balance | Invoice Paid | Job Date | Case Name | Bill To Attorney | Job No. |
|---|---|---|---|---|---|---|---|---|
| 22538 | 8/23/2006 | 1,056.00 | 0.00 | 9/13/2006 | 8/11/2006 | Visible Systems Corporation v. Unisys Corporation | Stephen H. Galebach | 2057 |
| 23016 | 9/28/2006 | 1,003.25 | 0.00 | 10/30/2006 | 9/7/2006 | Visible Systems Corporation v. Unisys Corporation | Stephen H. Galebach | 2076 |
| 23018 | 9/28/2006 | 1,013.10 | 0.00 | 10/30/2006 | 9/7/2006 | Visible Systems Corporation v. Unisys Corporation | Stephen H. Galebach | 2076 |
| 23020 | 9/28/2006 | 996.50 | 0.00 | 10/30/2006 | 9/8/2006 | Visible Systems Corporation v. Unisys Corporation | Stephen H. Galebach | 2076 |
| 23022 | 9/28/2006 | 1,545.75 | 0.00 | 10/30/2006 | 9/8/2006 | Visible Systems Corporation v. Unisys Corporation | Stephen H. Galebach | 2104 |
| 23179 | 10/11/2006 | 393.60 | 0.00 | 11/22/2006 | 9/22/2006 | Visible Systems Corporation v. Unisys Corporation | Stephen H. Galebach | 2114 |
| 23186 | 10/11/2006 | 454.00 | 0.00 | 11/22/2006 | 9/22/2006 | Visible Systems Corporation v. Unisys Corporation | Stephen H. Galebach | 2133 |
| 23188 | 10/11/2006 | 149.00 | 0.00 | 11/22/2006 | 9/22/2006 | Visible Systems Corporation v. Unisys Corporation | Stephen H. Galebach | 2134 |
| **Total Amount** | | | $ 6,611.20 | $ 0.00 | | | | |

Total Records: 8

Copyright © 1998 ~ 2006 OMTI, Inc. All rights reserved.