UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>　　　　　　　　　Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>　　　　　　　　　Defendant | Civil Action No. 04-CV-11610-RGS |

## DEFENDANT'S NOTICE OF APPEAL

The defendant, Unisys Corporation, hereby gives notice that it appeals to the United States Court of Appeals for the First Circuit from the "Permanent Injunction and Final Judgment" entered by the Court on November 2, 2007, and all adverse orders and rulings of the Court merged therein.

Dated: November 28, 2007

　　　　　　　　　　　　　　　　　　UNISYS CORPORATION,
　　　　　　　　　　　　　　　　　　By Its Attorneys,


　　　　　　　　　　　　　　　　　 /s/ William L. Boesch
　　　　　　　　　　　　　　　　　Anthony M. Doniger, BBO No. 129420
　　　　　　　　　　　　　　　　　doniger@srbc.com
　　　　　　　　　　　　　　　　　William L. Boesch, BBO No. 558742
　　　　　　　　　　　　　　　　　boesch@srbc.com
　　　　　　　　　　　　　　　　　SUGARMAN, ROGERS, BARSHAK
　　　　　　　　　　　　　　　　　 & COHEN, P.C.
　　　　　　　　　　　　　　　　　101 Merrimac Street
　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　617-227-3030

CERTIFICATE OF SERVICE

      I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

      /s/ William L. Boesch

398210.2