## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>UNISYS CORPORATION,<br><br>　　　　　Defendant | Civil Action No. 04-CV-11610-RGS |

### PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES

Pursuant to the Court's Permanent Injunction and Final Judgment of November 2, 2007, and 15 U.S.C. § 1117(a), Plaintiff Visible Systems Corporation hereby moves the Court for an award of attorneys' fees in the amount of $475,411.86, with a further enhancement of $459,180.00, for reasons set forth in the accompanying Memorandum in Support of Plaintiff's Motion for Award of Attorneys' Fees, and in the supporting Affidavit of Stephen H. Galebach and detailed time records submitted under seal herewith.

　　　　　　　　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　VISIBLE SYSTEMS CORPORATION,
　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　____/s/Stephen H. Galebach_____
　　　　　　　　　　　　　　　　　　　Stephen H. Galebach, BBO # 653006
　　　　　　　　　　　　　　　　　　　GALEBACH LAW OFFICE
　　　　　　　　　　　　　　　　　　　9-11 Touro Avenue
　　　　　　　　　　　　　　　　　　　Medford, MA  02155
　　　　　　　　　　　　　　　　　　　781-874-2239
　　　　　　　　　　　　　　　　　　　galebach@galebachlaw.com

　　　　　　　　　　　　　　　　　　　Joseph E. Rendini, BBO#542746
　　　　　　　　　　　　　　　　　　　LAW OFFICES OF JOSEPH E. RENDINI
　　　　　　　　　　　　　　　　　　　48 Doonan Street
　　　　　　　　　　　　　　　　　　　Medford, MA  02155
　　　　　　　　　　　　　　　　　　　(781) 396-6937

2

>Lawrence M. Kraus, BBO # 564561
>FOLEY & LARDNER LLP
>111 Huntington Avenue
>Boston, MA 02199
>617-342-4000

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

December 3, 2007        ____/s/ *Stephen H. Galebach*_____
                        Stephen H. Galebach