UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>　　　　　　　Plaintiff<br><br>　　　v.<br><br>UNISYS CORPORATION,<br><br>　　　　　　　Defendant | Civil Action No. 04-CV-11610-RGS |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiff Visible Systems Corporation hereby moves the Court for leave to file under seal the Affidavit of Stephen H. Galebach with detailed time records of plaintiff's counsel, in support of Plaintiff's Motion for Award of Attorneys' Fees, on grounds that these documents contain and reflect attorney work product and attorney-client privileged and confidential information.

　　　　　　　　　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　VISIBLE SYSTEMS CORPORATION,
　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　　/s/Stephen H. Galebach
　　　　　　　　　　　　　　　　　　　　Stephen H. Galebach, BBO # 653006
　　　　　　　　　　　　　　　　　　　　GALEBACH LAW OFFICE
　　　　　　　　　　　　　　　　　　　　9-11 Touro Avenue
　　　　　　　　　　　　　　　　　　　　Medford, MA  02155
　　　　　　　　　　　　　　　　　　　　781-874-2239
　　　　　　　　　　　　　　　　　　　　galebach@galebachlaw.com

　　　　　　　　　　　　　　　　　　　　Joseph E. Rendini, BBO#542746
　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF JOSEPH E. RENDINI
　　　　　　　　　　　　　　　　　　　　48 Doonan Street
　　　　　　　　　　　　　　　　　　　　Medford, MA  02155
　　　　　　　　　　　　　　　　　　　　(781) 396-6937

　　　　　　　　　　　　　　　　　　　　Lawrence M. Kraus, BBO # 564561
　　　　　　　　　　　　　　　　　　　　FOLEY & LARDNER LLP
　　　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　　　Boston, MA 02199
　　　　　　　　　　　　　　　　　　　　617-342-4000

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

December 3, 2007                    ____/s/ *Stephen H. Galebach*_____
                                    Stephen H. Galebach