UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>Defendant | Civil Action No. 04-CV-11610-RGS |

## MOTION FOR SETTLEMENT OF RECORD

Pursuant to Rule 10(c), Fed. R. App. P., Plaintiff Visible Systems Corporation hereby submits Plaintiff's Statement of Proceedings previously served upon Defendant Unisys Corporation (Exhibit 1 hereto), with supporting affidavit (Exhibit 2 hereto) and Defendant's Objections and Response to said Statement (Exhibit 3 hereto), and moves for (a) settlement and approval of same by the Court, and (b) forwarding of same by the Court as a supplemental record to the Court of Appeals under Rule 10(e)(2)(B), Fed. R. App. P.  *See Athridge v. Rivas,* 141 F.3d 357, 361-62 (D.C. Cir. 1998). The Court of Appeals entered the Briefing Notice in the appeal of this case on February 7, 2008, setting March 18, 2008 as the due date for appellant's brief and the joint appendix.

                                                                        Plaintiff,
                                                                        VISIBLE SYSTEMS CORPORATION,
                                                                        By its attorneys,

                                                      ____/s/*Stephen H. Galebach*_____
                                                      Stephen H. Galebach, BBO # 653006
                                                      GALEBACH LAW OFFICE
                                                      9-11 Touro Avenue
                                                      Medford, MA  02155
                                                      781-874-2239
                                                      galebach@galebachlaw.com

2

Joseph E. Rendini, BBO#542746
LAW OFFICES OF JOSEPH E. RENDINI
48 Doonan Street
Medford, MA  02155
(781) 396-6937

Lawrence M. Kraus, BBO # 564561
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

February 8, 2008            ____/s/ *Stephen H. Galebach*_____
                            Stephen H. Galebach