UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISIBLE SYSTEMS CORPORATION,<br><br>              Plaintiff<br><br>v.<br><br>UNISYS CORPORATION,<br><br>              Defendant | Civil Action No. 04-CV-11610-RGS |

## NOTICE OF APPEAL

Notice is hereby given that Visible Systems Corporation, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order on Plaintiff's Motion for Attorneys' Fees of February 7, 2008.

                                      Plaintiff, VISIBLE SYSTEMS CORPORATION
                                      By its attorneys:

                                          /s/*Stephen H. Galebach*

                                      Stephen H. Galebach, BBO # 653006
                                      GALEBACH LAW
                                      9-11 Touro Avenue
                                      Medford, MA  02155
                                      781-874-2239
                                      galebach@galebachlaw

                                      and

                                      Joseph E. Rendini, BBO#542746
                                      LAW OFFICES OF JOSEPH E. RENDINI
                                      48 Doonan Street
                                      Medford, MA  02155
                                      (781) 396-6937

                                      and

2

>Lawrence M. Kraus, BBO # 564561
>FOLEY & LARDNER LLP
>111 Huntington Avenue
>Boston, MA 02199
>617-342-4000
>lkraus@foley.com

Dated: February 29, 2008

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


February 29, 2008                    ____/s/ *Stephen H. Galebach*_____
                                     Stephen H. Galebach