# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 07-2730, 08-1410-11

USDC Docket Number: 04-cv-11610

Visible Systems Corporation

v.

Unisys Corporation

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

Volume 1, 1-69, Volumes 2, 70-124, Volumes 3, 125-170

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 28, 2008.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/28/08 .

_____
Deputy Clerk, US Court of Appeals

- 3/06